# EXHIBIT 6

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHRISTOPHER HATCHER
individually on behalf of himself,
and on behalf of all others
similarly situated,

                    Plaintiffs,

v.

DAVID R. HINES, SHERIFF OF THE
COUNTY OF HANOVER, VIRGINIA, *et al.*

                    Defendants.

CASE NO. 3:23-cv325-JAG

## DECLARATION OF ZEV ANTELL

The undersigned, Zev Antell, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as an attorney of record that the following is true and correct:

1. I am over the age of 18 and am competent to make the statements contained in this Declaration. All statements made herein are based on my own personal knowledge.

2. I am one of the plaintiffs' attorneys in this case, and, together with my partner, Craig Curwood, and my colleague Samantha Galina of the Richmond the law firm of Butler Curwood, PLC, I am counsel in this matter.

3. I graduated from Washington and Lee University in 2001 and from the University of Richmond School of Law in 2007.

4. I am an attorney in good standing admitted before this Court. I am a member of the Virginia State Bar (2007) and am admitted to practice before all state and federal trial and appellate courts in Virginia, before the United States Court of Appeals for the Fourth Circuit.

5. I maintain my law office in Richmond, Virginia. In addition to my practice before this Court, I am admitted to and have practiced before the United States District Court for the Eastern and Western Districts of Virginia as well as other various Federal District Courts by admission *pro hac vice*. Additionally, I have appeared before the United States Court of Appeals for the Fourth Circuit, the Virginia Supreme Court,

6. A great deal of my practice over the past 16 years has been devoted to working with multi-party or class and collective action claims, including the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* and similar state wage & hour law. I also have substantive experience in other matters of complex litigation involving contractual business disputes, complex torts and matters of executive compensation.

8. I am a member of several professional and bar associations, including the Virginia State Bar, the Virginia Bar Association, the National Employment Lawyers Association (NELA), the Virginia Employment Lawyers Association (Virginia's NELA affiliate), the Virginia Trial Lawyers Association (VTLA) and the Richmond Bar Association.

9. I have been regularly recognized by peers for inclusion in the Virginia *Super Lawyers* magazine in the areas of "Employment Litigation" and "Top Virginia Lawyers," Virginia Business Magazine's *Legal Elite* and The Best Lawyers in America. Our firm's employment practice has been recognized in U.S. New and World Report's listing of Best Law Firms.

11. Within the last ten years my firm has obtained multiple orders certifying multi-plaintiff collective and class actions and settlements ranging from approximately forty Plaintiffs to over a thousand. Additionally, other putative collective and class actions have been resolved by our firm prior to the issuance of court mandated notice.

12.     My partner Craig Curwood has practiced law in Virginia for almost 25 years and is one of the most respected and decorated attorneys commonly representing employees in this judicial district.  He has recently served as the chairman of the VBA Labor & Employment section and has litigated a large number of multiparty wage & hour matters. Our associate Samantha Galina has practiced in Virginia since her 2021 graduation from University of Richmond School of Law.  She joined Butler Curwood following a yearlong clerkship with the Honorable Judge Hairston and the Honorable Eugene Cheek of the Richmond City Circuit Court and has shown herself to be an enormously capable litigator for our firm in that short time.

13.     Butler Curwood, PLC and its predecessor firms have prosecuted many collective and class action employment suits, winning conditional certification or certification almost every time the case had progressed to the stage of class/conditional certification (i.e. without prior resolution).  In these matters our firms' employment groups have successfully represented well over a thousand Plaintiffs. Such matters, include, but are not limited to:

**Age, ERISA Discrimination**

*Church et al v. Consolidated Freightways, Inc.* C.A. C-90-2290 CLJ (ND CA) (conditional certified 29 U.S.C. 216(b)/626(b) age discrimination collective and certified Rule 23 classes asserting ERISA and Securities and Exchange Act claims)

*Feltman et al. v. Capital One Services C.A.* 3:02CV894 (EDVA) (conditional 216(b)/626(b) certification and subsequent settlement granted)

*Merritt et al. v. Wellpoint, Inc.* Civil Action No. 3:08cv272 (EDVA) (conditional 216(b)/626(b) certification and subsequent settlement granted)

**ERISA Benefits**

*Moore v. Blue Ridge Bankshares Inc., et al.* 3:19-cv-00045 (WDVA) (Rule 23 settlement class pending concerning alleged improper management of an ESOP plan)

**Gender/Race Discrimination**

*Jackson et al. v. Utica Mutual Insurance Company* Civil Action No. 3:10cv562 (EDVA)

*Pearce et al. v. Lowe's Home Centers, Inc*. Civil Action No. 5:04CV19 (WDNC)

**Federal (FLSA) and/or State Law Wage & Hour Litigation**

*Bonsall et al. v. Great Eastern Resort Corporation* Case No. CL06-00600 (Circuit Ct. Rockingham County, VA) (conditional 29 USC § 216(b) ("216(b)") certification and subsequent settlement granted)

*Kisamore et al. v. Great Eastern Resort Corporation* Case No. 3:10cv00009-nkm (WDVA) (conditional 216(b) certification and subsequent settlement granted)

*McVicker et al. v. Recreational Resorts, LTD.* Case No.: 3:10-CV-00039 (WDVA) (conditional 216(b) certification and subsequent settlement granted)

*Addisson et al. v. Mclaughlin Communications, Inc.* Case No. 5:09-CV-00087 (WDVA) (conditional 216(b) certification and subsequent settlement granted)

*Harris et al. v. Kerkim et al.* Civil Action No. 3:10-cv-00799 (EDVA)

*Rogers et al. v. City of Richmond*, *Virginia* Civil Action No. 3:11cv620 (EDVA) (FLSA/Rule 23 hybrid. Conditional 216(b) certification granted; case resolved prior to Rule 23 Certification)

*Davenport et al. v City of Richmond, Virginia* Civil Action No. 3:12cv710 (EDVA) (FLSA/Rule 23 hybrid. Conditional 216(b) certification granted; case resolved prior to Rule 23 Certification)

*Carroll et al. v. County of Henrico, Virginia* Civil Action No. 3:12cv00105 (EDVA) (court supervised agreed notification/resolution process akin to 216(b) certification)

*Washington et al. v. Sheriff's Office of the City of Richmond et al*. Civil Action No. 3:11-cv-00725 (EDVA) (conditional 216(b) certification and subsequent settlement granted)

*Bryner v. Sheriff's Office of the County of Spotsylvania, Virginia et al.* Civil Action No.: 3:13-cv-00034 (EDVA) (conditional 216(b) certification and subsequent settlement granted)

*Lacroix et al., v. City of Portsmouth, Virginia*, Civil Action No. 2:13cv533 (EDVA) (conditional 216(b) certification and subsequent settlement granted)

*Devine et al. v. City of Hampton, Virginia*. Civil Action No. 4:14cv81 (EDVA) (FLSA/Rule 23 hybrid. Conditional 216(b) certification granted; case resolved prior to Rule 23 Certification)

*Lorenzo v. Prime Communications, L.P.* Civil Action No. 5:12-CV-69 (EDNC) (FLSA/Rule 23 hybrid. Conditional 216(b) certification and Rule 23 certification granted. Matter subsequently settled)

*Clinton et al. v. GEICO*. Civil Action No. 2:16-cv-00430 (EDVA)

4

(conditional 216(b) certification and subsequent settlement granted)

*Robinson v. Jumpstart Consultants*. Civil Action No. 3:18-cv-487 (EDVA) (conditional 216(b) certification and subsequent settlement granted)

*Haught v. The Wireless Center, Inc.* Civil Action 3:16-cv-0942 (EDVA)

*Greene et al., v. United States Postal Service*. Civil Action 3:17-cv-26 (EDVA) (conditional 216(b) certification and subsequent settlement granted)

*Slavin et al, v. United States Postal Servic*e. Civil Action 3:17-cv-00134 (EDVA) (conditional 216(b) certification and subsequent settlement granted)

*Wright, et al. v. City of Roanoke*, Civil Action 7:18-cv-210 (WDVA) (216(b) and Rule 23 Class Action Settlement)

*Mendoza, et al. v. Baird Drywall & Acoustic, Inc. et al.*, Civil Action 7:19-cv-00365 (WDVA) (conditional 216(b) certification and subsequent settlement granted)

*Broussard v. Eldor Automotive Powertrain USA* Civil Action 7:19-cv-0841 (WDVA) (conditional 216(b) certification and subsequent settlement granted)

*Pinon v. Kalyan Plaza, LLC et al.* Civil Action 7:20-cv-05 (WDVA) (conditional 216(b) certification and subsequent settlement granted)

*Sziber v. Dominion Energy, Inc.* Civil Action 3:20-cv-117 (EDVA)) (conditional 216(b) certification and subsequent settlement granted)

*Alley v. Quality Eco Technologies, LLC* Civil Action 3:20-cv-355 (EDVA) (216(b) conditional 216(b) certification and subsequent settlement granted)

*Denson v. Elephant Insurance Services, LLC*, Civil Action 3:22-cv-22 (EDVA) (216(b) and Rule 23 Class Action settlement)

*Campbell, et al., v. Intercontinental Capital Group, Inc.* 3:22-cv-34 (EDVA) (216(b) and Rule 23 Class Action settlement)

*Ewers, et al., v. City of Petersburg, Virginia* 3:16-cv-29 (EDVA) (216(b) and Rule 23 Class Action settlement)

**Consumer Litigation**

**In Re: Volkswagen 'Clean Diesel' Litigation.** Virginia Supreme Court appointed panel/Fairfax Circuit Court; Coordinated Case No. CL-2-201609917 [representation of sub-group of plaintiffs in coordinated proceedings of Rule 23 class opt-out Virginia plaintiffs in state court litigation (totaling over 600 plaintiffs) of statutory and fraud claims

proceeding under Virginia Multiple Claimants Act - including merits representation of sub-group; participation in plaintiffs' informal steering committee and argument of common procedural and substantive issues to the court; case settled after close of pretrial proceedings and referral to Richmond Circuit Court for trial, with subsequent 10/30/19 arbitration award on settlement issues challenged by Volkswagen]

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed at Richmond, Virginia.

_____
Zev Antell

Executed this 18th day of December, 2023

6