IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHRISTOPHER HATCHER
INDIVIDUALLY ON BEHALF OF
HIMSELF, AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED,

   Plaintiffs,

v.                               Case No. 3:23-cv-00325-JAG

THE COUNTY OF HANOVER, VIRGINIA,

   Defendant.

## NOTICE OF FILING ADDITIONAL EVIDENCE

Defendant County of Hanover, Virginia ("the County"), by counsel, respectfully submits this Notice of Filing Additional Evidence in support of its Opposition to Plaintiffs' Motion for Class Certification Pursuant to Rule 23 and FLSA Conditional Certification. (ECF No. 48.)

Plaintiffs filed their Motion for Certification on December 18, 2023. (ECF Doc. 44.) The County and former defendant David R. Hines, Sheriff of the County of Hanover, filed their Oppositions on January 19, 2024. (ECF Doc. 48-49.) Plaintiffs filed their Omnibus Reply on February 5, 2024. (ECF Doc. 53.) On March 18, 2024, the Court entered a Memorandum Opinion and Order granting Sheriff Hines' Motion to Dismiss and denying the County's Motion to Dismiss. (ECF Doc. 54-55.) Plaintiff's Motion for Certification is set for hearing on May 22, 2024.

To aid in the Court's "independent obligation to perform a 'rigorous analysis' to ensure that all of the prerequisites have been satisfied," *EQT Prod. Co. v. Adair*, 764 F.3d 347, 357 (4th Cir. 2014), the County provides the following additional evidence for consideration:

1. The full transcript of the deposition of Gregory Wayne Six, the Rule 30(b)(6) representative for Sheriff Hines. Excerpts of this transcript were previously provided, but the County believes the Court should review the transcript in its entirety.

2. The Hanover County Sheriff's Office Administrative Order 41-15, Take Home Vehicle Program (Jan. 13, 2022 edition).

3. Hanover County Sheriff's Office Administrative Order 41-15, Take Home Car Vehicle Program (Oct. 19, 2017 edition).

4. Declaration of Gregory W. Six (dated May 17, 2024).

THE COUNTY OF HANOVER, VIRGINIA

By Counsel

/s/ _____
David P. Corrigan (VSB No. 26341)
Melissa Y. York (VSB No. 77493)
Counsel for The County of Hanover, Virginia
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
myork@hccw.com
*Counsel for The County of Hanover, Virginia*

# **C E R T I F I C A T E**

      I hereby certify that on the 17th day of May, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

      Craig Juraj Curwood (VSB No. 43975)
      Zev H. Antell, Esq. (VSB No. 74634)
      Samantha R. Galina (VSB No. 96981)
      Butler Curwood, PLC
      140 Virginia Street, Suite 302
      Richmond, VA 23219
      804-648-4848 - Phone
      804-237-0413 - Fax
      craig@butlercurwood.com
      zev@butlercurwood.com
      samantha@butlercurwood.com
      *Counsel for Christopher Hatcher*

      /s/_____
      David P. Corrigan (VSB No. 26341)
      Melissa Y. York (VSB No. 77493)
      Counsel for the County of Hanover, Virginia
      Harman, Claytor, Corrigan & Wellman
      P.O. Box 70280
      Richmond, Virginia  23255
      804-747-5200 - Phone
      804-747-6085 - Fax
      dcorrigan@hccw.com
      myork@hccw.com