DEFENDANT'S
EXHIBIT
1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

- - - - - - - - - - - - - - - - - - x

CHRISTOPHER HATCHER                    :

individually on behalf of himself,:

and on behalf of all others           :

similarly situated,                   :

            Plaintiffs,           : CASE NO.

      vs.                         : 3:23-cv-00325-MHL

COUNTY OF HANOVER, VIRGINIA,          :

            Defendant.            :

- - - - - - - - - - - - - - - - - - x

Videotaped Deposition of SHERIFF DAVID R. HINES

Hanover, Virginia

Tuesday, January 28, 2025

9:40 a.m.

COPY

Pages:  1 - 171

Reported by:  Sarah M. Bickel

I'm attorney for the plaintiffs.

MR. PRINCE:  My name is Will Prince with ThompsonMcMullan, and I represent Sheriff Hines.

MR. CORRIGAN:  David Corrigan, I represent the County of Hanover.

MS. HAN:  Leah Han with the county attorney's office.

THE VIDEOGRAPHER:  Would the court reporter please swear in the witness, and then counsel may proceed?

Whereupon,

SHERIFF DAVID R. HINES,

having been first duly sworn, testified as follows:

EXAMINATION BY COUNSEL FOR THE PLAINTIFFS

BY MR. CURWOOD:

Q  Good morning.  Can you state your name for the record?

A  Yeah, David R. Hines, H-I-N-E-S.

Q  And what is your title?

A  Sheriff.

Q  Of?

A  Hanover County.

Q  Okay.  How long have you been in law enforcement?

A  So since 1984.  I think I'm working on my

41st year.

Q  How long have you been sheriff?

A  Since September of 2010.

Q  What -- what's your highest level of education?

A  High school, college.

Q  Where'd you go to college?

A  I -- I've had classes, University of Richmond, V- -- VCU, the FBI academy, which was through University of Virginia.

Q  Do -- do you have a degree?

A  I do not have a degree --

Q  Okay.

A  -- no, sir.

Q  Okay.  Where'd you go to high school?

A  Lee-Davis.

Q  Graduated from Lee-Davis?

A  I did.

Q  All right.  What year?

A  '77.

Q  How many departments are there within the sheriff's office?

A  I'm not sure I understand the question. Are you talking about like units or divisions or -- or all -- all of the above?

Q  No, that's fair -- a fair clarification, and forgive me for --

A  No, you're -- you're fine.

Q  -- for not having the understanding like you do.  As a layperson, I'm not that -- that familiar with your agency, but how would you call -- describe it?  Are there -- what are units, what are --

A  So -- so we have an administrative division, we have a division of patrol, an investigative division, and then we also have a judicial division which takes care of courts -- courtroom security and civil process.  And then there are different units that are broken up, special teams, that type of thing.

Q  And are -- are -- for administrative, patrol, investigative, judicial, those are all law enforcement divisions?

A  Yes, sir.

Q  Okay.  Any other besides those?

A  No, sir, not that I'm aware of.

Q  Are there any non-law enforcement departments or divisions, whatever terminology you want --

A  Well, I have civil- -- I have civilian

Page 23

Q  Okay.  What does -- what does 10-41 mean?

A  10-41 means marking on the radio.

Q  Okay.

A  Letting -- letting the radio communications know that you're on the radio.

Q  Does it mean marking on the radio or does it mean marking on duty?

A  It means marking on the radio.

Q  All right.  And -- and -- and do you have any documents that establish that -- what 10-41 means for the sheriff's department?

A  It may be in our ten codes, if we -- if we still have a sheet with ten codes on it.

Q  Yeah.  Do you?  Do you have a sheet with ten codes on it?

A  I'm trying to remember if we do or not because at one time we went to plain talk.

Q  And have you, meaning your office, have -- have you gone to plain talk with respect to marking on and marking -- let me clarify.

Have you gone to plain talk when it comes to marking 10-41 or 10-42?

A  No, I think -- I think those are still the terminologies used, yes, sir.

Q  Right.  And -- and your office works with

Q   Okay.   What were you specifically trained as to when to mark 10-41?

A   I wasn't.

Q   That -- that didn't come up through your academy at University of Richmond?

A   No, sir.

Q   All right.   Do you -- did you ever teach at the --the Hanover Sheriff's Academy?

A   Oh, gosh --

Q   Were you an instructor?

A   Back when I was in -- I spent a long time in narcotics, so I think I -- I taught at the academy as an expert, not -- not as an instructor, but I would come in as an expert and work with a certified instructor.

Q   You never -- you never had any part of the instruction of ten codes in any of your instruction?

A   No, sir.

Q   Okay.   What is -- do you have an academy currently that trains new deputies?

A   Yes, sir, we -- we -- we now have our own academy.   The academy I was speaking of at University of Richmond was a regional academy, and when we left the Richmond regional academy, we went to Fredericksburg as a regional academy, and then we

Page 34

developed our own academy that we now train our own people at our own facility.

Q  What do you call your academy?

A  Hanover County Sheriff's Academy.

Q  So for that academy, ten codes are taught to trainees?

A  I -- I think that's going to be better asked of Lieutenant Gardner.

Q  Okay.  So going back to -- you gave your example of what you did for marking on the radio, but what -- I'm -- I'm not sure that I understand exactly.  What -- what does marking on the radio mean according to you?

A  It means I'm on the radio.

Q  And -- and -- and what -- what does that actually mean?

A  I'm -- I'm -- I'm on the radio.  I mark 10-41, I'm on the radio, and then when my shift starts, I'm -- they know I'm on the radio.

Q  Is it a requirement that a deputy be marked 10-41 by the start of their shift?

MR. PRINCE:  Objection to form.

You can answer.

MR. CORRIGAN:  Join.

A  When their -- when their shift starts,

Page 35

they're to be marked on the radio.

BY MR. CURWOOD:

Q   They are to be marked on the radio when their shift starts?

A   That's correct.

Q   And who does that apply to for -- for, you know, whatever the units --

A   It -- it applies to our patrol division.

Q   Okay.

A   And it does not apply to our investigative division.  As I said, I -- I had a long career in narcotics so I never wanted my narcotics officers or my street crime officers marked on the radio, I'd just assume nobody know when they're working.

Q   What about courts?

A   Courts -- you talking about the court officers?

Q   Yeah.  You -- and you tell me.  I'm -- I'm sorry, is there a court officer division or is there a court division --

A   Yeah, that -- that's our judicial --

Q   You call it judicial division?

A   Yes, sir, it's a -- it's a new division that we had created.

Q   And just --

Page 36

A   We can call it court services.

Q   Court services, okay.  But court services means the court bailiffs and the people who do service of process?

A   Yes, sir.

Q   Okay.

A   Yes, sir.

Q   So does the 10-41 rule for start of shift apply to court services?

A   You know, I have to be honest, I -- I don't know if they're marking 10-41 or not, sir.

Q   Okay.  Is there any other category of law enforcement besides patrol, investigations, court services that may or may not have the 10-41 rule apply to them?

A   I don't -- I don't think so.

Q   Is there -- for administrative folks who are sworn law enforcement below the lieutenant level, are -- is there a 10-41 requirement?

A   I don't think they're marking 10-41.

Q   Go ahead.  No, you can finish.

A   I'm sorry.  Well, I was going to say one of the reasons is they're not on the radio. They're -- they're -- they're here in the office or they're there in the court building, so it's not like

communications is communicating with them.

Q  So being on the radio means communications will communicate with you?

MR. PRINCE:  Objection to form.

A  Yes, sir.

BY MR. CURWOOD:

Q  What does marking off the radio -- what -- what does it mean?  Spell it out for me in like, you know, a little more detail.

A  I'm no longer on the radio.  I'm off of it.

Q  All right.  And once you're 10-42, communications can no longer communicate with you over the radio, over dispatch?

A  Once -- well, they would know that you're no longer on the radio.  They wouldn't expect you to be on the radio.

Q  What's the policy as to when patrol is supposed to mark 10-42?

A  I don't know that there's a policy on it. I don't think there's a policy on it.

Q  What's the -- what's been the practice in the years that you've been in law enforcement here?

A  When their shift ends.

Q  If someone forgets to mark 10-42, what --

what generally is supposed to happen then?

A  Sir, I can tell you that I -- I believe they still do it, that communications will do their best to get in touch with them.  They're going to call the sergeant, they're going to call -- today they'll call their cell phones to try to get in touch with them and make sure they're okay.

Q  If a patrol officer forgets to mark 10-41 by the start of their shift, what is supposed to happen then?

A  So the sergeant will clear the roll call, and if someone's not marked on, I -- I believe communications is either calling them on the radio to see if they can get in touch with them because they're scheduled to work or the -- they're calling the sergeant.

Q  They, being dispatch, will call the sergeant?

A  Yes, sir.

Q  To identify somebody on our list hadn't marked on yet?

A  Car 132 hasn't marked on.

Q  For folks that are in their patrol car on their way to an off-duty assignment, are they supposed to mark 10-41 at the start and 10-42 at the

A   I don't know that they're marking 10-41 and 10-42.  I know they're notifying communications by some method that they're working this extra duty assignment.

Q   And -- and how do you know that?  Is that -- is that the policy that -- you know, what off-duty reporting or communications is required?

A   I don't know if there's a policy on it, but I'm very confident that if you're working an off-duty assignment, you've notified communications that you're at that off-duty assignment.

Q   And just to be clear, what -- what does an off-duty assignment mean?

A   It would be an extra job.

Q   Okay.

A   That's paid -- that's not paid by the county.

Q   And not part of your regular shift?

A   That -- that's correct, it would be something that you elected to work.  Perhaps we can call it a part-time pos- -- job.

Q   What about when a deputy who has a take-home car is driving a patrol car to go get it serviced not on a work day or an off-duty job day, do

Page 108

Q  Well, if -- if you're 10-41 but you're not expected to listen to the radio, isn't it for the purposes of, you know, providing availability or protection to the county to listen, you know, to -- to let people know in -- in the department and in communications that you're -- that you're marked on 10-41?

MR. PRINCE:  Objection to form.

MR. CORRIGAN:  Join.

BY MR. CURWOOD:

Q  Right.  I mean -- yeah.

A  So my officers are marking 10-41.  They're marking 10-41 when they walk into roll call, they're marking 10-41 when they leave their house, they're marking 10-41 on their way to work.  They may stop their car, they're not on shift, they're not expected to be on the radio, but they are there, they've told communications, I'm on my way.  So, yeah, I mean, I -- I don't know how to answer it any better than that because once they're on the shift, once their shift starts, that's when I expect them to be listening to that radio.

Q  Okay.  In there it sounded like you said marking 10-41 lets them know they're on their way?

A  Or -- or they're -- Radio, I'm -- I'm

here, but there's no expectation and no responsibility until they're on shift to answer that radio.

Q  So is there any -- what good is it to you or anybody in your situation when you marked on and went and got breakfast, like, what -- what -- what's the purpose and benefit to anyone for marking 10-41 that early and going off and doing your own thing?

MR. CORRIGAN:  Object to form of the question.

BY MR. CURWOOD:

Q  Why do it?

A  Because I didn't --

MR. PRINCE:  Join.

A  Because I didn't have to ever think I was going to forget.  I'm telling you, it's -- it's embarrassing to forget to mark 10-41 when your shift starts, so I always marked on early.  That's what I did.

BY MR. CURWOOD:

Q  So --

A  Not everyone did that.

Q  So communications knows who's on each shift each day, right?  They have a --

A  Yes, sir, they get a --

I -- I don't -- yeah, it would surprise me.

Q  Do officers using -- when they use ten codes like 10-41 and 10-42 --

A  Mm-hmm.

Q  -- are they permitted, under your practices and dispatch procedures, to just leave it at the ten code itself without saying any -- any other descriptive, right?  Or let me ask it this way.

Isn't the purpose of a ten code that you -- 10-41 means something without having to say what it means --

A  Yeah --

Q  -- as an example, right?

A  Yeah.  10-4, same thing, yeah.

Q  Okay.  So on -- on the ten codes that dispatch folks say was provided by Hanover sheriff's com- -- office, 10-41 means beginning duty --

MR. PRINCE:  Obj- --

BY MR. CURWOOD:

Q  -- it doesn't -- it doesn't say it means marking on the radio.  Is there -- you know, can you explain why the -- why the ten code says something here, but you're saying it means something --

A  No, I think it --

Q  -- different?

Page 148

A   No, I think that's what it does mean --

Q   Okay.

A   -- beginning duty.  The problem is it means beginning duty when your shift starts.  You can mark on anytime you want.  I don't care when you mark 10-41, on your way to work or when you're getting ready to walk into roll call or five minutes before roll call.  I don't care when you mark on.  I don't want you to mark on two hours early like I used to do because I think that's -- I think we've gotten over that, but you're -- you're 10-41 when you're on duty.  You know, the -- once you -- once your shift starts, you have to be 10-41, and I just don't care when you mark on, whether it's on your way to work or as you're walking in the back door.  And I say the back door because that's where the patrol room is.

So I think -- I think it says the same thing.  And it's the same thing about end of duty; you're 10-42, off of the radio, but I don't care if you mark 10-42 immediately at 7 o'clock or if it's 7:15 or 7:20 once you get home, I -- I just don't care, as long as you do mark off in a reasonable time because if you don't, somebody's going to call to try to find you.

Q   In order for dispatch -- is it your

Page 149

understanding that in order for dispatch to -- to

call you during your shift, you have to have first

relay that you're 10-41?

A  No, sir.

Q  Okay.

A  They can call you.

Q  Okay.  On -- can -- is it your

understanding that dispatch can see you in their CAD

system prior to you marking 10-41?

A  As I told you, I don't know if they have

that capability or not.

Q  All right.  So for what's listed here,

10-41, beginning duty, how -- how -- how does that

mean the same thing to you as marking on the radio?

A  Because 10-41, when you're on your shift,

you're on duty, and the ra- -- and they know you're

on the radio at -- your shift started and you're

there.  Where -- where is Jim Smith?  Jim Smith

marked 10-41 at fif- -- at 15 minutes to 6.  He

marked on, he's at roll call.  Well, how do you know

he's at roll call?  Well, I don't, but I'll call over

and find out, and when he walks out and the sergeant

says, We're -- we're clear roll call, Jim Smith does

not have to mark 10-41 back on that radio, he's

already done it.

Page 150

He could have done it from his front door when he left, he could have done it when he walked in this back door to go downstairs.  As far as I'm concerned, he could have done it from his handset sitting at the desk downstairs as long as he's marked 10-41, beginning duty, before 6 o'clock for that day shift.

Q  What about 10-42, end of shift?

A  So, again, it's the same thing.  At the end of the shift, I expect them to mark off, but I don't care if he marks off at the beat that he's in working and then drives home, I don't care if he marks off once he gets to his driveway and it's 15 minutes after the time he was supposed to get off and he marks off, I don't care, as long as he does it in a reasonable time.  And it doesn't matter to me as long as now communications knows his shift is over, he is 10-42, he's safe.  I care about the safety of my officers, and I promise you, if my officers work, I want to pay them.

Q  Is there a disconnect, though, between the safety of the officers and you saying that you can be marked 10-41 and then not -- and then turn off the radio?

A  I don't think so.

officer shall, and I just want to clarify before I get into the questions.  According to your understanding, an officer who's 10-41 but before the start of his shift is -- is off duty?

MR. PRINCE:  Objection to form.

A  Could you say that one more time?

BY MR. CURWOOD:

Q  Yeah.  An officer who's 10-41 but before the start of his shift is off -- is an off-duty officer?

A  Yeah, I -- he -- he is not on duty, yes, that's correct.  He's on his way to duty.

Q  Okay.  So the opening paragraph of letter K, does this apply to the officers in that situation?  In their patrol car marked 10-41 prior to the start of their shift, are they an off-duty officer utilizing their vehicle?

A  No, I think what this is applying to is when one of my officers is using their vehicle to go to the barber shop.  If he's going to use my vehicle, he needs to be appropriately attired if he has to take police action, and he has to have his badge and gun with him.  I think that's what this is referring to --

Q  Okay.

Page 165

Q  D, yeah, D --

A  Is there a page --

Q  Page number, the second page.

A  Page 2?

Q  Right.

A  D?

Q  D2 lists what the off -- off-duty use of a vehicle is, right?

A  It -- it may -- it may cover it in both.

Q  Okay.  It may -- and it may cover both the 10-41 officer and the --

A  No, I think it may -- I think this may cover the same things.

Q  Okay.  I just want to get a handle, then, if -- if -- and if you're 10-41 before the start of your shift --

A  Mm-hmm.

Q  -- you're off duty --

A  Okay.

Q  -- or not off duty?  You tell me.

MR. PRINCE:  Objection to form.

You can answer.

MR. CORRIGAN:  Join.

A  You're -- you're on your way to your shift and you're -- you're not working at that point, yes,

that's correct.

BY MR. CURWOOD:

Q  Right.  And so for the purposes of the policies, are you off duty or not -- or -- or not in that scenario for this policy?

A  Well, you're not working so you're off duty.

Q  Okay.  And if you're off duty in your uniform, then you -- then you meet K1, which says you need to be appropriately attired, right?

A  You're on your way to work and you're appropriately attired.

Q  Right.

A  Okay.

Q  So you meet K1, right?

A  Mm-hmm.

Q  And then if you have your service weapon, you meet K2, right?

A  Yeah, with badge and ID, yes.

Q  And -- and K1 and K2 are requirements, right?

A  Mm-hmm.

Q  That's a yes?

A  I'm sorry.  Yes.

Q  All right.  And then K3 is a requirement,