DEFENDANT'S
EXHIBIT
**3**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

CHRISTOPHER HATCHER, et al.,

        Plaintiffs,

    v.                    Case No.
                          3:23-cv325-JAG

DAVID R. HINES, SHERIFF OF THE
COUNTY OF HANOVER, VIRGINIA, et al.,

        Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEPOSITION OF GREGORY WAYNE SIX

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

November 13, 2023

Hanover County, Virginia

# COPY

CHANDLER and HALASZ, INC.
Stenographic Court Reporters
P.O. Box 1975
Mechanicsville, Virginia 23116
(804) 730-1222
Reported by:  Beverly S. Lukowsky
Shorthand Reporter

off-duty, wouldn't necessarily mean anything to us. It would be marking off the radio. And it would be just the opposite. You would do that after your shift ends, and that lets the dispatcher know that you are off the radio.

Q   Okay. So let me try and unpack some of that. For on duty, you referenced a shift or assignment. It sounded like assignment referred to nonscheduled extra supplemental assignments?

A   Correct.

Q   Okay. What does it mean -- what does the shift mean then, a schedule shift, what does that mean?

A   We have three patrol schedules -- I'm sorry, three patrol shifts. A day shift works 6 a.m. to 4:30 p.m.; an evening shift works 12:30 p.m. to 11 p.m.; a midnight shift works 8:30 p.m. to 7 a.m.

Administrative and investigatory folks normally work 8 to 4, or 4:30, depending on their unit. And then you have units like our covert street crimes unit, as well as vice narcotics, that have predetermined shifts, but they're not regular 8 to 4 or 8 to 4:30. I think narcotics is generally 11- -- I'm sorry, not narcotics. Street crimes is

CHANDLER & HALASZ, INC.

that process work?

A    Called on the radio --

Q    All right.

A    -- by their unit number.

Q    And in order for -- to give the example, you said, of a deputy who doesn't have a take-home car who might not hear it -- hear a call because they don't have a radio on, is there a requirement that, if you have a take-home car, that you have the radio on?

A    Is there a requirement; no.

Q    Okay.  So what if -- how are, how are deputies with take-home vehicles called for service if there's -- if their radio is not on?

A    Well -- and how you asked the question, I would say that they're not called if the radio is not on.

Q    Okay.  What are the requirements for deputies who are given take-home vehicles with respect to marking on?

A    We require people to mark on the radio for the shift that they are coming to work.  When that happens, like how soon before they mark on the radio or how soon after their shift that they mark off the radio, we do not have any specific requirements or

CHANDLER & HALASZ, INC.

policy that requires that.  It's generally officer preference.

Q    So what is the policy, then, for marking on for the shift?

A    There isn't one.

Q    Okay.  So that -- there's no re- -- well, what is the policy for marking on for the shift?

A    We have no policy --

Q    Okay.

A    -- for marking on the shift as it relates to marking on the radio, which I presume is the context you're asking me.

Q    Yeah, no.  If you -- I don't want you presuming anything.  If you need clarification, absolutely ask me.

A    Well, we were talking about the radio, that's why I asked.

Q    Okay.

A    So marking on the radio, we, we don't have a policy that you have to mark on the radio for your -- before your shift.  It is a practice that officers mark on the radio prior to their shift. But whether that -- the time period with which that is done varies amongst everyone.

Q    All right.  So, so then what is the

practice?  Tell me, if there's no policy, tell me what the practice is at the sheriff's office.

MR. PRINCE:  Objection to form.

You can answer.

A    I think it depends on the individual officer.  Some officers may mark on at, say, 5:30 for a 6 o'clock roll call.  Some officers may mark on at 5:59 when they're walking down the back steps of the sheriff's office going to roll call.  Some officers may forget all together and not mark on and have to do it after roll call.

BY MR. CURWOOD:

Q    So let me talk about policy -- or excuse me, Topic Number 3B.  You know, you layed it out earlier about marking on, and maybe that's what we ought to follow up on because you were using the term marking on the radio.

Is there any other type of terminology that's used at the sheriff's office relating to marking on that's separate and apart from the radio?  Is there any other way to mark on?

A    I think mark on is way too general a term for me to answer.  Mark -- again, mark on means several things.  You could mark on the radio.  You could be within the time period that you're

CHANDLER & HALASZ, INC.

scheduled to work and go into Kronos and enter your end punch of when your shift started that morning, that could be considered marking on.

Q   And then --

A   Just the --

Q   Go ahead, I don't mean to interrupt you.

A   Just the term marking on doesn't mean anything to us.

Q   All right.  As far as the several things it could mean, it could mean marking on radio, marking on some specific way on Kronos that you just described.  What other of the several ways could marking on mean besides those two?

MR. PRINCE:  Objection to form.

You can answer.

BY MR. CURWOOD:

Q   You can answer.

A   I don't know.

Q   Can you mark on a PC or computer?

A   You can log onto the computer, yes.

Q   All right.  Well, what do you mean by logging onto the computer?

A   So when you log into your computer, you enter your credentials.  You can pull up mobile CAD and mark yourself in CAD as being on the radio, so

CHANDLER & HALASZ, INC.

to speak.

Q    Any other way you can mark on in addition to that?

A    You can mark on by telephone.  You -- although we don't really allow it, you could mark on via MDT message.  I think those are generally it.

Q    What is MDT message?

A    MDT is basically your computer.  It's a mobile data terminal.  And when you're logged in to mobile CAD, you have the ability to send messages back and forth between other officers, or to the person working the computer at dispatch, and you have the ability to send them a message.

Q    Okay.  So when you say mark -- you can mark on the radio is one option, does that -- what I picture like a CB-type radio, you press a button and you announce yourself and other people hear you, is that, is that what the radio is?

A    Yes.

Q    All right.  So there's radio; there's Kronos; there's computer; there's mobile CAD; there's MDT message; and there's telephone.  Is that --

A    Uh-huh.

Q    -- all those things?  And just because

Q    Okay.  What's the sheriff's reason for having deputies mark on with dispatch?

A    Same.

Q    Okay.

A    You mark on with dispatch so that you you'll know that you know -- or that, I'm sorry, they know that you're coming or going to a particular shift for an assignment.

Q    Okay.  And to the extent that the sheriff wants deputies to know -- or dispatch to know where the deputies are, what, what, if any, requirement or policy does the sheriff have with its deputies as to when to mark on with dispatch?

MR. PRINCE:  Objection to form.

You can answer.

A    We don't have a specific policy that says when.  We just have a practice that you do it before your scheduled shift or your scheduled time of work.

BY MR. CURWOOD:

Q    And how does the sheriff make known to its deputies what the practice is?

A    That's done during field training.  I mean, it's -- I'm not trying to be condescending when I say this, but it's common sense, right, that if your shift starts at 6, you need to be on the

CHANDLER & HALASZ, INC.

radio by 6.  That's all.

Q    And does the sheriff's department train its officers who get take-home cars as to what their responsibilities are with respect to the vehicles?

A    Yes.

Q    All right.  And how does the sheriff implement its training so that deputies know what the policies are related to that?

A    It's done one of two ways.  When we onboard someone new, they're given all the sheriff's office policies in a document on their second day of employment, and they're told to start reviewing all of those policies.

After the completion of the academy, they're assigned to -- deputies are assigned to field training, or if they're a lateral officer, they will go straight into field training after a particular time.  And that is covered in the FTO training time, whether it be 10 or 15 weeks.

Q    And if they're not a lateral, there's an academy before field training?

A    Yes.

Q    Okay.  And are the take-home car policies taught in the academy or is it during the field training?

CHANDLER & HALASZ, INC.

we give them a list of the ten codes, and then they're given a test on it.  And then, throughout the academy, they begin to speak on their radios amongst, say, their classmates when they're, like, during EBOC, they'll practice traffic stop -- making traffic stops on the radio, driving to and from the driving range, or during, during scenarios that we're doing down at our range or elsewhere, they'll learn how to talk on the radio and what's required.

Q    And in this practice, do they practice marking on?

A    Yes.

Q    Okay.  And who, who trains them on the proper way to mark on or mark off?

A    I don't know.

Q    Like, as in -- like, is it part of the sheriff's training that everyone gets trained on marking on and marking off?

A    Yes.

Q    Okay.  And if it's part of the sheriff's training to inform all the new officers as to what the sheriff's practice is for marking on and marking off, what is the training and the practice with respect to when officers with take-home vehicles are supposed to mark on or mark off?

CHANDLER & HALASZ, INC.

MR. PRINCE:  Objection to form.

You can answer.

A    I don't think there is a specific practice or training that requires officers who have take-home vehicle of when they should mark on the radio.

BY MR. CURWOOD:

Q    And --

A    Let me rephrase.

Q    Go ahead.

A    I said I don't think.  There is no policy or practice that dictates to officers when they mark on the radio when they have a take-home vehicle.

Q    Okay.  So take out the take-home vehicle, what is the policy or practice as far as new officers when they're getting trained on marking on and marking off?  What are they trained to do?

A    You have to be more specific.

MR. CURWOOD:  Can you read my last question?

(The question was read.)

BY MR. CURWOOD:

Q    What do you need specifically?

A    Are you -- you're asking, like, what do we train them in what to say when they mark on the

CHANDLER & HALASZ, INC.

radio?  When it's to be done?  Where it's to be done?

Q    Let's do each of those.  Let's say what, when, and where?

A    So what; we -- the ten code we use for marking on the radio is 10-41.  To mark off the radio is 10-42.

Where it can be done, I think I've already answered that, it can be done in person, phone, MDT message, portable radio, mobile radio.

When, we don't require specifically when other than prior to their shift beginning.

Q    Does the academy have a training manual with respect to -- well, just in general.  Does the academy have a training manual?

A    The academy has lesson plans for different blocks of instruction.  Those blocks of instructions are DCJS standards that we're required to teach for each academy.  And then additional things that are not required via DCJS, like crisis intervention training.  We have lesson plans on that.

So when you say manual, I just want to be clear that we have the folders with all of the curriculum in it.

Q    All right.  And the curriculum is --

A    I don't know.

Q    With respect to getting a take-home vehicle, are there specific written policies as far as the sheriff's office rules, regulations, prohibitions, for officers who are given a take-home car?

A    Are there rules for take-home cars?

Q    Yeah.

A    Yes.

Q    Are there written rules?

A    Yes.

Q    All right.  And where are they found?

A    They're in our administrative orders.

Q    Okay.  And for the -- anything -- any written rules related to the sheriff's office rules for take-home cars, anything in writing that's not in that -- I'm sorry, what did you say, it was administrative?

A    Administrative order.

Q    Order.

A    We have a specific policy; I think it's called take-home vehicle policy.

Q    Okay.

A    Anything related to the car is generally located in there as it relates to taking the vehicle

home or using it.

Q    Or responsibility for having it?

A    Correct.

Q    All right.  As far as you know, there's no -- nothing other than the administrative code on that -- or whatever you used -- policy on that that's in writing?

A    Nothing that comes to mind.

Q    All right.  As a general -- if you can categorize it, or say, you know, which officer -- which deputies at the Hanover County Sheriff's Department in general get take-home cars versus which deputies don't?

A    So to have a take-home car where you take it to your residence, you have to live in an adjoining jurisdiction within ten air miles.  As long as you are within an adjoining jurisdiction within ten air miles, you are allotted the benefit of being able to take your patrol vehicle or your sheriff's office vehicle home to your residence.

Q    What about, how do you even get to which deputies have that option, you know --

A    Everyone gets it.

Q    Court bailiffs?

A    Correct.

CHANDLER & HALASZ, INC.

Q    Okay.  How many sworn deputies are there below the rank of lieutenant?  Approximately is fine, it's not a test.

MR. PRINCE:  Objection to form.

You can answer.

A    I don't want to guess on the number.  But there are -- we have 273 sworn law enforcement positions.  Of those, 238 are law enforcement, 35 are court services positions.  We also have an additional, give or take, 20 reserve officers who are not employed, but that take their cars home.  Of those, let's just say for round numbers, 293 people, everyone gets a car that is assigned to them.

Q    If they live in that ten-mile radius?

A    Everyone gets a car assigned to them.

Q    Got it.

A    They can take it home --

Q    Got it.

A    -- if they live within the ten air miles.

Now, the sheriff has the ability to approve you to take your car home outside of ten air miles depending on the, on your assignment.

Q    Okay.

A    But you -- it is -- the take-home car is a benefit; you don't have to accept it.

Q    And does everyone have a car -- a unique car assigned to him or her, as opposed to, you know, you're on day shift, you have Car One, this person on midnight who is completely opposite gets the same car?  Or is every one of those that you said assigned a unique car?

A    Everyone is assigned their own vehicle. We don't have pool cars in Hanover, if that's what you're asking.

Q    Yeah, I don't know what the terminology is, but ev- --

A    We do have a pool fleet, but they're mainly for spares.

Q    Okay.

A    So, like, if my car breaks down, I have one that I can go get.

Q    Okay.

A    But everybody else may have access to it too if theirs breaks down.

Q    So whether you're a deputy in court services or you're a reserve deputy, there is a car assigned to you.  And if you meet the ten mile within Hanover County definition, then you have the option to take that car home?

A    Correct.

CHANDLER & HALASZ, INC.

the same for every day, a DOR, does it vary or is it --

A    It's a standard form.  It's not the same every day, like the -- you know, the results of it.  But it's a standard form where you fill it out how they did.

Q    Okay.  All right.  With respect to the practice of marking on for dispatch, we, you know, we've talked quite a bit about that.  But I want to get a sense of is there, is there any -- what is practice?  Is there a consistent practice at the Hanover County Sheriff's Department for folks who have take-home cars as to when -- at what point up to the start of their shift that they're marking on?

MR. PRINCE:  Objection to form.

You can answer.

A    I don't know that there is a consistent practice.  I think it is literally all over the map.

BY MR. CURWOOD:

Q    And you think it's all over the map because why?

A    Well, in response to this litigation, we've looked at Chris Hatcher's mark on and mark off.  Now, he worked a covert unit, so he rarely marked on the radio.

CHANDLER & HALASZ, INC.

take-home car as it relates to -- when do you mark on with dispatch?

A    My practice?

Q    Yeah.

A    I don't mark on.

Q    Is that because of your rank?

A    My rank and my assignment.

Q    Got you.  What assignments are not required to mark on at all with dispatch? Administrative?

A    Administrative folks, generally, do not mark on.  And I just want to be clear, you said what policy or practice with marking on?

Q    I said what assignments are not required to be --

A    Okay.

Q    -- to be marked on.

A    So our investigative units generally do not mark on.  I don't want to say they're not required to.  But our courts' guys, some mark on, some don't.  It depends on their assignment.

Administrative people generally do not mark on.  Patrol people do mark on.  Investigative staff, our narcotics unit and our street crimes unit, do not mark on.

Q    What investigative units do mark on?

A    I'm not aware of any units, any investigative units that mark on as a means by which indicating that they're about to start their shift.

Q    Do investigative have their own channel on the radio?

A    Yes.

Q    Okay.  And so do they mark on that -- their specific channel?

A    I don't know that answer.

Q    All right.  And the different -- there are different channels, but all -- dispatch has access to all the different channels; right?

A    Yes.

Q    What channel would street crime mark on?

A    I don't know.

Q    Courts, you said, generally don't but some do.  Can you break that down for me?  Is there a specific assignment within courts where --

A    Well --

Q    -- deputies do mark on?

A    If I'm a court's guy and I'm assigned to the courthouse, I may not mark on.  But if I'm a court's guy doing transports, or in the field serving civil process, I may mark on.

CHANDLER & HALASZ, INC.

Essentially, dispatch would have no need to know that I am reporting for duty if I'm driving here just to walk in the courthouse and stand in a courtroom all day. Dispatch doesn't keep track of who's assigned to what court, et cetera.

But if you're out serving papers in the field, those officers talk on the radio. If you're out making transports, those officers would talk on the radio. They would need to be marked on.

Q    So patrol has an obligation to inform dispatch that they're on duty?

A    Yes.

Q    Okay. So patrol is -- there's no, as I understand it, policy -- or, for patrol, is there a policy that they have to mark on?

A    I'm not aware that there's a specific policy that they have to mark on, but you have to have a means by which dispatch knows you're a unit that can be assigned calls for service. They don't assign investigators calls for service. They don't assign the administrative captain a call for service. They don't assign court services a call for service. Those are done through patrol, and that's why there's a need that -- so dispatch knows who is available for calls when the shift begins.

Q    Okay.  If the -- when an officer is marked on with dispatch, are they available to be called by dispatch to respond to something?

A    They are available, but if it is outside of the normal times of their shift, it would be incredibly rare that they would be called.

Q    And is that a written policy?

A    No.  It would be a practice.

Q    Okay.  And on what basis would you say that's a practice?

A    So the dispatch center knows the shifts that we work.  They know the day shift comes out at 6 a.m.  Until the day shift supervisor marks his or her shift clear, or 10-8, available for calls, the dispatch center knows not to call any day shift unit to take a call for service.

That extends the exact same way for day shift and evening shift overlap, and evening shift and midnight shift overlap.  The only caveat to that is that there are two points in time between the day/evening carryover, and the evening/midnight carryover by which, even though the midnight unit or the preceding unit is available, that the pre -- that the units on shift before them still takes primary.

CHANDLER & HALASZ, INC.

So here would be an example.  And I'm not sure of the exact time.  But let's say day shift comes out -- because, by policy, the first 30 minutes of every shift is supposed to be a roll call.  Roll call is paid time.

So at 6 a.m., day shift roll call would start.  On or about 6:30, it gen- -- it never takes that long.  But around that time, the day shift supervisor would mark his shift -- I'm sorry, not day shift, evening shift.

The evening shift supervisor would mark his shift clear.  That would be right around 1 o'clock.  Well, day shift still has three and a half hours left to work.  So there's a particular time -- and I'm not sure, I think -- I want to say it's like 2:30 or 3, that day shift is still primary.  Meaning day shift, even though evenings is out, is the ones that they call for the call.  Does that make sense?

So you may have a day and an evening unit assigned to the same beat during the same time, but they're calling the day shift person even though evenings is 10-8 and available for calls.

Q    And you're saying this is what dispatch does.  What's your basis for knowing that this is what dispatch does?

A    Well, one, I used to work there.  Two, I have been involved in conversations along the way where we have discussed shift overlap.  And I know that dispatch is not going to assign a call to a deputy that's on a shift that is currently on duty without first having been cleared by their supervisor --

Q    And the --

A    -- by the patrol supervisor.

Q    And does dispatch work for the Hanover County Sheriff or for --

A    They do not.

Q    Dispatch works for the County of Hanover?

A    Correct.

Q    All right.  For the GPS tied to the computer, does the computer simply have to be turned on in order for dispatch to have the access to the GPS, or does there need to be some other step taken?

A    I'm not a hundred percent positive.  I want to say that just turning the computer on does not turn on the AVL.  You have to log into your mobile, your mobile CAD, your mobile field reporting for it to work.

Because there is an icon in there that you can turn the AVL off.  Now, we tell people that

CHANDLER & HALASZ, INC.

A    Well --

Q    -- or AVL, whatever you called it, they know where the location --

A    No.

Q    Okay.

A    The officer has to log into mobile CAD first.

Q    Okay.  However dispatch gets the GPS information for a deputy, if a deputy is marked on and dispatch knows their GPS, are they available to be called on if dispatch needs to, based on their location, before their shift?

        MR. PRINCE:  Objection to form.

        You can answer.

A    Are they available?  There may be an instance where they may be called upon, but those instances would be incredibly rare.

BY MR. CURWOOD:

Q    So they are available in specific unnamed instances?

        MR. PRINCE:  Objection to form.

A    No.  They're not available.

BY MR. CURWOOD:

Q    Okay.

A    But so -- so imagine this, if I'm an

officer and I'm driving past your house on the way to work, I am not available as a call for service.

But if you have an incident at your house that requires immediate law enforcement response, like, if someone had broken into your house and was actively assaulting you, now one of two things are probably going to happen in that instance, I'm going to hear it on the radio and know where it is probably before the dispatcher has an opportunity to look at the AVL and see that I'm a close unit. Because I, I may not be logged in, but in your particular instance, you said that if you are logged in.

Like, yes, you are available.  Like, they could call you, but they won't because they know that you haven't started your shift yet.

Q    Okay.  And I don't think I said logged in, but are you saying logged in meaning -- means the same thing as marked on?

A    No, logged in the AVL.

Q    Okay.

A    I thought that's what you said.

Q    Okay.  Well, then, maybe now is a good time to clarify that.

A    Okay.

CHANDLER & HALASZ, INC.

relates to dispatch not calling on the -- and I think you were explaining this earlier, and it's possible that I might need a second explanation, and if so, my apologies.

But is there a policy or practice for dispatch not to call officers who are getting towards the end of their assigned shift when there's another overlap officer assigned to their same beat?

A    So the -- that would be a dispatch practice -- that would generally come from guidance from us -- that once the following shift is out. And that's designated by the supervisor on duty in one of two ways, either after roll call or it's announced before there is no roll call, dispatch will not assign calls to the preceding shift.

Q    And the trigger is the roll call of the oncoming shift?

A    Well, the trigger is the -- either one of two things, on the day shift/midnight overlap, it's the day shift supervisor marking the shift 10-8. On --

Q    Is that clear?  Sorry.

A    Yes, I'm sorry.  Marking clear.

On the day/evening and evening/midnight overlap, I think it's different.  I think there is a

time that triggers that, that happening.

So with the example I gave, say, like a day shift/evening shift overlap is from 12:30 to 4:30. At 3 o'clock, day shift stops taking primary calls and evening shift starts taking primary calls.

Q    And you referenced that it's a practice by dispatch based on guidance from you, meaning the sheriff's office?

A    Correct.

Q    What is generally the form or format that guidance from the sheriff's office comes from you to dispatch?

A    So it could be in a few things. It could be an e-mail that was sent over. We have a dispatch review committee where we discuss issues between the sheriff's office and communications; it could have come up there. I'm not familiar with how they came to that time; I just know that it is a time.

Q    And -- go ahead, you finish.

A    Aside from that, it's all -- a unit that is on duty that starts their shift, right, a unit that starts their shift will not be given a primary call for service until their supervisor marks them clear from roll call, or if there is no roll call, or unless there is -- they have proceeded the time

by which the shifts change over.  And that's on the -- just the day/evening, evening/midnight overlap.

Q    Okay.  And that practice, you say, comes from guidance from the sheriff?

A    From the sheriff's office.

Q    Office, right.

And that guidance may or may not be -- or is it in writing?

A    I couldn't answer that.

Q    All right.  And what is a dispatch review committee?

A    It's a representative or two from the sheriff's office that meet with dispatch.

Q    How often does the dispatch review committee meet?

A    I'm not sure.  Quarterly, it's --

Q    And who's on that committee?

A    I don't know.

Q    And do they have minutes or records from those quarterly meetings?

A    I don't know.  I have not had the pleasure of attending one of those yet.

Q    All right.  With respect to the sheriff's training and instruction to deputies and their

take-home vehicles, what is the instruction or training as it relates to what duties or obligations do they have when they're driving that vehicle to roll call to the start of their shift from their home?

A    The only duties or obligations that they have are to bring the vehicle to their -- to roll call so that they can be prepared for their shift.

Q    Do they have any duties or obligations while they're driving to -- and, if so, what are they?

A    No.  None.  Just to make it here in one piece.

Q    Do they have any obligation to take action if they observe anything in particular?

MR. PRINCE:  Objection.  Asked and answered.

You can answer.

A    They do not have any obligation to do that.

BY MR. CURWOOD:

Q    What -- as far as your training, the sheriff's training of these officers, what's the training as to what their expectation is?

A    Well, you can't train discretion.  And

CHANDLER & HALASZ, INC.

a shift?

MR. PRINCE:  Objection to form.

A    When I hear it, yes.

BY MR. CURWOOD:

Q    Yeah.  And, I guess, that's essentially what I'm asking is that, is that -- is the basis of your knowledge that that occurs the hearing of it, or is that just how it's always been as long as you've been here?

A    So yes to both.

Q    All right.

A    The only caveat to that is now you can do it by computer also.

Q    Which means you don't -- you wouldn't hear that over the radio?

A    Correct.

Q    And then on the marking on, when you hear people marking on, what is, what is the typical practice that you observe of officers as to when they mark on prior to the start of the shift?

A    Are you talking about from a time perspective?

Q    Yeah.

MR. PRINCE:  Objection to form.

Go ahead.

CHANDLER & HALASZ, INC.

A    It -- all over the place.  I think what I said before is salt and peppered, like any time between, say, 5 a.m. and 6 a.m.  Some people enjoy going really slow to work, right, they have a routine.  They get up.  They may stop by Wawa, get a cup of coffee, stand around and talk, and then get in the car and drive up.  You have some that may -- you know, I may live five minutes away, and I literally leave five minutes before the shift.  It's just, everybody is, everybody is different.  Everybody has their own nuances.

BY MR. CURWOOD:

Q    And are you -- are deputies allowed to stop and get breakfast or coffee on their -- in their patrol vehicles?

A    Sure.

Q    Okay.  I didn't -- you may have mentioned it earlier; I didn't recall that as being one of the options.  Is that a permissible use?

A    Well, I -- so that was -- permissible use, I think you asked me when they're not on the radio and off; right?

Q    Sure.  That's fair.

A    It's like, when you drive into the office, you may stop at 7-Eleven and grab a cup of coffee,

CHANDLER & HALASZ, INC.

that's what these guys do too.

Q   Okay.  Well, okay.  And so, so is there places or stops or permission given when they're driving -- leaving their home and they're on their -- in uniform on the way to their shift that's not permitted when they're off-duty?

A   Ask me that again.

Q   Well, I'm just following up on your distinction that we were talking earlier about permissible use when they're off-duty.

A   Okay.

Q   And I didn't hear, you know, stopping for coffee when they're off-duty; right?

A   Which would --

Q   So go ahead.

A   Which would mean you're trying to tie that that they're on duty when they -- on the way to work, and therefore stopping to get coffee is now something they're permitted to do while on duty.

So we look at this completely separate. Like, being on the radio has nothing to do with compensable time.  Kronos and dispatch are completely separate.  They have nothing to do with each other.

Q   Okay.

CHANDLER & HALASZ, INC.

A   Literally nothing to do with each other.

So me being on the radio has nothing to do with being compensated for time.  If an officer wants to stop and get a cup of coffee on the way to work, go through the McDonald's drive-through, that is certainly between point A/point B.  Now, it may not be written in policy as an acceptable means by which you can use the car when you are, quote, unquote, off-duty, right, but common sense has to prevail at some point.

Q   Right.  And so what is permitted that's different when they're in uniform on their way to shift --

A   So --

Q   -- as opposed to out of uniform, off-duty?

A   So I wouldn't tell you anything different than what we already said.  Like, an officer could stop somewhere and get a cup of coffee on the way to work in the morning.  They may not do that in the middle of the day.  They may run through the drive-through, or maybe they don't stop anywhere at all, right.  But there's nothing written out that says you can or can't do that on the way to work.

Q   If an officer by practice marks on the radio, or marks on the computer as they're -- right

before they pull out of their driveway from home, and they stop off at McDonald's and go inside, do they have to mark off when they leave their car?

A    So if I get in the car and I mark on the radio --

Q    Yes.

A    -- and then I walk into McDonald's, because I'm leaving my car, I'd have to mark off? Is that --

Q    Or do they have to?

A    -- what you're asking me?

Q    That was the question, yes.

A    So, no.

Q    Okay.

A    But that would -- that question doesn't make sense in my realm.

Q    Okay.  Tell me why.

A    I wouldn't mark off until the end of my shift.

Q    Okay.  And why is that?

A    Because that would mean that you don't -- basically, you don't need to keep up with me anymore.

Q    Okay.

A    Dispatch doesn't need to, need to know

that I'm out and about, floating around in the world.

Q    Right.  So dispatch needs to know when you're marked on?

A    Yes and no, right.  I mean, that's -- it's not a perfect answer.

Q    Okay.  So I'm just trying to figure out, you know, the -- you know, what your policies and practice is with respect --

A    Let me give you another example.

Q    Okay.

A    So if I go to the gym, right, I don't get in the car and say -- my unit number is 14.  I don't say 14, 10-41, going to the gym.  No one cares.  Could care less.  I'm not taking calls for service.

If I'm -- and let's say -- I'm a bad example, but if I'm a day shift guy, or if I'm a patrol shift guy, and I want to use my car, because it's a benefit, right, the county taxpayer is now paying for the fuel for me to go pick up laundry, or go get a haircut, I don't have to say 10-41, I'm going to the barber shop.  We don't have to do that.

Q    Right.  And the distinction, though, there is you're not in uniform and you're not on the way to work -- right? -- in those examples you're

giving?

A    Well, that's part of it.  But I'm not, I'm not preparing for my shift either.

Q    Okay.  So, you know, if that's, if that's true, then, wouldn't it be fair to say that an officer who is marking on before his shift is part of his preparing for a shift?

MR. PRINCE:  Objection to form.

BY MR. CURWOOD:

Q    I'm just following up with your answer.  You can answer.

A    I think it's one of the things that you do before your shift starts, sure.

Q    Anything else that you train your officers, or that are required by policy or practice to do before their shift starts?

A    Nothing that comes to mind.

MR. CURWOOD:  Bear with me for a second.

BY MR. CURWOOD:

Q    When dispatch gives a call for service to a specific deputy, is there -- are they required to take it, or is there some -- or are they not required to or they're -- or does it depend?

A    Dispatch assigns calls to deputies based off the call for service by geographic location, and