

**DEFENDANT'S EXHIBIT 4**



| | APPROVED BY: |
|---|---|
| **HANOVER COUNTY SHERIFF** <br> **ADMINISTRATIVE ORDER** | *David R. Hines* <br><br> **COLONEL DAVID R. HINES** <br> **SHERIFF** |

| | |
|---|---|
| **SUBJECT: TAKE HOME VEHICLE PROGRAM** | **SERIES: 41** <br> **NUMBER: 15** <br> **EFFECTIVE DATE: 1/1/1996** <br> **REVISION DATE: 1/13/2022** |
| **ACCREDITATION STANDARDS: VLEPSC: OPR.01.06.** | |

## POLICY

The assignment of a vehicle under this program is a Hanover County Sheriff's Office prerogative under established guidelines. Any officer eligible for an assigned vehicle may decline to accept it subject to the Sheriff's approval.

## PURPOSE

The use of take home vehicles is designed to provide improved law enforcement services to the citizens of Hanover County through increased visibility, officer readiness; and to promote increased vehicle life and conversely reduce the costs associated with maintenance and repair.

## PROCEDURES

### 1. Program Administration - General Provisions

The initial assignment of vehicles shall be accomplished by the Commanders of Uniform Operations, Investigations, and Administration with the assistance of the department Fleet Manager. The Take Home Vehicle Program applies to all personnel assigned a take home vehicle upon the completion of the Basic Academy or initial employment through the Lateral Entry Program.

A.   Sworn Employees may participate who reside within the boundaries of Hanover County and those who reside in adjoining counties (Henrico, Goochland, Louisa, Spotsylvania, Caroline, King William, and New Kent) who agree to park the vehicle at their residence. The officer's residence must be within ten (10) air miles of the Hanover County boundary line to have applicability. Members whose residences are located outside of such distance may not qualify for participation in the program. Officers seeking to participate in the program who live outside of the county must prepare a

AO 41 - 15

1

**EXHIBIT**

Hines 3

1/28/25  SB

CONFIDENTIAL

Date: 1/13/22

HCSO-000407

memorandum for consideration by the Sheriff, who will retain final discretionary authority to approve or disapprove said requests.

B.   Personnel who violate the provisions of this and associated directives, orders, or procedures may be subject to loss of use of a personally assigned vehicle.

C.   All policies, procedures, and orders of the Hanover Sheriff's Office that govern vehicle use shall, unless specifically stated otherwise, apply to off-duty personnel as if they were on-duty.

D.   The operation of off-duty vehicles shall be limited to Hanover County Sheriff's Office officers only. Such operation by officers who garage assigned vehicles outside of Hanover County are strictly prohibited from utilizing such vehicles in the below described manner unless such activity is completed within the boundaries of Hanover County.

   1)   No off-duty "ride-a-longs" shall be permitted; however, two or more officers performing the same function may pool for that purpose.

   2)   Off-duty use of a vehicle shall be limited to:

      a)   Transportation to and from headquarters (duty, meetings, administrative work, physical training, routine medical exams, payroll distribution, and mailbox checks after extended absences).

      b)   Court.

      c)   Vehicle maintenance and cleaning.

      d)   Uniform care.

      e)   Haircuts.

      f)   Vehicles may be utilized for transportation to Sheriff's Office sponsored athletic activities, but the number of units at these events should be minimized by car-pooling whenever possible.

      g)   Transportation to and from supplemental employment functions.

         i)   Provided the work performed is of a policing nature requiring the wearing of uniform.

         ii)   Unless an arrest necessitates transportation of a prisoner.

2

AO 41 - 15

<span style="color:red">CONFIDENTIAL</span>

Date: 1/13/22

HCSO-000408

E.   Personnel who are performing authorized light duty functions will be asked to relinquish use of their vehicle until they return to a normal duty status.

F.   Personnel who are receiving Workmen's Compensation Benefits will be provided an unmarked Sheriff's Office vehicle for use for the duration of their alternate duty status.

G.   Vehicles will only be assigned to another officer, for reasons stated in "E" or "F" with the approval of the appropriate sergeant. The commanders will be notified of this arrangement and have final approval.

H.   Any damage or accident involving a Sheriff's Office vehicle shall be reported immediately to Communications. The on-duty supervisor or a member of the Sheriff's Office Traffic Safety Unit shall respond in accordance with AO 63-1, unless approved by the on-duty supervisor.

I.   Patrol personnel who will be away from the county longer than ten (10) consecutive days and whose vehicle will be left unattended at their residence, shall park their police vehicle at headquarters for safekeeping. The keys to the vehicle will be left with the officer's immediate supervisor. The supervisor will maintain the keys and a log in the supervisor's office. The log will identify the vehicles available for use, the period of time it will remain available, as well as who is assigned to use the vehicle. The vehicle will be used when necessary to supplement the pool fleet; however, the supervisor who issues the vehicle will be held accountable for the same.

   1)   If additional vehicles are needed for a tour of duty or major special event, the Commanders will utilize off-duty personnel's vehicles in the following order:

      a)   Off-duty same shift vehicles.

      b)   Off-duty, from shift on break.

   2)   Supervisors will ascertain if the vehicle is available for road duty assignment, and will have the officers pick up and return vehicles to the home of the assigned officer.

J.   Unattended vehicles shall be locked at all times. Portable radios shall be locked in the trunk if left in the vehicle.

K.   As representatives of the Hanover County Sheriff's Office, off-duty officers utilizing their vehicles must be in a position to function effectively. Accordingly, each officer shall:

   1)   Be appropriately attired to conduct police business should the occasion arise.

3

AO 41 - 15

CONFIDENTIAL

Date: 1/13/22

HCSO-000409

2)    Be armed with his/her service weapon or approved off-duty weapon (if not in uniform) and carry his/her handcuffs, badge and I.D. card.

3)    Have the assigned radio in his/her possession and monitor the appropriate frequency.

L.    Whenever an off-duty officer in his/her vehicle becomes aware of a call for service to which his/her immediate response may result in the prevention of a crime or the apprehension of a perpetrator, that officer shall, after advising Communications of his/her proximity to the incident, respond to the call, provided he/she is not canceled by a field supervisor or communications officer.

1)    All response codes shall be followed as if the officer was on-duty.

2)    Off-duty personnel who have been canceled shall not respond to the scene.

3)    This subsection of the Administrative Order only applies to those personnel who reside and garage their respective vehicles inside the boundaries of Hanover County.

M.    Off-duty personnel in their police vehicle encountering a traffic crash shall notify Communications and render whatever assistance is required to stabilize the scene until such time as on an on-duty unit arrives.

N.    Vehicles are to be parked on the assigned officer's property, in the driveway, or directly in front of the officer's residence. Officers who reside in an apartment complex or townhouse community should park their vehicles as close to their residence as possible.

2. Compensation

A.    Off-duty personnel injured while utilizing their police vehicle shall report all such injuries as if they were on duty so that Workmen's Compensation benefits can be initiated.

B.    Off-duty officers who become involved in police action shall receive compensation at standard overtime rates only after their involvement exceeds two (2) hours, unless they are "called out".

1)    No overtime (time and a half) will be earned for the first two (2) hours of activity, unless the activity was initiated by a "call out".

2)    Officers earning overtime compensation shall report time worked to their sergeant.

a)    It shall be the responsibility of the supervisor on duty at the time of the incident to determine eligibility for compensation.

4

AO 41 - 15                                                                              Date: 1/13/22

CONFIDENTIAL

HCSO-000410

b) If eligibility has been determined, the supervisor shall sign the necessary overtime paperwork.

3. Vehicle Maintenance

A. Cleanliness of Hanover County Sheriff's Office vehicles, whether take home or pool, is the responsibility of the officer assigned.

    1) Vehicles may be washed at one of the professional car wash facilities approved by the Hanover County Sheriff's Office.

    2) Under normal circumstances, take home vehicles will be cleaned at the expense of the Hanover County Sheriff's Office. Washing shall normally be accomplished by the officer or at a commercial establishment of choice.

B. Emergency repairs shall be made as soon after the problem arises as is feasible.

C. Cosmetic changes, mechanical and/or electrical alterations to vehicles, and unauthorized addition and/or removal of equipment are specifically prohibited unless authorized by the Sheriff. Said alterations shall be made at a county maintenance facility or by a county contracted agency only.

D. Off duty personnel shall inspect their own vehicles to determine cleanliness, state of repair, proper functioning and maintenance of equipment, safety hazards, etc. prior to the vehicles' use, as if the officers were on duty.

    1) Any supervisor observing a vehicle in use that appears to be in violation of the standards may inspect that vehicle to insure compliance.

    2) A current Commonwealth of Virginia inspection sticker should be maintained.

E. Preventive maintenance inspections must be done as scheduled. Each officer shall monitor the quantity and quality of work performed on his/her assigned vehicle. Ineffective repairs or those likely to be excessive in cost, shall be reported through channels to their sergeant and captain. No major components are to be repaired or replaced without prior approval. Supervisors are responsible for ensuring that the maintenance schedule is maintained.

4. Alternate Transportation

Any officer assigned a take home vehicle whose vehicle is not operable for any reason, must arrange with an off-duty officer who also has an assigned vehicle, to utilize the idle vehicle during his/her duty tour subject to approval of the sergeant.

5

CONFIDENTIAL

Date: 1/13/22

HCSO-000411

5. Prohibited Practices

    A.    Off-duty officers are prohibited from stopping at food service/coffee shops if another marked unit is present, unless responding to an incident at that location.

    B.    Sheriff's Office vehicles shall not be utilized at any time for the purchase, storage, or transportation of alcoholic beverages, controlled substances, narcotics, marijuana, or any other form of concentrated THC (except in the line of duty). Furthermore, Sheriff's Office vehicles shall not be operated in any manner if the operator has consumed any substance that would render the operation unsafe.

    C.    Presumption of special privileges, violating any statute or ordinance, operation in any manner that would bring discredit to Hanover County Sheriff's Office, should be avoided by the use of good judgment.

    D.    Vehicles will not be driven outside of Hanover County unless on authorized county business.

    E.    No shotgun or rifle other than those issued by the Sheriff's Office shall be transported in the police vehicle.

    F.    Failure to abide by this and/or related directives may result in reassignment of a vehicle.

AO 41 - 15

CONFIDENTIAL

Date: 1/13/22

HCSO-000412