| General Orders Section 4 Operations GO 4.3.1 Law Enforcement Operations Unit Numbering and Special Teams- Units |  HANOVER PUBLIC SAFETY EMERGENCY COMMUNICATIONS | Effective Date: 01/01/2021 |
|---|---|---|
| CALEA: 6.2.2 | | |
| DCJS: | | |
| APCO/NENA: | | |

**DEFENDANT'S EXHIBIT 5**

I.   **Purpose**

Hanover County Sheriff's Office (HCSO) and Ashland Police Department (APD) are Public Safety Agencies in Hanover County. Hanover County Public Safety Emergency Communications Officers (PSECOs) are responsible for taking and dispatching their calls, monitoring and tracking their activities, and providing support functions as requested. The following policies and procedures outline the handling of law enforcement related calls for service.

II.   **Policy**

It shall be the policy of the Public Safety Emergency Communications Department (PSECD) and its staff to dispatch all law enforcement calls for service utilizing the following Unit Numbering and Special Teams/Units.

III.   **Unit Numbering / Special Units / Special Teams**

A.   **Unit Number Assignments**

1.   **Division/Shift Break Down**

The following divisions and shifts break down HCSO unit numbers:

| Series | Assignment |
|---|---|
| 1-19 | Executive Staff |
| 20-59 | General Investigations |
| 60-79 | Vice/Narcotics Investigations |
| 80-99 | Street Crimes |
| 100 | Day Shift Patrol |
| 200 | Evening Shift Patrol |
| 300 | Midnight Shift Patrol |
| 400 | Administration / Training |
| 500 | Special Operations |
| 600 | Reserves |
| 700 | Ashland Police Department |
| 800 | Judicial Administration Division |



EXHIBIT
Buchanan 6
1/15/25    SB

10/14/2024

CONFIDENTIAL

COUNTY_007072

2. Patrol Unit Hours

The hours of each shift are as follows:

a. Day Shift:
   i. 0600-1630
   ii. Roll call until approximately 0630.
   iii. Will take primary at the completion of roll.

b. Evening Shift:
   i. 1230-2300
   ii. Roll call until approximately 1300.
   iii. Will take primary beginning at 1400.

c. Midnight Shift:
   i. 2030-0700
   ii. Roll call until approximately 2100.
   iii. Will take primary at 2130.

B. Special Units

1. Reserve Units

HCSO utilizes reserve deputies to supplement their law enforcement operation. Reserve deputies are used to work special assignments, traffic related matters and to assist with normal patrol activities.

When reserve deputies work the road, they shall primarily be used in a back-up capacity. They shall not be assigned as the primary unit for calls requiring a report to be taken, unless necessary. They shall be utilized as back up units and for such things as searches, periodic checks, and livestock in the roadway, etc. When reserve deputies are on duty, they are entered/tracked in the same manner as full-time deputies.

2. Motorist Assist Program/Units

This program is considered a subset of the Reserve Deputy Program and is designed to aid drivers experiencing vehicle "trouble". Motorist Assist Units can be utilized for Project Lifesaver battery change requests as well. These units will consist of a 2-man team and operate in vehicles brightly marked as VOLUNTEER SHERIFF'S UNITS. Their uniforms will be conspicuously colored worn along with a baseball cap and reflective tape identifying them as Civilian Volunteers. Their assignments will be provided by the road supervisor at the beginning of each shift.

Motorist Assist Units will mark on duty on the Police Dispatch Channel and are given the designation of MTR#.

Motor units will have **NO police powers** and are **UNARMED**. They are not at liberty to receive Division of Motor Vehicles (DMV) or Criminal History (CH) information. When these units mark out, they will follow the standard "10-46"

GO 4.3.1                                    2                            10/14/2024

CONFIDENTIAL                                                    COUNTY_007073

(disabled vehicle) mark out process. It is then the responsibility of the Police Dispatcher to check the wanted status on the vehicle they are out with and advise them immediately of the outcome. Motor units will not exit their vehicle until the wanted status has been evaluated. Should an inquiry return a positive hit these units, upon receipt of the information, have been instructed NOT TO APPROACH the vehicle and to relocate to a safe location of their choice. A back up Law Enforcement Unit will be sent to the location of the wanted vehicle.

Motor units **shall be checked on** as any other HSO Law Enforcement Unit would be – **every 4 minutes**. If a Motorist Assist unit needs a wrecker, they are to request such on the Police Service Channel and the request handled as they are for sworn law enforcement units. Motorist Assist units will utilize the SEND protocol when requesting EMS assistance.

3. **Safe Street Units**
   The HCSO Safe Streets Unit is part of the Uniformed Patrol Division. They shall not be directly assigned calls for service but may self-dispatch as backup units to assist if needed. They have a Sergeant assigned as the Officer-in-Charge (OIC) who will make the daily assignments as necessary. All Units are uniformed and operate marked HCSO patrol vehicles.

C. **Special Teams**
   1. **Bike Team**
      The Hanover County Sheriff's Office Bike Team are required to successfully complete a 40-hour comprehensive basic law enforcement bicycle patrol training and certification program. Bicycle operations provide a versatile means of patrolling certain communities in Hanover County and assist in furthering the community policing and crime prevention efforts of HCSO. Bicycle operations provide for a better exchange of information between the Sheriff's Office and our citizens because the officers are more accessible and approachable on bicycles than in a motor vehicle. The Ashland Police Department also has a bike team and when their units are on a bike, they refer to themselves on the radio as bravo units.

      Example, 720 Bravo

   2. **Special Weapons and Tactics (SWAT)**
      The Special Weapons and Tactics (SWAT) Team consists of sworn members and a team commander from all areas of the Sheriff's Office who meet specialized and stringent criteria. They receive hours of intensive training to respond to high-risk situations such as executing search warrants on major drug cases and hostage or barricade situations. Members of this team perform their regularly assigned duties and attend special bimonthly training.

CONFIDENTIAL

COUNTY_007074

3. **Honor Guard**

The Honor Guard is a highly visible unit consisting of sworn members and sets a high standard of integrity, service, appearance and professional demeanor.

4. **K-9**

The Hanover County Sheriff's Office employs multiple handler/canine teams. This unit is assigned to Uniform Patrol Operations or Court Services and each member has extensive training in multiple patrol techniques to include:

a. Tracking
b. Apprehension
c. Building searches
d. Drug detection
e. Bomb detection

The canine teams are certified annually through the Virginia Police Workdog Association. The unit has been utilized in many different situations to include:

a. Article searches for criminal evidence
b. High-risk occurrences
c. Locating lost children and senior adults

5. **Crisis Negotiation Team**

The Hanover County Sheriff's Office responds daily to emergency situations and most are quickly resolved. However, in the event a critical incident requires the need for focused communications and negotiation, the Sheriff's Office selects and trains several sworn personnel to respond effectively to any hostage or barricade scenario. Team members attend in-house training, regional and national courses and seminars. The members also instruct their peers on topics such as active listening and managing suicidal subjects.

The Negotiation Team consists of HCSO Personnel and representatives from Hanover Mental Health. This team works closely with the SWAT in safely resolving critical incidents. This team maintains an assortment of communication equipment and a mobile communication vehicle to conduct their tasks.

6. **Search and Rescue**

The Hanover County Sheriff's Office Search and Rescue Team is a specialized unit trained and outfitted to handle search and rescue situations in a safe, organized and methodical manner. These members respond wherever they are needed to search for persons who are lost, missing, stranded or injured. They are trained and equipped to search day or night, in any kind of weather and any kind of terrain.

Each member of the HCSO Search and Rescue Team has been through a Search and Rescue for First Responders class. If someone gets lost or is missing, the

CONFIDENTIAL

Search and Rescue Team has the skills and abilities to conduct a systematic ground search, lead volunteers in search tasks and the extrication of an individual once they have been located.

7. **Tactical Field Force**
   The Tactical Field Force consists of members from the patrol division. This assignment is a secondary duty in addition to the officer's primary assignment. The Tactical Field Force is utilized during incidents of civil disturbance.

8. **Small Unmanned Aerial Systems (sUAS)**
   This team utilizes "drones" for aerial surveillance in various situations such as accident investigations, missing persons, monitoring of traffic during special events, tactical situations, and investigative operations.

9. **Traffic Safety Unit (TSU)**
   A Sergeant and select patrol deputies have received specialized training in crash investigation and reconstruction, to include:
   a. Computer-assisted measuring and diagramming of crash scenes
   b. Crash data retrieval
   c. Speed analysis

   This unit also analyzes crash data throughout the county and creates strategies aimed at increasing traffic safety and reducing injuries and deaths. Among other things, these strategies include:
   a. Checkpoints
   b. Child seat checks
   c. Educational events
   d. Participation in Virginia's Click-It-or-Ticket program
   e. Specialized patrols

   All these responsibilities are performed in addition to their regular duties within the Uniform Patrol Division.

10. **Underwater Forensic Dive Team**
    Hanover's Underwater Forensic Team's mission is to locate, recover, and preserve evidence from an underwater environment during a criminal investigation. The members are certified through the Professional Association of Diving Instructors and receive training and certifications up to the level of Master Underwater Criminal Investigator.

11. **Motor Carrier Unit**
    The Motor Carrier Unit (MCU) addresses motor carrier issues within Hanover County. The MCU conducts inspections on, but not limited to, tractor permits, weight limits, logbooks, specifications and placards. The MCU also investigates

CONFIDENTIAL                                                                   COUNTY_007076

complaints reported to the Sheriff's Office.

### 12. Explorers
The Law Enforcement Cadet Unit 606 is open to Hanover County young adult's ages 14 to 20 years of age.

Members receive law enforcement training and citizenship and character education while gaining experience in leadership roles. The Cadet Program is a youth led program with Law Enforcement Officers serving as advisers and facilitators for the program. The post routinely provides community service by assisting the Deputies with crime prevention activities, fingerprinting of children and traffic control at community events.

The Cadet Program helps prepare youth for their chosen career field and helps them decide if their interest is strong enough to lead them into a law enforcement career.

### 13. Project Lifesaver
This program offers the ability for the Hanover County Sheriff's Office to locate loved ones and family members who wander due to cognitive disorders such as Alzheimer's disease, Autism, and Down syndrome.

As a free service to the community, the Hanover County Sheriff's Office will outfit a client with a watch-sized transmitter. The transmitter enables the client to be tracked should the individual wander.

### 14. Child Seat Inspection Team
The Hanover County Sheriff's Office has officers certified to inspect and install child safety seats. These officers frequently assist citizens with the installation and inspection of child safety seats.

## D. Notification of Special Teams
### 1. SWAT
Only the Sheriff, Lieutenant Colonel, Majors, or HCSO OIC may activate the SWAT Team. The following procedures shall be followed whenever a request is made involving SWAT personnel:

Upon notification from the Sergeant in charge of the incident to request an activation of the SWAT, the PSECD will notify the OIC from the approved list above. Any message received from the OIC, whether it is authorization for activation or authorization to standby, should be relayed first to the Commander of the SWAT via alpha pager to contact the PSECD in reference to activation of the SWAT. If no immediate response is received, contact the SWAT Commander by phone and if no contact, call the HCSO OIC.

GO 4.3.1                                  6                                  10/14/2024

CONFIDENTIAL                                                                    COUNTY_007077

Once paged, they will contact the PSECD by phone to:

a. Obtain detailed information on the activation
b. Advise response of additional team personnel

Only then will the PSECD page out the remainder of the SWAT personnel designated to respond. This needs to be done through the Computer Aided Dispatch System (CAD) paging module.  The team OIC will advise the content of the information to be sent.

2. **Chaplain Team**

Chaplains support and aid the Sheriff's Office in times of need. When a chaplain is needed or requested, a page will be sent to **HSOCHAPLN** page group noting the area of the county the chaplain is needed. The following script shall be utilized when paging Chaplains: **"Any available (East End/Central/West End) Chaplain, contact ECC @ 365-6140 ECC/xxxxx"**. Each chaplain is also provided a unit number (CL50 – CL 83) through the Sheriff's Office for tracking purposes. When a unit takes the request, the PSECO shall ascertain their unit number, dispatch the unit to the call, and then immediately clear the unit with the disposition code **AM** (assist made). Once the PSECD receives a call from an available Chaplain and they have taken the request, a follow up message to the group shall be sent using the following script: **Chaplain XXX has responded, thank you.  ECC/xxx"**.

If you have not received a call back within 10 minutes, refer to the **CHAPLAIN LIST** in the schedule book and attempt to make notification beginning with the closest Chaplains' address based on time of day and proximity to the incident. If no one answers the "call out", notify the requesting Sergeant no one is available. These notifications will be documented in the CAD Narrative of the affected call for service.

CONFIDENTIAL

COUNTY_007078