DEFENDANT'S
EXHIBIT
6
_____

# COMMUNICATIONS AGREEMENT

*between the*

## HANOVER COUNTY SHERIFF'S OFFICE

*and the*

## HANOVER COUNTY PUBLIC SAFETY
## EMERGENCY COMMUNICATIONS CENTER

The Hanover County Sheriff's Office (hereinafter referred to as HCSO) and the Public Safety Emergency Communications Center (hereinafter referred to as the ECC) share a joint role in providing public safety service to our citizens. The ECC is the primary public safety answering point (PSAP) of contact for citizens to report emergencies, criminal incidents and requests for assistance. The HCSO remains the primary law enforcement provider in Hanover County, and is dependent upon the ECC to not only receive and dispatch calls for service, but to also maintain effective radio communications to members of the Sheriff's Office, and to ensure that proper information is relayed to those members through the use of local, state, and national computer information systems.

Due to the complex tasks assigned to each office, both are governed by separate administrative orders and individual procedures necessary to complete their mission.

However, the HCSO Administrative Order 81-1 – "Emergency Communications" addresses the accepted professional standards of law enforcement communications as set by the Commission for Accredited Law Enforcement Agencies (CALEA), Chapter 81; and the Virginia Professional Standards Commission (VLEPSC), ADM 24.1-24.10.

The HSCO and the ECC will continue to uphold these professional standards and practices to ensure the highest level of public safety services are delivered to our citizens.

Signed:

Colonel David R. Hines, Sheriff

8/5/22

Date

Cheryl F. Buchanan, Director of ECC

8·10·22

Date

EXHIBIT
Hines 2
1/28/25    SB