DEFENDANT'S
EXHIBIT
7

| General Orders<br>Section 1<br>Organization<br>GO 1.0<br>Department Function, Mission, Vision, Core Values, and Code of Ethics | <br>HANOVER<br>PUBLIC SAFETY EMERGENCY COMMUNICATIONS | Effective Date:<br>03/25/2021 |
|---|---|---|
| **CALEA:** 2.2.1, 2.2.2 | | |
| **DCJS:** | | |
| **APCO/NENA:** | | |

## I.  Purpose

The purpose of this directive is to document our dedication to the Hanover County Public Safety Emergency Communications Department's (PSECD) Mission, Our Values, and the Public Safety Emergency Communications Officer's (PSECO) Code of Ethics.

## II.  Policy

It shall be the policy of the Hanover County PSECD to create and maintain a mission statement broadly defining its purpose in clear and concise terms. The department will communicate its mission to all employees, other government agencies, and the public. In addition, the PSECD will establish goals for each component of our operation consistent with our mission. The PSECD will review its mission and values annually and update them as necessary. PSECOs shall become familiar with, and abide by, the PSECO Code of Ethics.

## III.  Function/Mission/Vision/Core Values

The Hanover County PSECD supports the County Mission to be a premier community by providing superior service through creativity, innovation, and sound financial practices by ensuring timely citizen access to critical emergency resources and information. The PSECD is responsible for the uninterrupted flow of information in the area of emergency services communication. We are committed to maximize effective and efficient public service while respecting the diversity of our community and recognizing our employees as our most valuable resource. We will succeed by adhering to the following mission and values:

### A.  Function

Serve as the main Public Safety Answering Point (PSAP) and Emergency Dispatch Center for the County of Hanover and the Town of Ashland.

### B.  Mission

The critical component to initiate a prompt, efficient, courteous, and professional response to protect and preserve life, property, and safety.

### C.  Vision

A premiere team of professionals dedicated and prepared to perform at the highest levels of excellence through creativity and innovation.

### D.  Core Values

Our values are reflected in our day-to-day operations. The personal and professional commitment in how we provide communications knowledge and skill is based upon our pride in the department and our chosen profession. It is our pride which separates

CONFIDENTIAL                                                              COUNTY_006776

excellence from mediocrity. The PSECD will lead public safety first response organization through the following core values:

1. **Integrity:**
   We will earn and maintain the trust of our citizens by being personally and professionally accountable to the highest ethical and moral standards. We will conduct ourselves above reproach, mindful of justice, with courage to uphold these values.
2. **Compassion:**
   We will treat everyone with dignity, respect and understanding. We will be responsive to the community and each other, being caring, sensitive and conscientious.
3. **Fairness/Diversity:**
   We will maintain a standard of what is right and proper, free from self-interest, prejudice or favoritism. We will be consistent, objective and just in all of our actions.
4. **Courage:**
   We will epitomize the quality of mind and spirit enabling persons to face danger, fear, and unexpected changes in their surroundings with resolution and bravery.
5. **Professionalism:**
   We will provide quality service through motivated, dedicated, and well-trained employees. Our actions, attitudes, and appearance will demonstrate self-discipline, attention to duty, and service above self to the community.
6. **Relevance:**
   We will consider every citizen contact as an opportunity to demonstrate the mission and values of Hanover County.

E. **Code of Ethics**
   One of the most important aspects of being a professional is the moral duty to ensure that high standards of conduct, service delivery, and care are always maintained. In acceptance of this moral duty the PSECD therefore subscribes to the Code of Ethics set forth in this document.

   1. Each employee will sign the Code of Ethics (**Form 1.0.A Code of Ethics**) as acknowledgement they have read, understand and will abide by these ethics.
      a. During orientation all new employees will be given a copy of the Code of Ethics to read, ask questions, and sign.
      b. Once signed, the acknowledgement will be placed in the employee's personnel file.

   2. **Code of Ethics**
      a. As a Public Safety Emergency Communications Officer, I regard myself as a member of an important and honorable profession.

CONFIDENTIAL                                                                                      COUNTY_006777

b.  My conduct and performance of duties will be accomplished in an honest and trustworthy manner, and I will be observant of the laws of the County, State, and my Country.

c.  I will not, in the performance of my duties, work for unethical advantage nor profit.

d.  I will recognize at all times, I am a Public Safety Employee, and I am ultimately responsible to the public for my actions.

e.  I understand the importance of courtesy, loyalty, and compassion; I will maintain all three as a reference point in all my duties.

f.  I will regard my fellow Public Safety Emergency Communications Officers with the same standards as I maintain myself.

g.  I will accept responsibility for my actions.

h.  I will strive for those values which will reflect honor and respect for me, my fellow Public Safety Emergency Communications Officers, my agency and my community.

CONFIDENTIAL                                                                COUNTY_006778