DEFENDANT'S
EXHIBIT
8
_____

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

- - - - - - - - - - - - - - - - - - x

CHRISTOPHER HATCHER                    :

individually on behalf of himself,:

and on behalf of all others          :

similarly situated,                  :

    Plaintiffs,                     : CASE NO.

  vs.                                : 3:23-cv-00325-MHL

COUNTY OF HANOVER, VIRGINIA,          :

    Defendant.                      :

- - - - - - - - - - - - - - - - - - x


Deposition of CHERYL FLAHERTY BUCHANAN

Glen Allen, Virginia

Wednesday, January 15, 2025

10:02 a.m.

COPY

Pages:  1 - 100

Reported by:  Sarah M. Bickel

agency, plus whatever training and certif- -- is there a certification that your department gives?

A  Yes, we train our staff.  First, we do internal training in an academy setting, and they're required to receive Department of Criminal Justice Services basic dispatcher training.  That's a state requirement for law enforcement dispatchers.

Q  And I know some of the materials that I've seen from your agency, you provide training for your employees of the general orders and your department's policies as well?

A  Yes.  Any required certification that we are trained to provide, we give, and we do internal training on general orders.

Q  Okay.  What's the CAD system?

A  It's computer-aided dispatch system.

Q  And what does that mean and what is it at your department?

A  It's the computer system that we use to process calls for service, incidents, and identify who to dispatch to calls for service, where those calls are, and track unit activity for the agencies we're responsible for providing emergency communication services to.

Q  And what's the vendor or the software that

Q   Okay.   And then added unit and deleted unit, that is what the CAD terminology is for the communications terminology of 10-41 or --

A   Yes.

Q   -- 10-42?

A   Yes.

Q   All right.   So with respect to -- this exhibit is a unit log for anytime there's 10-41 or 10-42.   Is there other activities that exist in CAD besides 10-41, added unit, or 10-42, deleted unit, for which a log can be run?

A   Yes.

Q   What's the universe of that activity?   If you can't -- let's start with kind of an overview. What are the general types of activities that are tracked in CAD of a Hanover Sheriff's Office?

A   So we would add them to the screen.   We can mark them out at headquarters.   We can clear them from whichever -- I don't know how to -- activity they advise us of.   So they may be added for the day, they mark out at headquarters for whatever reason, most commonly at the beginning of a shift, it's for roll call, then they will clear and we will clear them.   When they're available for calls for service, we will dispatch them as calls are received.   And

when they arrive on a scene, we'll arrive them in CAD. If they provide us with updates to the incident, we have the ability to notate that in that call for service.

If there are respective things that transpire, say, on a traffic stop that are specific times that are important to a law enforcement officer or to their particular department, such as an arrest or drugs discovered in a vehicle, we can use time stamps to track that. When they clear, if they took a report or made an arrest, we have clear codes depending upon how they clear that we would apply to that. So basically unit activity that is given to us as emergency communications officers is tracked in the CAD.

Q Okay. Who communicates with your department on behalf of the unit?

A I'm not sure I understand. The unit themselves call us directly. I'm not sure when -- if there's a reference to what type of situation you're implying. So most of our contact or our traffic is direct with the unit unless they are unable to do it themselves.

Q Right. So the general rule is the law enforcement officer, him or herself, communicates

dictated, could be sent on a call for service.

Q  So active -- in order to be active, you have to also be available?  You know what, that was probably poorly phrased.

Active means you're on a unit.  Available means that you could be, depending on how you phrased it.  I forget, I'm not trying to put words in your mouth but -- run it by me again.  What does available mean?

A  Available units are in CAD, and depending upon a variety of things, may be utilized to send to calls for service, which would then make them active if they were sent on a call for service.  Or, to your point, they marked out on a traffic stop, they would then be seen in this window (indicating).

Q  What puts you in available status in CAD?

A  In CAD, being added puts you in that window.

Q  10-41?

A  Yes, puts you in that window.

Q  So once an officer marks 10-41, they're in the available window on CAD?

A  They're in the available window on CAD, yes.

Q  Okay.  And prior to 10-41, they're not

available on CAD?

A   They're not -- we don't see them, no.

Q   All right.  When you say you see them on CAD, do you see them location -- do you see their location as well?

A   Yes.

Q   Tell me about the CAD mapping or the GPS and how it relates to the GPS location of the officers.

A   We utilize AVL, automated vehicle location, which uses the air card or the SIM card in the mobile data device to read the location of the unit or of the device that's attached to their mobile data terminal.

Q   And the -- okay.  So you guys call that AVL or you call that GPS?

A   AVL is most commonly what that's referred to for those specific mapping components.

Q   All right.  And does the -- and the AVL, does that appear on CAD for a unit before they're added 10-41?

A   No.

Q   Does it appear for the unit upon their being added to CAD 10-41?

A   Yes.  If their card is on, yes.

Page 30

Q   Card being the card in the MDT?

A   The air card or their -- that their AVL is on.

Q   Is the AVL something that an officer manually turns on or off or is it automatic through the MDT itself?

A   It is automatic, and by practice, it's required that it remains on.  It does not preclude someone from turning it off, but the practice is when they are added or they add themselves, it is automatically on and we should be able to see their location.

Q   All right.  So for the calls that you actually -- that your department dispatches, you base it on, number one, who's available, but then you said there are additional steps.

A   Yes.

Q   Can you take me through those steps?

A   May I reference my notes?  I just want to make sure I --

MR. CURWOOD:  Can we make that an exhibit?

MS. YORK:  Yes.

BY MR. CURWOOD:

Q   Go ahead, you can reference your notes, and at a break, we can get a copy and make that an

Page 31

exhibit.

A  So if you'll repeat the question to make sure I'm pulling this from -- I tried to duplicate these questions but --

Q  Sure.  Actually, why don't we do a quick break.  Let's make copies of that, and we'll make it an exhibit.

(Off the record.)

(Buchanan Exhibit 5 was marked for identification and attached to the deposition transcript.)

BY MR. CURWOOD:

Q  Exhibit 5 is -- these are your notes, Ms. Buchanan?

A  Yes.

Q  You prepared these?  Okay.  So I want to talk about once an officer is added as available, or 10-41, what then is the kind of process for dispatching officers?

A  So when they're marked on duty, I will reference -- and it's, again, in the notes -- a policy, General Order 4.3.1, paragraph 3.A.2.  That actually outlines the schedule, if you will, of when we use which officer for which shift based on when they're on or off.  So typically, at the beginning of

a shift, we receive what's called a zone and beat assignment document that is faxed to us, which outlines which patrol units are assigned to which zone or beat for the day.  This is typically sent by the patrol supervisor.  The zone and the beat assignments drive the dispatcher's decisionmaking as it relates to who goes based on the location of a call.

AVL is used in the instance that the call is of an urgent nature or a high priority because that is using the AVL and the location to tell us which one is closer.  Sometimes a beat unit may be further east of their beat and the call may be further west than their beat so a neighboring beat may be closer.  So, again, if priority dictates, we may use AVL to send the closest unit, but the standard is that we use the zone and beat assignments provided by the patrol supervisor to assign calls for service for the shift.  And, again, when those calls go out is outlined in General Order 4.3.1.

Q  So -- go ahead.

A  And the last caveat would be if a call goes out, it is not uncommon for a supervisor who may have some knowledge to say, Send X unit, so and so is doing something else, or they give us a direction,

is selected for every call?

MS. YORK:  Object to the form.

You can answer.

A  It should be outlined in the general order for them to do that.

BY MR. CURWOOD:

Q  Okay.  I think I have 4.3.1, which is what you talked about, so let's make that an exhibit.

(Buchanan Exhibit 6 was marked for identification and attached to the deposition transcript.)

BY MR. CURWOOD:

Q  So 4.3.1 is what you were just referring to, correct?

A  Yes.

Q  So on the second page of Exhibit 6, it lists patrol unit hours, day shift, evening shift, midnight shift, right?

A  Yes.

Q  And under -- at the end under III, under each shift, it says that the shift will take primary at the completion -- sorry, on day shift it says day shift will take primary at the completion of roll, under evening shift, they'll take primary beginning at 1400, and midnight shift will take primary at

Page 37

2130?

A  Yes.

Q  Is that one of the -- is that a daily standard for your department as far as who takes -- who's on primary and who's not primary?

A  Yes.

Q  And what do you call non-primary, you know, internally on CAD for dispatchers?  Is it secondary or is it everyone or do you not even --

A  There's no reference.

Q  So you're available, but the dispatch views you as either primary or not primary?

A  Or a backup, if necessary, but backup unit is -- really implies when two units need to go.  So primary is going to be the first unit we assign.

Q  So backup can have two meanings.  Backup can mean a second unit who's being sent?

A  Or literally backup because the call type dictates that they need assistance.  It's a high priority or threat may exist, things of that nature.

Q  But there's a little bit of an overlap, sometimes an hour and a half, sometimes a half an hour or so, of the shifts?

A  Yes.

Q  So the shift that's not primary is

considered?

A  They'd be a backup, if necessary.

Q  Okay.  But does anything on the CAD system show the shift that's not primary as being not available as long as they're added to the unit and 10-41?

A  No.

Q  So does the recommendation -- is the recommendation box or window that your dispatchers select from, is that programmed based on the time to show which shift is primary or backup?

A  Not to my knowledge.  So it is likely that both shifts will appear, and they would use this guide to determine which one to send.

Q  Other than this policy 4.3.1 stating which shift and what times certain shifts are primaries, is there any other policy you're aware of that sets forth which shift or officers are primary versus backup?

A  Not to my knowledge.

Q  You said in terms -- if I understood it correctly, you talked about the AVL is used if it's urgent or high priority.  Is urgent or high priority specific terms that mean something at the PSEC department?

Page 42

Q   And the recommendation window doesn't say what shift they're on?

A   No, because the unit number dictates their shift assignment.

Q   Okay.  So are you saying that if the closest available unit hasn't been cleared for roll call, the dispatcher won't assign the closest available unit to a high-priority urgent call?

A   Correct.

Q   What policy is that?

A   The fact that they're not available, they're at roll call.  If they're marked out at roll call, they're not available.

Q   Okay.  I didn't say they were marked out. I just said they were --

A   If they're at roll call, they're considered not available.

Q   Okay.  10-41 marks them available?

A   Yes.

MS. YORK:  Object to the form.

You can answer.

A   I'm sorry.  Yes.

BY MR. CURWOOD:

Q   What marks them at roll call?

A   They mark them at roll call.

Page 43

Q  Who's they?

A  The unit, the respective unit.  So I'll go back using -- 102, I'm 10-41, 102, I'm at headquarters, roll call, or I'm at roll call, either one of those, we would put them at headquarters.

Q  Okay.  Roll call is a specific call into dispatch by either a supervisor or the unit?

A  The unit will mark out at roll call, yes.

Q  Okay.  The unit -- the individual will mark out when they begin roll call?

A  Yes.

Q  And roll call begins at the specific time of the start of the shift?

A  Yes.

Q  So if the unit marks on and had not marked out to roll call and hadn't been -- you know, roll call hadn't occurred yet, then they are listed available and can be assigned, under the AVL, for urgent, high-priority calls, correct?

MS. YORK:  Object to the form.

You can answer.

A  Yes, they can.

BY MR. CURWOOD:

Q  And is there any policy that says they should not be?

A  We would reference the policy that I've given you that says this is when those units would take calls for service.

Q  Okay.  So for priority 1, do you train your dispatchers to follow the priority call and only assign officers who you list as priority under 4.3.1? I used the word priority too many times and there's two words.

Priority 1, 2, and 3 is what you used to categorize different range of calls, right?

A  Yes.

Q  Primary is what the General Order 4.3.1 says as far as which shift should be called first?

A  Yes.

Q  Do you apply that primary rule when there's a priority 1 call?

A  Yes, it is applied.

Q  Even if it's a critical, urgent threat or risk?

A  From the dispatcher perspective, yes.

Q  And is there a reason for that?

A  It's just a standard practice.  I don't know that there's any logic behind it, and nothing precludes a unit from telling us they're going and then we would log it.  Again, we're the recipient of

at?  There's a potential for an officer to be closer --

A  Yes.

Q  -- to respond to a priority 1?

A  Yes.

Q  So why would the county not want to assign the closest?

A  I can't answer that.  I don't know.

Q  Who makes that decision?

A  It would be up to the sheriff's office to say this is who's taking calls and when they should take calls, but as I indicated, the individual can certainly say, I am closer, and take it, and we would log them to that, but it is our practice to dispatch as outlined, and if someone on the oncoming shift, someone that's -- or the outgoing shift is passing that location and they say, I'm closer, I'll head that way, then we're going to attach them to the call.

Q  So you're saying it's your practice, but the sheriff has to change your practice?

A  The sheriff has -- his units respond as he sees fit, and we then align our policies to their practices, if that makes sent.

Q  But the CAD system is not programmed to

Page 50

if it's urgent and that meeting is not scheduled, it is possible to have a conversation and then have a policy drafted and go through the process.

Q   And there's an earlier policy GO we looked at that listed the ten codes.  Those ten codes come from the sheriff, right?

A   Yes.

Q   The PSEC department doesn't unilaterally change the ten codes that the sheriff's office is going to use?

A   No.

Q   So the sheriff's office said 10-41 means begin duty?

A   Yes.

Q   And the sheriff's office said 10-42 means end duty?

A   Yes.

Q   All right.  Has the sheriff -- has it ever been brought to your attention that a priority 1, 2, or 3 was assigned by a dispatcher to someone who wasn't on primary?

A   I'm sure it has, but can I recollect, no.

Q   And I guess I'm asking, to be clear, is it -- on the times that you're sure it has happened, has the sheriff made an issue of it, brought it to

Page 60

A   An example for a tactical channel would be a search warrant is going to be served and there's a team that needs to have a channel that's separate from the day-to-day operation for them to run their operation.  A tac channel may be utilized for -- let's say we dispatch someone on a domestic in progress or a B and E and the suspect was seen fleeing the scene, and they need a channel to operate specifically to that particular incident.  That's what tactical channels are utilized for most commonly.

Also, a deputy that wants to talk to another deputy may ask to switch to a tac channel so that they can carry on a conversation.  Tac channels are not typically monitored as a day-to-day function, but when they are needed, we do our best to provide someone to monitor that channel when asked to do so.

Q   So as opposed to the tactical channel, the -- what do you refer the main channel, for lack of a better term, that you all use for marking on and marking off?

A   Police dispatch.

Q   Police dispatch, okay.  So tactical channels are on a different frequency from the police dispatch for all the --

Page 61

A  Well, they're probably on a different --
same frequency to some level, but they're on a
different --

Q  Channel?

A  -- zone, if you will.  They have to switch
up on their device.

Q  This is where I don't even follow.

MS. YORK:  You're going to get us into
radio waves and how all that works.

MR. CURWOOD:  I'm not trying to get into
all that.

BY MR. CURWOOD:

Q  What about SCU 1 or 2, what are those?

A  If I am not mistaken, SCU stands for
street crimes unit, and those would be the two
channels assigned to that particular team.

Q  And are those considered tactical
channels?

A  Not -- not by the day-to-day definition
that I just gave you.  They're not monitored.
They're deep down in the channel selection, if you
will, and we do not commonly monitor the SCU
channels.  They would have to request that.

Q  So PSEC does not monitor SCU 1 or SCU 2?

A  No.

Page 63

Q  Is there any -- would there be a record of that or, you know, once -- or if you're asked to monitor SCU, does CAD track any information or communications on that channel?

A  CAD does not track any information from the radio --

Q  From the SCU?

A  -- regardless of the channel.  It's not feeding that information from radio to CAD.  As far as the use of that channel, again, it would be a request that would come in.  It is not on our console's program daily, we would have to actually go and grab it, and depending upon the assignments of the various units, their respective radios may not even be programmed with that channel so it would require us to potentially pull it up and patch it. So the programming of radios is done based on their assignment, whether they're patrol or investigations or administration.

Q  What's the department in the sheriff's office that marks on and off with PSEC?  Is it patrol?

A  Patrol, yes.

Q  Is there any other category or division of the sheriff's office that you would call --

Page 66

Q  And patrol, the unit numbers based on shift, day shifts are what numbers?

A  100s.

Q  And night shifts?

A  Well, there's --

Q  Sorry, you tell me the shifts after day.

A  Evening shift is 200s, midnight shift is 300s.

Q  And do you know if the sheriff's office changes unit numbers if they move someone from a midnight shift to a day shift for communication purposes?

A  Yes, so if individual A was unit 305 and then they were moved to day shift, they would get a day shift number.

Q  Are the minutes from the dispatch review committee, are they just handwritten notes or are they on a Word document, do you know?

A  I'm not certain.  They're typically typed, but I do not know which platform, if it's Word, OneNote, what -- right off the top of my head, I can't confirm that.  I'd have to go back and look at them.

Q  Are there agendas prepared for the dispatch review committee meetings?

Page 74

I would have to inquire probably with IT.  I'm not sure that CAD can generate that because I have not ever run that report.

Q  And setting aside the location at the time they're added, is there any report that can identify the unit's location at any given time, or was that pretty much the same question?  I'm sorry.

A  I think it's the same question.

Q  Okay.  Yeah, that's fair.

A  I can run you a report on their unit activity, but that is going to say they went to 123 ABC Street for a domestic.  So to my knowledge, it does not log where they came from at that time or their route in a report from CAD.

Q  You said, you know, the radio itself doesn't link with CAD, the dispatcher has to hear what's relayed and enter it into CAD, but the AVN triggers the GPS once the unit's added into the CAD system?

MS. YORK:  AVL?

BY MR. CURWOOD:

Q  I'm sorry, AVL.

A  So AVL is triggered when they mark on and they have the air card and their mobile is on.  So as long as it's operational and they're mobile and

Page 75

they're on-shifted or added in CAD, their AVL should be visible on the map.

Q  And, I guess, another way to ask if you could run a report of AVL data, that's something you need to check with IT?

A  Correct.

Q  Do you have anything you want to refer to in your notes?

A  Let me just double check because I feel as if you had that question.

Q  Go ahead.  Take your time.

A  On Exhibit 5, page 3 --

Q  You could read your answer or say what you want to say.

A  -- it seems that the flow of the questioning, this is specific to GPS data.  The question I believe was how is such information tracked, saved, or forwarded, and any other systems containing such GPS data.  My response would be there's no active tracking of locations unless a specific request is submitted to IT, who would rely on the CAD data to pull AVL stored data.  So IT would have to run that report.

Q  And the IT person is Randy somebody or --

A  Yes, Randy Secrist.