DEFENDANT'S
EXHIBIT
10

| General Orders<br>Section 4<br>Operations<br>4.3<br>Law Enforcement Operations<br>Introduction and Terminology | HANOVER<br>PUBLIC SAFETY EMERGENCY<br>COMMUNICATIONS | Effective Date:<br>12/01/2020 |
|---|---|---|
| CALEA | DCJS | APCO/NENA |

## I. Purpose

Hanover County Sheriff's Office (HCSO) and Ashland Police Department (APD) are Public Safety Agencies in Hanover County. Hanover County Public Safety Emergency Communications Officers (PSECOs) are responsible for taking and dispatching their calls, monitoring and tracking their activities, and providing support functions as requested. The following policies and procedures outline the handling of law enforcement related calls for service.

## II. Policy

It shall be the policy of the Public Safety Emergency Communications Department (PSECD) and its staff to process all law enforcement calls for service in accordance with the following procedures/definitions.

## III. Operations Introduction and Terminology

### A. Introduction to Law Enforcement Operations

Hanover County Public Safety Emergency Communications Officers (PSECOs) play a critical role in the County's Law Enforcement operation and are considered to be the Law Enforcement Officer's lifeline. They are responsible for the safety and well-being of the citizens and units on the road. Aside from radio duties, the PSECOs are responsible for providing a number of support activities. These support activities are a very critical and instrumental part of Law Enforcement operations and should be handled in an efficient and timely manner.

When assigned to the Police Radio Dispatch Console, PSECOs are responsible for monitoring Law Enforcement Radio Channels and radio traffic shall take priority over anything else they may be doing. At no time shall the Police Dispatcher assume the role of call-taker.

During dispatching and radio operation, the Police Dispatcher is responsible for assuring all calls are dispatched in an efficient and timely manner, as well as by priority. The Police Dispatcher is responsible for ensuring all radio traffic is conducted in a smooth, efficient and professional manner, tracking all unit activity, knowing the location and status of all units at all times, and ensuring all critical radio traffic is recorded and documented.

1



EXHIBIT

Buchanan 3
1/15/25        SB

09/13/2024

B. **Terminology**

During law enforcement operations, accurate terminology, Phonetic Alphabet, and Ten Codes shall be used to reduce the risk of confusion and ensure a consistent and professional operation.

When dispatching a call for service, transmitting messages, and handling routine traffic, a combination of plain talk and Ten Codes may be used. However, as a common practice, plain language and common terminology shall be used in accordance with the National Incident Management System (NIMS).

C. **Radio Etiquette**

All radio traffic on Law Enforcement Radio Channels shall be conducted in a smooth, efficient and professional manner. At no time, for any reason, shall there be any horseplay or arguing over the radio system. When transmitting messages and dispatching calls, all transmissions shall be kept as brief as possible using established terminology and 10 Codes.

When the Police Dispatcher wishes to contact a field unit, they shall state the unit number of whom they wish to contact and wait for an acknowledgement. The unit shall acknowledge by restating their unit number. Once acknowledged, the message shall be dispatched, and the unit shall again acknowledge. **The Police Dispatcher shall end the conversation by giving the time.**

When a road unit wishes to contact the Police Dispatcher, they will state their unit number and wait for acknowledgement. The Police Dispatcher will acknowledge by restating the unit number and the message shall be transmitted. **The Police Dispatcher shall again end the conversation by giving the time.**

When one unit wishes to speak to another, they will state their unit number, "10-5" (Relay), and the unit number they wish to contact; The Police Dispatcher shall give them permission to talk by stating "10-5" (Relay) and assigning an available TAC channel. Once granted, the message can be transmitted.

When an officer has a Traffic Stop or Emergency Traffic, the Police Dispatcher shall give the unit priority and a prompt acknowledgement. Other than the above situation, the Police Dispatcher shall handle all radio traffic on first come, first serve basis.

D. **Ten-Codes/Phonetic Alphabet/Plain Talk**

The following Ten Codes, Phonetic Alphabet, and Plain Talk have been adopted by HCSO and APD:

1. Ten Codes:

| | | | |
|---|---|---|---|
| 10-1 | Unable to Copy | 10-33 | Emergency |
| 10-2 | Signal good | 10-37 | Suspicious Situation, Person, Vehicle |
| 10-4 | Acknowledge/Okay | 10-38 | Traffic Stop |
| 10-5 | Relay Information | 10-41 | Beginning Duty |
| 10-6 | Busy | 10-42 | End of Duty |
| 10-7 | Out of Service | 10-46 | Disabled Vehicle |
| 10-8 | In Service | 10-50 | Motor Vehicle Crash |
| 10-9 | Repeat | 10-51 | Wrecker Needed |
| 10-10 | Fight | 10-55 | DUI (Driving Under Influence) |
| 10-12 | Stand By | 10-56 | DIP (Drunk in Public) |
| 10-16 | Domestic | 10-62 | Drug Offense |
| 10-17 | Complainant | 10-63 | Prepare to Copy |
| 10-20 | Location | 10-68 | Go Ahead with Traffic |
| 10-21 | Phone Call | 10-76 | Enroute |
| 10-22 | Cancel/Disregard | 10-78 | Assist Unit |
| 10-23 | Arrived | 10-80 | Pursuit |
| 10-24 | Assignment Completed | 10-81 | Breathalyzer |
| 10-25 | Report To | 10-90 | Alarm |
| 10-26 | Periodic/Property Check | 10-91 | Pick Up/Transport Prisoner |
| 10-27 | Driver's License Information | 10-95 | Subject in Custody |
| 10-28 | Vehicle License Information | 10-96 | Mental Subject |
| 10-29 | Wanted/Stolen Inquiry | 10-99 | Wanted/Stolen |
| 10-32 | Weapons | | |

2. Phonetic Alphabet:

| | | | |
|---|---|---|---|
| A | Adam/Alpha | N | Nora/November |
| B | Boy/Bravo | O | Ocean/Oscar |
| C | Charles/Charlie | P | Paul/Papa |
| D | David/Delta | Q | Queen/Quebec |
| E | Edward/Echo | R | Robert/Romeo |
| F | Frank/Foxtrot | S | Sam/Sierra |
| G | George/Golf | T | Tom/Tango |
| H | Henry/Hotel | U | Union/Uniform |
| I | Ida/India | V | Victor/Victor |
| J | John/Juliet | W | William/Whiskey |
| K | King/Kilo | X | X-Ray/X-Ray |
| L | Lincoln/Lima | Y | Young/Yankee |
| M | Mary/Mike | Z | Zebra/Zulu |

3. Plain Talk:
Any situation not addressed by ten codes shall be dispatched by using "plain talk" to describe the situation. Examples of plain talk/key language are listed below:
"Ascertain" - rather than "find out"
"Obtain" - rather than "pickup"
"Just occurred" - rather than "Just happened"
"In Progress" - rather than "It's occurring now"
"Contact with" - rather than "can you raise"
"Respond to" - rather than "go by"
"Pursuit" - rather than "chase"

E. Out of Service Units/Units On a Call for Service
Anytime a unit is marked out of service, on a call for service, or in any situation they are not in a cleared/available status, they shall be called by stating the unit number followed by an "X". This alerts the supervisor the law enforcement officer is out of the vehicle and may or may not be monitoring the radio depending on the type of situation.

**Example**:  Unit 322X