**Hatcher v. The County of Hanover, Virginia**
**Jonathan McGill**

DEFENDANT'S
EXHIBIT
**12**
_____

| | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 1 | 5/1/2021 | 12:30 | 12:26 | 4 |
| 2 | 5/2/2021 | 12:30 | 12:25 | 5 |
| 3 | 5/3/2021 | 12:30 | - | - |
| 4 | 5/10/2021 | 12:30 | 12:25 | 5 |
| 5 | 5/11/2021 | 12:30 | 12:27 | 3 |
| 6 | 5/12/2021 | 12:30 | 12:27 | 3 |
| 7 | 5/17/2021 | 12:30 | 12:27 | 3 |
| 8 | 5/18/2021 | 12:30 | 12:28 | 2 |
| 9 | 5/19/2021 | 12:30 | 12:28 | 2 |
| 10 | 5/20/2021 | 12:30 | 12:27 | 3 |
| 11 | 5/21/2021 | 12:30 | 12:27 | 3 |
| 12 | 5/27/2021 | 12:30 | 12:19 | 11 |
| 13 | 5/28/2021 | 12:30 | 12:26 | 4 |
| 14 | 5/29/2021 | 12:30 | 12:28 | 2 |
| 15 | 5/30/2021 | 12:30 | 12:28 | 2 |
| 16 | 6/6/2021 | 12:30 | 12:28 | 2 |
| 17 | 6/7/2021 | 12:30 | 12:10 | 20 |
| 18 | 6/8/2021 | 12:30 | 12:28 | 2 |
| 19 | 6/9/2021 | 12:30 | 12:28 | 2 |
| 20 | 6/10/2021 | 12:30 | - | - |
| 21 | 6/14/2021 | 12:30 | 12:02 | 28 |
| 22 | 6/15/2021 | 12:30 | 12:28 | 2 |
| 23 | 6/16/2021 | 12:30 | 12:27 | 3 |
| 24 | 6/17/2021 | 12:30 | 11:55 | 35 |
| 25 | 6/25/2021 | 9:30 | 8:48 | 42 |
| 26 | 6/25/2021 | 12:30 | | - |
| 27 | 6/26/2021 | 12:30 | 12:01 | 29 |
| 28 | 6/27/2021 | 12:30 | 12:28 | 2 |
| 29 | 6/28/2021 | 12:30 | - | - |
| 30 | 7/3/2021 | 12:30 | 12:24 | 6 |
| 31 | 7/4/2021 | 12:30 | 12:28 | 2 |
| 32 | 7/5/2021 | 12:30 | 12:29 | 1 |
| 33 | 7/6/2021 | 12:30 | 12:29 | 1 |
| 34 | 7/7/2021 | 12:30 | 12:05 | 25 |
| 35 | 7/22/2021 | 12:30 | 12:05 | 25 |
| 36 | 7/23/2021 | 12:30 | 12:26 | 4 |
| 37 | 7/24/2021 | 12:30 | 12:25 | 5 |
| 38 | 7/25/2021 | 12:30 | 12:23 | 7 |
| 39 | 7/26/2021 | 12:30 | - | - |

**Hatcher v. The County of Hanover, Virginia**
**Jonathan McGill**

| | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 40 | 8/9/2021 | 12:30 | 12:06 | 24 |
| 41 | 8/10/2021 | 10:00 | 9:53 | 7 |
| 42 | 8/10/2021 | 12:30 | 12:22 | 8 |
| 43 | 8/11/2021 | 12:30 | 12:26 | 4 |
| 44 | 8/12/2021 | 12:30 | 12:28 | 2 |
| 45 | 8/13/2021 | 12:30 | 12:15 | 15 |
| 46 | 8/19/2021 | 12:30 | 12:06 | 24 |
| 47 | 8/20/2021 | 12:30 | 12:28 | 2 |
| 48 | 8/21/2021 | 12:30 | 12:27 | 3 |
| 49 | 8/22/2021 | 12:30 | 12:28 | 2 |
| 50 | 8/23/2021 | 12:30 | - | - |
| 51 | 8/28/2021 | 12:30 | 12:22 | 8 |
| 52 | 8/29/2021 | 12:30 | 12:29 | 1 |
| 53 | 8/30/2021 | 12:30 | 12:02 | 28 |
| 54 | 8/31/2021 | 12:30 | 12:28 | 2 |
| 55 | 9/1/2021 | 12:30 | 12:28 | 2 |
| 56 | 9/6/2021 | 12:30 | 12:14 | 16 |
| 57 | 9/7/2021 | 12:30 | 12:29 | 1 |
| 58 | 9/8/2021 | 9:00 | 9:08 | -8 |
| 59 | 9/8/2021 | 12:30 | 12:29 | 1 |
| 60 | 9/9/2021 | 12:30 | 12:28 | 2 |
| 61 | 9/10/2021 | 12:30 | 12:28 | 2 |
| 62 | 9/15/2021 | 12:30 | - | - |
| 63 | 9/16/2021 | 12:30 | 12:05 | 25 |
| 64 | 9/17/2021 | 12:30 | 12:29 | 1 |
| 65 | 9/18/2021 | 12:30 | 12:28 | 2 |
| 66 | 9/19/2021 | 12:30 | 12:27 | 3 |
| 67 | 9/20/2021 | 12:30 | - | - |
| 68 | 9/21/2021 | 8:45 | 8:30 | 15 |
| 69 | 9/25/2021 | 12:30 | 12:18 | 12 |
| 70 | 9/26/2021 | 12:30 | 12:29 | 1 |
| 71 | 9/27/2021 | 16:30 | 16:14 | 16 |
| 72 | 9/28/2021 | 12:30 | 12:27 | 3 |
| 73 | 9/29/2021 | 12:30 | 12:05 | 25 |
| 74 | 10/1/2021 | 9:00 | 8:40 | 20 |
| 75 | 10/4/2021 | 6:00 | 5:53 | 7 |
| 76 | 10/5/2021 | 6:00 | 5:55 | 5 |
| 77 | 10/6/2021 | 6:00 | 5:56 | 4 |
| 78 | 10/7/2021 | 6:00 | 5:55 | 5 |

**Hatcher v. The County of Hanover, Virginia**
**Jonathan McGill**

| | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 79 | 10/8/2021 | 6:00 | 5:57 | 3 |
| 80 | 10/14/2021 | 6:00 | 5:55 | 5 |
| 81 | 10/15/2021 | 6:00 | 5:56 | 4 |
| 82 | 10/16/2021 | 6:00 | 5:57 | 3 |
| 83 | 10/17/2021 | 6:00 | 5:57 | 3 |
| 84 | 10/18/2021 | 6:00 | 8:59 | -179 |
| 85 | 10/23/2021 | 6:00 | 5:56 | 4 |
| 86 | 10/24/2021 | 6:00 | 5:56 | 4 |
| 87 | 10/25/2021 | 6:00 | 5:57 | 3 |
| 88 | 10/26/2021 | 6:00 | 5:56 | 4 |
| 89 | 10/27/2021 | 6:00 | 5:56 | 4 |
| 90 | 11/1/2021 | 6:00 | 5:54 | 6 |
| 91 | 11/2/2021 | 6:00 | 5:56 | 4 |
| 92 | 11/3/2021 | 6:00 | 5:57 | 3 |
| 93 | 11/4/2021 | 6:00 | 5:56 | 4 |
| 94 | 11/9/2021 | 12:45 | 12:39 | 6 |
| 95 | 11/11/2021 | 6:00 | 5:46 | 14 |
| 96 | 11/12/2021 | 6:00 | 5:56 | 4 |
| 97 | 11/13/2021 | 6:00 | 5:57 | 3 |
| 98 | 11/14/2021 | 6:00 | 5:56 | 4 |
| 99 | 11/15/2021 | 6:00 | - | - |
| 100 | 11/16/2021 | 8:30 | 8:22 | 8 |
| 101 | 11/20/2021 | 6:00 | 5:56 | 4 |
| 102 | 11/21/2021 | 6:00 | 5:55 | 5 |
| 103 | 11/22/2021 | 6:00 | 5:56 | 4 |
| 104 | 11/23/2021 | 6:00 | 5:56 | 4 |
| 105 | 11/24/2021 | 6:00 | 5:55 | 5 |
| 106 | 11/29/2021 | 6:00 | 5:57 | 3 |
| 107 | 11/30/2021 | 6:00 | 5:57 | 3 |
| 108 | 12/1/2021 | 6:00 | 5:57 | 3 |
| 109 | 12/2/2021 | 6:00 | 5:58 | 2 |
| 110 | 12/3/2021 | 6:00 | 5:58 | 2 |
| 111 | 12/9/2021 | 6:00 | 5:57 | 3 |
| 112 | 12/10/2021 | 6:00 | 5:56 | 4 |
| 113 | 12/11/2021 | 6:00 | 5:57 | 3 |
| 114 | 12/12/2021 | 6:00 | 5:57 | 3 |
| 115 | 12/13/2021 | 6:00 | - | - |
| 116 | 12/18/2021 | 6:00 | 5:53 | 7 |
| 117 | 12/19/2021 | 6:00 | 5:57 | 3 |

**Hatcher v. The County of Hanover, Virginia**
**Jonathan McGill**

| | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 118 | 12/20/2021 | 6:00 | 5:57 | 3 |
| 119 | 12/21/2021 | 6:00 | 5:57 | 3 |
| 120 | 12/22/2021 | 6:00 | 5:57 | 3 |
| 121 | 12/27/2021 | 6:00 | - | - |
| 122 | 12/29/2021 | 6:00 | 5:56 | 4 |
| 123 | 12/30/2021 | 6:00 | 5:57 | 3 |
| 124 | 12/31/2021 | 6:00 | 5:55 | 5 |
| 125 | 1/6/2022 | 6:00 | 5:57 | 3 |
| 126 | 1/7/2022 | 6:00 | 5:55 | 5 |
| 127 | 1/8/2022 | 6:00 | 5:56 | 4 |
| 128 | 1/9/2022 | 6:00 | 5:54 | 6 |
| 129 | 1/10/2022 | 6:00 | - | - |
| 130 | 1/15/2022 | 6:00 | 5:52 | 8 |
| 131 | 1/16/2022 | 6:00 | 5:56 | 4 |
| 132 | 1/17/2022 | 6:00 | 5:56 | 4 |
| 133 | 1/18/2022 | 6:00 | 5:55 | 5 |
| 134 | 1/19/2022 | 6:00 | 5:57 | 3 |
| 135 | 1/24/2022 | 6:00 | 5:56 | 4 |
| 136 | 1/25/2022 | 6:00 | 5:55 | 5 |
| 137 | 1/26/2022 | 6:00 | 5:55 | 5 |
| 138 | 1/27/2022 | 6:00 | 5:56 | 4 |
| 139 | 1/28/2022 | 6:00 | 5:57 | 3 |
| 140 | 2/3/2022 | 6:00 | 5:53 | 7 |
| 141 | 2/4/2022 | 6:00 | 5:19 | 41 |
| 142 | 2/5/2022 | 6:00 | 5:57 | 3 |
| 143 | 2/6/2022 | 6:00 | 5:56 | 4 |
| 144 | 2/7/2022 | 6:00 | - | - |
| 145 | 2/8/2022 | 9:45 | 13:04 | -199 |
| 146 | 2/12/2022 | 6:00 | 5:55 | 5 |
| 147 | 2/13/2022 | 6:00 | 5:52 | 8 |
| 148 | 2/14/2022 | 6:00 | 5:56 | 4 |
| 149 | 2/15/2022 | 6:00 | 5:54 | 6 |
| 150 | 2/16/2022 | 6:00 | 5:54 | 6 |
| 151 | 2/21/2022 | 6:00 | 5:54 | 6 |
| 152 | 2/22/2022 | 6:00 | 5:57 | 3 |
| 153 | 2/23/2022 | 6:00 | 5:55 | 5 |
| 154 | 2/24/2022 | 6:00 | 5:54 | 6 |
| 155 | 2/25/2022 | 6:00 | 5:55 | 5 |
| 156 | 2/28/2022 | 13:00 | 12:44 | 14 |

**Hatcher v. The County of Hanover, Virginia**
**Jonathan McGill**

|  | **Shift Start Date** | **Shift Start Time** | **First "10-41" of the Day** | **Minutes Between First "10-41" and Shift Start** |
|---|---|---|---|---|
| 157 | 3/3/2022 | 6:00 | 5:37 | 23 |
| 158 | 3/4/2022 | 6:00 | 5:56 | 4 |
| 159 | 3/5/2022 | 6:00 | 5:57 | 3 |
| 160 | 3/6/2022 | 6:00 | 5:55 | 5 |
| 161 | 3/7/2022 | 6:00 | - | - |
| 162 | 3/12/2022 | 6:00 | 5:48 | 12 |
| 163 | 3/13/2022 | 6:00 | 5:55 | 5 |
| 164 | 3/14/2022 | 6:00 | 5:34 | 26 |
| 165 | 3/15/2022 | 6:00 | 5:56 | 4 |
| 166 | 3/16/2022 | 6:00 | 5:57 | 3 |
| 167 | 3/21/2022 | 6:00 | 5:55 | 5 |
| 168 | 3/22/2022 | 6:00 | 5:57 | 3 |
| 169 | 3/23/2022 | 6:00 | 5:56 | 4 |
| 170 | 3/24/2022 | 6:00 | 5:57 | 3 |
| 171 | 3/25/2022 | 6:00 | 5:56 | 4 |
| 172 | 3/30/2022 | 6:00 | - | - |
| 173 | 3/31/2022 | 6:00 | 5:55 | 5 |
| 174 | 4/1/2022 | 6:00 | 5:54 | 6 |
| 175 | 4/2/2022 | 6:00 | 5:56 | 4 |
| 176 | 4/3/2022 | 6:00 | 5:57 | 3 |
| 177 | 4/4/2022 | 6:00 | - | - |
| 178 | 4/7/2022 | 8:00 | 7:45 | 15 |
| 179 | 4/9/2022 | 6:00 | 5:51 | 9 |
| 180 | 4/10/2022 | 6:00 | 5:56 | 4 |
| 181 | 4/11/2022 | 6:00 | 5:10 | 50 |
| 182 | 4/12/2022 | 6:00 | 5:58 | 2 |
| 183 | 4/13/2022 | 6:00 | 5:54 | 6 |
| 184 | 4/20/2022 | 6:00 | 5:49 | 11 |
| 185 | 4/21/2022 | 6:00 | 5:54 | 6 |
| 186 | 4/22/2022 | 6:00 | 5:57 | 3 |
| 187 | 4/28/2022 | 6:00 | 5:35 | 25 |
| 188 | 4/29/2022 | 6:00 | 5:54 | 6 |
| 189 | 4/30/2022 | 6:00 | 5:56 | 4 |
| 190 | 5/1/2022 | 6:00 | 5:57 | 3 |
| 191 | 5/2/2022 | 6:00 | - | - |
| 192 | 5/3/2022 | 9:30 | 9:19 | 11 |
| 193 | 5/7/2022 | 6:00 | 5:22 | 38 |
| 194 | 5/8/2022 | 6:00 | 5:54 | 6 |
| 195 | 5/9/2022 | 6:00 | 5:55 | 5 |

**Hatcher v. The County of Hanover, Virginia**
**Jonathan McGill**

| | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 196 | 5/10/2022 | 6:00 | 5:55 | 5 |
| 197 | 5/11/2022 | 6:00 | 5:55 | 5 |
| 198 | 5/16/2022 | 6:00 | 5:12 | 48 |
| 199 | 5/17/2022 | 6:00 | 5:56 | 4 |
| 200 | 5/18/2022 | 6:00 | 5:57 | 3 |
| 201 | 5/19/2022 | 6:00 | 5:56 | 4 |
| 202 | 5/20/2022 | 6:00 | 5:55 | 5 |
| 203 | 5/25/2022 | 6:00 | - | - |
| 204 | 5/26/2022 | 6:00 | 5:58 | 2 |
| 205 | 5/27/2022 | 6:00 | 5:56 | 4 |
| 206 | 5/30/2022 | 6:00 | - | - |
| 207 | 6/3/2022 | 9:30 | 9:25 | 5 |
| 208 | 6/4/2022 | 6:00 | 5:48 | 12 |
| 209 | 6/5/2022 | 6:00 | 5:56 | 4 |
| 210 | 6/6/2022 | 6:00 | 5:56 | 4 |
| 211 | 6/7/2022 | 6:00 | 5:30 | 30 |
| 212 | 6/8/2022 | 6:00 | 5:58 | 2 |
| 213 | 6/13/2022 | 6:00 | 5:48 | 12 |
| 214 | 6/14/2022 | 6:00 | 5:51 | 9 |
| 215 | 6/15/2022 | 6:00 | 5:23 | 37 |
| 216 | 6/16/2022 | 6:00 | 5:57 | 3 |
| 217 | 6/17/2022 | 6:00 | 5:56 | 4 |
| 218 | 6/27/2022 | 6:00 | - | - |
| 219 | 7/2/2022 | 6:00 | 5:54 | 6 |
| 220 | 7/3/2022 | 6:00 | 6:07 | -7 |
| 221 | 7/4/2022 | 6:00 | 6:05 | -5 |
| 222 | 7/5/2022 | 6:00 | 5:56 | 4 |
| 223 | 7/6/2022 | 6:00 | 5:56 | 4 |
| 224 | 7/8/2022 | 9:45 | 9:36 | 9 |
| 225 | 7/11/2022 | 6:00 | - | - |
| 226 | 7/12/2022 | 6:00 | 5:56 | 4 |
| 227 | 7/13/2022 | 6:00 | 5:58 | 2 |
| 228 | 7/14/2022 | 6:00 | 5:57 | 3 |
| 229 | 7/15/2022 | 6:00 | 5:55 | 5 |
| 230 | 7/20/2022 | 8:45 | | - |
| 231 | 7/25/2022 | 6:00 | - | - |
| 232 | 7/30/2022 | 6:00 | 5:50 | 10 |
| 233 | 7/31/2022 | 6:00 | 5:55 | 5 |
| 234 | 8/1/2022 | 6:00 | 5:16 | 44 |

**Hatcher v. The County of Hanover, Virginia**
**Jonathan McGill**

| | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 235 | 8/2/2022 | 6:00 | 5:57 | 3 |
| 236 | 8/3/2022 | 6:00 | 5:54 | 6 |
| 237 | 8/8/2022 | 6:00 | 5:33 | 27 |
| 238 | 8/9/2022 | 6:00 | 5:18 | 42 |
| 239 | 8/10/2022 | 6:00 | 5:15 | 45 |
| 240 | 8/11/2022 | 6:00 | 5:23 | 37 |
| 241 | 8/12/2022 | 6:00 | 5:21 | 39 |
| 242 | 8/22/2022 | 6:00 | - | - |
| 243 | 8/25/2022 | 8:00 | - | - |
| 244 | 8/29/2022 | 6:00 | 5:22 | 38 |
| 245 | 8/30/2022 | 6:00 | 5:58 | 2 |
| 246 | 8/31/2022 | 6:00 | 5:21 | 39 |
| 247 | 9/2/2022 | 8:15 | - | - |
| 248 | 9/5/2022 | 6:00 | 5:28 | 32 |
| 249 | 9/6/2022 | 6:00 | 5:56 | 4 |
| 250 | 9/7/2022 | 6:00 | 5:30 | 30 |
| 251 | 9/8/2022 | 6:00 | 5:56 | 4 |
| 252 | 9/9/2022 | 6:00 | 5:26 | 34 |
| 253 | 9/14/2022 | 6:00 | - | - |
| 254 | 9/15/2022 | 6:00 | 5:56 | 4 |
| 255 | 9/16/2022 | 6:00 | 5:22 | 38 |
| 256 | 9/17/2022 | 6:00 | 5:54 | 6 |
| 257 | 9/18/2022 | 6:00 | 5:57 | 3 |
| 258 | 9/19/2022 | 6:00 | - | - |
| 259 | 9/26/2022 | 6:00 | 5:41 | 19 |
| 260 | 9/27/2022 | 6:00 | 5:57 | 3 |
| 261 | 9/28/2022 | 6:00 | 5:22 | 38 |
| 262 | 10/3/2022 | 6:00 | 5:32 | 28 |
| 263 | 10/4/2022 | 6:00 | 5:56 | 4 |
| 264 | 10/5/2022 | 6:00 | 5:26 | 34 |
| 265 | 10/6/2022 | 6:00 | 5:56 | 4 |
| 266 | 10/7/2022 | 6:00 | 5:33 | 27 |
| 267 | 10/12/2022 | 6:00 | 8:07 | -127 |
| 268 | 10/13/2022 | 6:00 | 5:27 | 33 |
| 269 | 10/14/2022 | 6:00 | 5:30 | 30 |

**"Mark On" 10 min. or less before shift start**

**Hatcher v. The County of Hanover, Virginia**
**Jonathan McGill**

| | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 1 | 5/1/2021 | 12:30 | 12:26 | 4 |
| 2 | 5/2/2021 | 12:30 | 12:25 | 5 |
| 4 | 5/10/2021 | 12:30 | 12:25 | 5 |
| 5 | 5/11/2021 | 12:30 | 12:27 | 3 |
| 6 | 5/12/2021 | 12:30 | 12:27 | 3 |
| 7 | 5/17/2021 | 12:30 | 12:27 | 3 |
| 8 | 5/18/2021 | 12:30 | 12:28 | 2 |
| 9 | 5/19/2021 | 12:30 | 12:28 | 2 |
| 10 | 5/20/2021 | 12:30 | 12:27 | 3 |
| 11 | 5/21/2021 | 12:30 | 12:27 | 3 |
| 13 | 5/28/2021 | 12:30 | 12:26 | 4 |
| 14 | 5/29/2021 | 12:30 | 12:28 | 2 |
| 15 | 5/30/2021 | 12:30 | 12:28 | 2 |
| 16 | 6/6/2021 | 12:30 | 12:28 | 2 |
| 18 | 6/8/2021 | 12:30 | 12:28 | 2 |
| 19 | 6/9/2021 | 12:30 | 12:28 | 2 |
| 22 | 6/15/2021 | 12:30 | 12:28 | 2 |
| 23 | 6/16/2021 | 12:30 | 12:27 | 3 |
| 28 | 6/27/2021 | 12:30 | 12:28 | 2 |
| 31 | 7/4/2021 | 12:30 | 12:28 | 2 |
| 32 | 7/5/2021 | 12:30 | 12:29 | 1 |
| 33 | 7/6/2021 | 12:30 | 12:29 | 1 |
| 36 | 7/23/2021 | 12:30 | 12:26 | 4 |
| 37 | 7/24/2021 | 12:30 | 12:25 | 5 |
| 43 | 8/11/2021 | 12:30 | 12:26 | 4 |
| 44 | 8/12/2021 | 12:30 | 12:28 | 2 |
| 47 | 8/20/2021 | 12:30 | 12:28 | 2 |
| 48 | 8/21/2021 | 12:30 | 12:27 | 3 |
| 49 | 8/22/2021 | 12:30 | 12:28 | 2 |
| 52 | 8/29/2021 | 12:30 | 12:29 | 1 |
| 54 | 8/31/2021 | 12:30 | 12:28 | 2 |
| 55 | 9/1/2021 | 12:30 | 12:28 | 2 |
| 57 | 9/7/2021 | 12:30 | 12:29 | 1 |
| 59 | 9/8/2021 | 12:30 | 12:29 | 1 |
| 60 | 9/9/2021 | 12:30 | 12:28 | 2 |
| 61 | 9/10/2021 | 12:30 | 12:28 | 2 |
| 64 | 9/17/2021 | 12:30 | 12:29 | 1 |
| 65 | 9/18/2021 | 12:30 | 12:28 | 2 |
| 66 | 9/19/2021 | 12:30 | 12:27 | 3 |

1

**Hatcher v. The County of Hanover, Virginia**
**Jonathan McGill**

| | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 70 | 9/26/2021 | 12:30 | 12:29 | 1 |
| 72 | 9/28/2021 | 12:30 | 12:27 | 3 |
| 76 | 10/5/2021 | 6:00 | 5:55 | 5 |
| 77 | 10/6/2021 | 6:00 | 5:56 | 4 |
| 78 | 10/7/2021 | 6:00 | 5:55 | 5 |
| 79 | 10/8/2021 | 6:00 | 5:57 | 3 |
| 80 | 10/14/2021 | 6:00 | 5:55 | 5 |
| 81 | 10/15/2021 | 6:00 | 5:56 | 4 |
| 82 | 10/16/2021 | 6:00 | 5:57 | 3 |
| 83 | 10/17/2021 | 6:00 | 5:57 | 3 |
| 85 | 10/23/2021 | 6:00 | 5:56 | 4 |
| 86 | 10/24/2021 | 6:00 | 5:56 | 4 |
| 87 | 10/25/2021 | 6:00 | 5:57 | 3 |
| 88 | 10/26/2021 | 6:00 | 5:56 | 4 |
| 89 | 10/27/2021 | 6:00 | 5:56 | 4 |
| 91 | 11/2/2021 | 6:00 | 5:56 | 4 |
| 92 | 11/3/2021 | 6:00 | 5:57 | 3 |
| 93 | 11/4/2021 | 6:00 | 5:56 | 4 |
| 96 | 11/12/2021 | 6:00 | 5:56 | 4 |
| 97 | 11/13/2021 | 6:00 | 5:57 | 3 |
| 98 | 11/14/2021 | 6:00 | 5:56 | 4 |
| 101 | 11/20/2021 | 6:00 | 5:56 | 4 |
| 102 | 11/21/2021 | 6:00 | 5:55 | 5 |
| 103 | 11/22/2021 | 6:00 | 5:56 | 4 |
| 104 | 11/23/2021 | 6:00 | 5:56 | 4 |
| 105 | 11/24/2021 | 6:00 | 5:55 | 5 |
| 106 | 11/29/2021 | 6:00 | 5:57 | 3 |
| 107 | 11/30/2021 | 6:00 | 5:57 | 3 |
| 108 | 12/1/2021 | 6:00 | 5:57 | 3 |
| 109 | 12/2/2021 | 6:00 | 5:58 | 2 |
| 110 | 12/3/2021 | 6:00 | 5:58 | 2 |
| 111 | 12/9/2021 | 6:00 | 5:57 | 3 |
| 112 | 12/10/2021 | 6:00 | 5:56 | 4 |
| 113 | 12/11/2021 | 6:00 | 5:57 | 3 |
| 114 | 12/12/2021 | 6:00 | 5:57 | 3 |
| 117 | 12/19/2021 | 6:00 | 5:57 | 3 |
| 118 | 12/20/2021 | 6:00 | 5:57 | 3 |
| 119 | 12/21/2021 | 6:00 | 5:57 | 3 |
| 120 | 12/22/2021 | 6:00 | 5:57 | 3 |

2

**Hatcher v. The County of Hanover, Virginia**
**Jonathan McGill**

| | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 122 | 12/29/2021 | 6:00 | 5:56 | 4 |
| 123 | 12/30/2021 | 6:00 | 5:57 | 3 |
| 124 | 12/31/2021 | 6:00 | 5:55 | 5 |
| 125 | 1/6/2022 | 6:00 | 5:57 | 3 |
| 126 | 1/7/2022 | 6:00 | 5:55 | 5 |
| 127 | 1/8/2022 | 6:00 | 5:56 | 4 |
| 131 | 1/16/2022 | 6:00 | 5:56 | 4 |
| 132 | 1/17/2022 | 6:00 | 5:56 | 4 |
| 133 | 1/18/2022 | 6:00 | 5:55 | 5 |
| 134 | 1/19/2022 | 6:00 | 5:57 | 3 |
| 135 | 1/24/2022 | 6:00 | 5:56 | 4 |
| 136 | 1/25/2022 | 6:00 | 5:55 | 5 |
| 137 | 1/26/2022 | 6:00 | 5:55 | 5 |
| 138 | 1/27/2022 | 6:00 | 5:56 | 4 |
| 139 | 1/28/2022 | 6:00 | 5:57 | 3 |
| 142 | 2/5/2022 | 6:00 | 5:57 | 3 |
| 143 | 2/6/2022 | 6:00 | 5:56 | 4 |
| 146 | 2/12/2022 | 6:00 | 5:55 | 5 |
| 148 | 2/14/2022 | 6:00 | 5:56 | 4 |
| 152 | 2/22/2022 | 6:00 | 5:57 | 3 |
| 153 | 2/23/2022 | 6:00 | 5:55 | 5 |
| 155 | 2/25/2022 | 6:00 | 5:55 | 5 |
| 158 | 3/4/2022 | 6:00 | 5:56 | 4 |
| 159 | 3/5/2022 | 6:00 | 5:57 | 3 |
| 160 | 3/6/2022 | 6:00 | 5:55 | 5 |
| 163 | 3/13/2022 | 6:00 | 5:55 | 5 |
| 165 | 3/15/2022 | 6:00 | 5:56 | 4 |
| 166 | 3/16/2022 | 6:00 | 5:57 | 3 |
| 167 | 3/21/2022 | 6:00 | 5:55 | 5 |
| 168 | 3/22/2022 | 6:00 | 5:57 | 3 |
| 169 | 3/23/2022 | 6:00 | 5:56 | 4 |
| 170 | 3/24/2022 | 6:00 | 5:57 | 3 |
| 171 | 3/25/2022 | 6:00 | 5:56 | 4 |
| 173 | 3/31/2022 | 6:00 | 5:55 | 5 |
| 175 | 4/2/2022 | 6:00 | 5:56 | 4 |
| 176 | 4/3/2022 | 6:00 | 5:57 | 3 |
| 180 | 4/10/2022 | 6:00 | 5:56 | 4 |
| 182 | 4/12/2022 | 6:00 | 5:58 | 2 |
| 186 | 4/22/2022 | 6:00 | 5:57 | 3 |

**Hatcher v. The County of Hanover, Virginia**
**Jonathan McGill**

|  | **Shift Start Date** | **Shift Start Time** | **First "10-41" of the Day** | **Minutes Between First "10-41" and Shift Start** |
|---|---|---|---|---|
| 189 | 4/30/2022 | 6:00 | 5:56 | 4 |
| 190 | 5/1/2022 | 6:00 | 5:57 | 3 |
| 195 | 5/9/2022 | 6:00 | 5:55 | 5 |
| 196 | 5/10/2022 | 6:00 | 5:55 | 5 |
| 197 | 5/11/2022 | 6:00 | 5:55 | 5 |
| 199 | 5/17/2022 | 6:00 | 5:56 | 4 |
| 200 | 5/18/2022 | 6:00 | 5:57 | 3 |
| 201 | 5/19/2022 | 6:00 | 5:56 | 4 |
| 202 | 5/20/2022 | 6:00 | 5:55 | 5 |
| 204 | 5/26/2022 | 6:00 | 5:58 | 2 |
| 205 | 5/27/2022 | 6:00 | 5:56 | 4 |
| 207 | 6/3/2022 | 9:30 | 9:25 | 5 |
| 209 | 6/5/2022 | 6:00 | 5:56 | 4 |
| 210 | 6/6/2022 | 6:00 | 5:56 | 4 |
| 212 | 6/8/2022 | 6:00 | 5:58 | 2 |
| 216 | 6/16/2022 | 6:00 | 5:57 | 3 |
| 217 | 6/17/2022 | 6:00 | 5:56 | 4 |
| 222 | 7/5/2022 | 6:00 | 5:56 | 4 |
| 223 | 7/6/2022 | 6:00 | 5:56 | 4 |
| 226 | 7/12/2022 | 6:00 | 5:56 | 4 |
| 227 | 7/13/2022 | 6:00 | 5:58 | 2 |
| 228 | 7/14/2022 | 6:00 | 5:57 | 3 |
| 229 | 7/15/2022 | 6:00 | 5:55 | 5 |
| 233 | 7/31/2022 | 6:00 | 5:55 | 5 |
| 235 | 8/2/2022 | 6:00 | 5:57 | 3 |
| 245 | 8/30/2022 | 6:00 | 5:58 | 2 |
| 249 | 9/6/2022 | 6:00 | 5:56 | 4 |
| 251 | 9/8/2022 | 6:00 | 5:56 | 4 |
| 254 | 9/15/2022 | 6:00 | 5:56 | 4 |
| 257 | 9/18/2022 | 6:00 | 5:57 | 3 |
| 260 | 9/27/2022 | 6:00 | 5:57 | 3 |
| 263 | 10/4/2022 | 6:00 | 5:56 | 4 |
| 265 | 10/6/2022 | 6:00 | 5:56 | 4 |

4

No "mark on

**Hatcher v. The County of Hanover, Virginia**
**Jonathan McGill**

|  | **Shift Start Date** | **Shift Start Time** | **First "10-41" of the Day** | **Minutes Between First "10-41" and Shift Start** |
|---|---|---|---|---|
| 3 | 5/3/2021 | 12:30 | - | - |
| 20 | 6/10/2021 | 12:30 | - | - |
| 26 | 6/25/2021 | 12:30 |  | - |
| 29 | 6/28/2021 | 12:30 | - | - |
| 39 | 7/26/2021 | 12:30 | - | - |
| 50 | 8/23/2021 | 12:30 | - | - |
| 62 | 9/15/2021 | 12:30 | - | - |
| 67 | 9/20/2021 | 12:30 | - | - |
| 99 | 11/15/2021 | 6:00 | - | - |
| 115 | 12/13/2021 | 6:00 | - | - |
| 121 | 12/27/2021 | 6:00 | - | - |
| 129 | 1/10/2022 | 6:00 | - | - |
| 144 | 2/7/2022 | 6:00 | - | - |
| 161 | 3/7/2022 | 6:00 | - | - |
| 172 | 3/30/2022 | 6:00 | - | - |
| 177 | 4/4/2022 | 6:00 | - | - |
| 191 | 5/2/2022 | 6:00 | - | - |
| 203 | 5/25/2022 | 6:00 | - | - |
| 206 | 5/30/2022 | 6:00 | - | - |
| 218 | 6/27/2022 | 6:00 | - | - |
| 225 | 7/11/2022 | 6:00 | - | - |
| 230 | 7/20/2022 | 8:45 | - | - |
| 231 | 7/25/2022 | 6:00 | - | - |
| 242 | 8/22/2022 | 6:00 | - | - |
| 243 | 8/25/2022 | 8:00 | - | - |
| 247 | 9/2/2022 | 8:15 | - | - |
| 253 | 9/14/2022 | 6:00 | - | - |
| 258 | 9/19/2022 | 6:00 | - | - |

1

**"Mark on" after shift start**

**Hatcher v. The County of Hanover, Virginia**
**Jonathan McGill**

|  | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 58 | 9/8/2021 | 9:00 | 9:08 | -8 |
| 84 | 10/18/2021 | 6:00 | 8:59 | -179 |
| 145 | 2/8/2022 | 9:45 | 13:04 | -199 |
| 220 | 7/3/2022 | 6:00 | 6:07 | -7 |
| 221 | 7/4/2022 | 6:00 | 6:05 | -5 |
| 267 | 10/12/2022 | 6:00 | 8:07 | -127 |

1