DEFENDANT'S
EXHIBIT
**14**
_____

**Hatcher v. The County of Hanover, Virginia**
**Timothy Sutton**

|  | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "1041" and Shift Start |
|---|---|---|---|---|
| 1 | 5/1/2021 | 12:00 | 12:05 | -5 |
| 2 | 5/2/2021 | 12:00 | 12:02 | -2 |
| 3 | 5/3/2021 | 12:00 | - | - |
| 4 | 5/8/2021 | 12:00 | 11:59 | 1 |
| 5 | 5/9/2021 | 12:00 | 11:50 | 10 |
| 6 | 5/10/2021 | 12:00 | 11:53 | 7 |
| 7 | 5/12/2021 | 12:00 | - | - |
| 8 | 5/19/2021 | 12:00 | 12:04 | -4 |
| 9 | 5/20/2021 | 12:00 | 12:03 | -3 |
| 10 | 5/21/2021 | 12:00 | 12:08 | 8 |
| 11 | 5/27/2021 | 12:00 | 11:55 | 5 |
| 12 | 5/28/2021 | 12:00 | 12:35 | -35 |
| 13 | 5/29/2021 | 12:00 | 11:56 | 4 |
| 14 | 6/6/2021 | 12:00 | 12:14 | -14 |
| 15 | 6/7/2021 | 12:00 | 11:55 | 5 |
| 16 | 6/8/2021 | 12:00 | 12:13 | -13 |
| 17 | 6/9/2021 | 12:00 | 12:10 | -10 |
| 18 | 6/10/2021 | 12:00 | - | - |
| 19 | 6/14/2021 | 12:00 | 11:56 | 4 |
| 20 | 6/15/2021 | 12:00 | 11:56 | 4 |
| 21 | 6/16/2021 | 12:00 | 12:14 | -14 |
| 22 | 6/17/2021 | 12:00 | 12:21 | -21 |
| 23 | 6/18/2021 | 12:00 | 11:56 | 4 |
| 24 | 6/24/2021 | 12:00 | 12:03 | -3 |
| 25 | 6/25/2021 | 12:00 | 12:06 | -6 |
| 26 | 6/26/2021 | 12:00 | 11:54 | 6 |
| 27 | 6/28/2021 | 12:00 | - | - |
| 28 | 7/3/2021 | 12:00 | 12:49 | -49 |
| 29 | 7/4/2021 | 12:00 | 11:57 | 3 |
| 30 | 7/5/2021 | 12:00 | 12:16 | -16 |
| 31 | 7/6/2021 | 12:00 | 12:01 | -1 |
| 32 | 7/7/2021 | 12:00 | 11:50 | 10 |
| 33 | 7/22/2021 | 12:00 | 13:21 | -81 |
| 34 | 7/23/2021 | 12:00 | 12:27 | -27 |
| 35 | 7/24/2021 | 12:00 | 11:55 | 5 |
| 36 | 7/25/2021 | 12:00 | 12:14 | -14 |
| 37 | 7/26/2021 | 12:00 | - | - |
| 38 | 8/9/2021 | 12:00 | 11:59 | 1 |
| 39 | 8/10/2021 | 12:00 | 11:59 | 1 |
| 40 | 8/11/2021 | 12:00 | 12:01 | -1 |

**Hatcher v. The County of Hanover, Virginia**
**Timothy Sutton**

|    | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "1041" and Shift Start |
|----|------------------|------------------|--------------------------|----------------------------------------------|
| 41 | 8/12/2021  | 12:00 | 11:02 | 56  |
| 42 | 8/13/2021  | 12:00 | 11:55 | 5   |
| 43 | 8/19/2021  | 12:00 | 11:49 | 11  |
| 44 | 8/20/2021  | 12:00 | 12:06 | -6  |
| 45 | 8/21/2021  | 12:00 | 12:00 | 0   |
| 46 | 8/22/2021  | 12:00 | 12:06 | -6  |
| 47 | 8/23/2021  | 12:00 | -     | -   |
| 48 | 8/31/2021  | 12:00 | 11:50 | 10  |
| 49 | 9/1/2021   | 12:00 | 12:02 | -2  |
| 50 | 9/6/2021   | 12:00 | 11:59 | 1   |
| 51 | 9/8/2021   | 12:00 | 12:02 | -2  |
| 52 | 9/15/2021  | 12:00 | -     | -   |
| 53 | 9/17/2021  | 12:00 | 12:00 | 0   |
| 54 | 9/18/2021  | 12:00 | 11:48 | 12  |
| 55 | 9/19/2021  | 12:00 | 11:50 | 10  |
| 56 | 9/20/2021  | 12:00 | -     | -   |
| 57 | 9/27/2021  | 12:00 | 11:59 | 1   |
| 58 | 9/28/2021  | 12:00 | 12:07 | -7  |
| 59 | 9/29/2021  | 12:00 | 11:49 | 11  |
| 60 | 10/4/2021  | 12:00 | 11:51 | 9   |
| 61 | 10/5/2021  | 12:00 | 11:53 | 7   |
| 62 | 10/6/2021  | 12:00 | 12:05 | -5  |
| 63 | 10/7/2021  | 12:00 | 11:54 | 6   |
| 64 | 10/8/2021  | 12:00 | 12:08 | -8  |
| 65 | 10/14/2021 | 12:00 | 11:52 | 8   |
| 66 | 10/15/2021 | 12:00 | 11:55 | 5   |
| 67 | 10/16/2021 | 12:00 | 11:54 | 6   |
| 68 | 10/17/2021 | 12:00 | 12:13 | -13 |
| 69 | 10/18/2021 | 12:00 | -     | -   |
| 70 | 10/24/2021 | 12:00 | 11:50 | 10  |
| 71 | 10/25/2021 | 12:00 | 11:32 | 28  |
| 72 | 10/26/2021 | 12:00 | 11:53 | 7   |
| 73 | 10/27/2021 | 12:00 | -     | -   |
| 74 | 11/1/2021  | 12:00 | 11:48 | 12  |
| 75 | 11/2/2021  | 12:00 | 11:49 | 11  |
| 76 | 11/3/2021  | 12:00 | 11:40 | 20  |
| 77 | 11/4/2021  | 12:00 | 11:58 | 2   |
| 78 | 11/5/2021  | 12:00 | 11:55 | 5   |
| 79 | 11/11/2021 | 12:00 | 11:49 | 11  |
| 80 | 11/12/2021 | 12:00 | 12:32 | -32 |

**Hatcher v. The County of Hanover, Virginia**
**Timothy Sutton**

|  | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "1041" and Shift Start |
|---|---|---|---|---|
| 81 | 11/13/2021 | 12:00 | 11:49 | 11 |
| 82 | 11/14/2021 | 12:00 | 11:44 | 16 |
| 83 | 11/15/2021 | 12:00 | - | - |
| 84 | 11/20/2021 | 12:00 | 11:50 | 10 |
| 85 | 11/21/2021 | 12:00 | 11:55 | 5 |
| 86 | 11/22/2021 | 12:00 | 12:00 | 0 |
| 87 | 11/23/2021 | 12:00 | - | - |
| 88 | 11/24/2021 | 12:00 | 11:54 | 6 |
| 89 | 11/29/2021 | 12:00 | 11:51 | 9 |
| 90 | 12/1/2021 | 12:00 | 11:56 | 4 |
| 91 | 12/2/2021 | 12:00 | 11:56 | 4 |
| 92 | 12/3/2021 | 16:30 | 16:19 | 11 |
| 93 | 12/9/2021 | 12:00 | 11:50 | 10 |
| 94 | 12/10/2021 | 12:00 | 11:51 | 9 |
| 95 | 12/11/2021 | 12:00 | 11:47 | 13 |
| 96 | 12/12/2021 | 12:00 | 12:05 | -5 |
| 97 | 12/13/2021 | 12:00 | - | - |
| 98 | 12/18/2021 | 12:00 | 11:49 | 11 |
| 99 | 12/19/2021 | 12:00 | 11:55 | 5 |
| 100 | 12/21/2021 | 12:00 | 12:01 | -1 |
| 101 | 12/22/2021 | 12:00 | 11:49 | 11 |
| 102 | 1/6/2022 | 12:00 | 12:00 | 0 |
| 103 | 1/7/2022 | 12:00 | 11:42 | 18 |
| 104 | 1/8/2022 | 12:00 | 11:50 | 10 |
| 105 | 1/9/2022 | 12:00 | 11:54 | 6 |
| 106 | 1/10/2022 | 12:00 | 21:14 | -554 |
| 107 | 1/15/2022 | 12:00 | 11:47 | 13 |
| 108 | 1/16/2022 | 12:00 | 11:48 | 12 |
| 109 | 1/17/2022 | 12:00 | 11:58 | 2 |
| 110 | 1/18/2022 | 12:00 | 11:53 | 7 |
| 111 | 1/24/2022 | 12:00 | 11:50 | 10 |
| 112 | 1/25/2022 | 12:00 | 12:11 | -11 |
| 113 | 1/26/2022 | 12:00 | 11:59 | 1 |
| 114 | 1/27/2022 | 12:00 | 11:49 | 11 |
| 115 | 1/28/2022 | 14:00 | 14:30 | -30 |
| 116 | 2/3/2022 | 12:00 | 11:51 | 9 |
| 117 | 2/4/2022 | 12:00 | 12:06 | -6 |
| 118 | 2/5/2022 | 12:00 | 11:59 | 1 |
| 119 | 2/6/2022 | 12:00 | 11:41 | 19 |
| 120 | 2/7/2022 | 12:00 | - | - |

**Hatcher v. The County of Hanover, Virginia**
**Timothy Sutton**

|  | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "1041" and Shift Start |
|---|---|---|---|---|
| 121 | 2/12/2022 | 12:00 | 11:58 | 2 |
| 122 | 2/15/2022 | 12:00 | 11:58 | 2 |
| 123 | 2/16/2022 | 12:00 | 11:59 | 1 |
| 124 | 2/21/2022 | 12:00 | 11:43 | 27 |
| 125 | 2/22/2022 | 12:00 | 11:50 | 10 |
| 126 | 2/23/2022 | 12:00 | 11:37 | 23 |
| 127 | 2/24/2022 | 12:00 | 11:53 | 7 |
| 128 | 2/25/2022 | 12:00 | 11:49 | 11 |
| 129 | 3/3/2022 | 12:00 | 11:48 | 12 |
| 130 | 3/4/2022 | 12:00 | 12:01 | -1 |
| 131 | 3/4/2022 | 12:00 | 11:39 | 21 |
| 132 | 3/6/2022 | 12:00 | 11:32 | 28 |
| 133 | 3/7/2022 | 12:00 | - | - |
| 134 | 3/10/2022 | 12:00 | - | - |
| 135 | 3/11/2022 | 12:00 | - | - |
| 136 | 3/12/2022 | 12:00 | 11:59 | 1 |
| 137 | 3/13/2022 | 12:00 | 11:43 | 17 |
| 138 | 3/21/2022 | 12:00 | 12:05 | -5 |
| 139 | 3/22/2022 | 12:00 | 11:56 | 4 |
| 140 | 3/23/2022 | 12:00 | 11:39 | 21 |
| 141 | 3/24/2022 | 12:00 | 11:56 | 4 |
| 142 | 3/25/2022 | 12:00 | 11:47 | 13 |
| 143 | 3/30/2022 | 12:00 | - | - |
| 144 | 3/31/2022 | 12:00 | 11:42 | 18 |
| 145 | 4/1/2022 | 5:30 | - | - |
| 146 | 4/2/2022 | 5:30 | 5:29 | 1 |
| 147 | 4/3/2022 | 5:30 | 5:29 | 1 |
| 148 | 4/9/2022 | 5:30 | 5:28 | 2 |
| 149 | 4/10/2022 | 5:30 | 5:20 | 10 |
| 150 | 4/11/2022 | 5:30 | 5:40 | -40 |
| 151 | 4/12/2022 | 5:30 | 5:27 | 3 |
| 152 | 4/13/2022 | 5:30 | 5:33 | -3 |
| 153 | 4/18/2022 | 5:30 | 5:28 | 2 |
| 154 | 4/19/2022 | 5:30 | 5:28 | 2 |
| 155 | 5/1/2022 | 5:30 | - | - |
| 156 | 5/2/2022 | 5:30 | - | - |
| 157 | 5/7/2022 | 5:30 | 5:12 | 18 |
| 158 | 5/8/2022 | 5:30 | 5:30 | 0 |
| 159 | 5/9/2022 | 5:30 | 5:30 | 0 |
| 160 | 5/10/2022 | 5:30 | 5:30 | 0 |

**Hatcher v. The County of Hanover, Virginia**
**Timothy Sutton**

|  | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "1041" and Shift Start |
|---|---|---|---|---|
| 161 | 5/11/2022 | 5:30 | 5:17 | 13 |
| 162 | 5/19/2022 | 5:30 | 5:25 | 5 |
| 163 | 5/20/2022 | 5:30 | 5:18 | 12 |
| 164 | 5/30/2022 | 5:30 | - | - |
| 165 | 9/26/2022 | 8:00 | - | - |
| 166 | 9/28/2022 | 8:00 | - | - |
| 167 | 10/4/2022 | 8:00 | - | - |
| 168 | 10/6/2022 | 8:00 | - | - |
| 169 | 10/10/2022 | 8:00 | - | - |
| 170 | 10/12/2022 | 8:00 | - | - |
| 171 | 10/13/2022 | 8:00 | - | - |
| 172 | 10/17/2022 | 8:00 | - | - |
| 173 | 10/20/2022 | 8:00 | - | - |
| 174 | 10/21/2022 | 8:00 | - | - |
| 175 | 10/24/2022 | 8:00 | - | - |
| 176 | 10/27/2022 | 8:00 | - | - |
| 177 | 10/28/2022 | 8:00 | - | - |
| 178 | 10/31/2022 | 5:30 | 5:35 | -5 |
| 179 | 11/1/2022 | 5:30 | 5:25 | 5 |
| 180 | 11/2/2022 | 5:30 | 5:02 | 28 |
| 181 | 11/3/2022 | 5:30 | 5:18 | 12 |
| 182 | 11/4/2022 | 5:30 | 5:23 | 7 |
| 183 | 11/10/2022 | 5:30 | 5:12 | 18 |
| 184 | 11/11/2022 | 5:30 | 5:21 | 9 |
| 185 | 11/12/2022 | 5:30 | 5:05 | 25 |
| 186 | 11/13/2022 | 5:30 | 5:21 | 9 |
| 187 | 11/14/2022 | 5:30 | - | - |
| 188 | 11/19/2022 | 5:30 | 5:19 | 11 |
| 189 | 11/20/2022 | 5:30 | 5:17 | 13 |
| 190 | 11/21/2022 | 5:30 | 5:24 | 6 |
| 191 | 11/22/2022 | 5:30 | 5:15 | 15 |
| 192 | 12/10/2022 | 5:30 | - | - |
| 193 | 12/12/2022 | 5:30 | - | - |
| 194 | 12/17/2022 | 5:30 | 5:12 | 18 |
| 195 | 12/18/2022 | 5:30 | 5:12 | 18 |
| 196 | 12/19/2022 | 5:30 | 5:05 | 25 |
| 197 | 12/20/2022 | 5:30 | - | - |

**"Mark On" 10 min. or less before shift start**

**Hatcher v. The County of Hanover, Virginia**
**Timothy Sutton**

|  | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "1041" and Shift Start |
|---|---|---|---|---|
| 4 | 5/8/2021 | 12:00 | 11:59 | 1 |
| 5 | 5/9/2021 | 12:00 | 11:50 | 10 |
| 6 | 5/10/2021 | 12:00 | 11:53 | 7 |
| 10 | 5/21/2021 | 12:00 | 12:08 | 8 |
| 11 | 5/27/2021 | 12:00 | 11:55 | 5 |
| 13 | 5/29/2021 | 12:00 | 11:56 | 4 |
| 15 | 6/7/2021 | 12:00 | 11:55 | 5 |
| 19 | 6/14/2021 | 12:00 | 11:56 | 4 |
| 20 | 6/15/2021 | 12:00 | 11:56 | 4 |
| 23 | 6/18/2021 | 12:00 | 11:56 | 4 |
| 26 | 6/26/2021 | 12:00 | 11:54 | 6 |
| 29 | 7/4/2021 | 12:00 | 11:57 | 3 |
| 32 | 7/7/2021 | 12:00 | 11:50 | 10 |
| 35 | 7/24/2021 | 12:00 | 11:55 | 5 |
| 38 | 8/9/2021 | 12:00 | 11:59 | 1 |
| 39 | 8/10/2021 | 12:00 | 11:59 | 1 |
| 42 | 8/13/2021 | 12:00 | 11:55 | 5 |
| 48 | 8/31/2021 | 12:00 | 11:50 | 10 |
| 50 | 9/6/2021 | 12:00 | 11:59 | 1 |
| 55 | 9/19/2021 | 12:00 | 11:50 | 10 |
| 57 | 9/27/2021 | 12:00 | 11:59 | 1 |
| 60 | 10/4/2021 | 12:00 | 11:51 | 9 |
| 61 | 10/5/2021 | 12:00 | 11:53 | 7 |
| 63 | 10/7/2021 | 12:00 | 11:54 | 6 |
| 65 | 10/14/2021 | 12:00 | 11:52 | 8 |
| 66 | 10/15/2021 | 12:00 | 11:55 | 5 |
| 67 | 10/16/2021 | 12:00 | 11:54 | 6 |
| 70 | 10/24/2021 | 12:00 | 11:50 | 10 |
| 72 | 10/26/2021 | 12:00 | 11:53 | 7 |
| 77 | 11/4/2021 | 12:00 | 11:58 | 2 |
| 78 | 11/5/2021 | 12:00 | 11:55 | 5 |
| 84 | 11/20/2021 | 12:00 | 11:50 | 10 |
| 85 | 11/21/2021 | 12:00 | 11:55 | 5 |
| 88 | 11/24/2021 | 12:00 | 11:54 | 6 |
| 89 | 11/29/2021 | 12:00 | 11:51 | 9 |
| 90 | 12/1/2021 | 12:00 | 11:56 | 4 |
| 91 | 12/2/2021 | 12:00 | 11:56 | 4 |
| 93 | 12/9/2021 | 12:00 | 11:50 | 10 |
| 94 | 12/10/2021 | 12:00 | 11:51 | 9 |
| 99 | 12/19/2021 | 12:00 | 11:55 | 5 |

1

**Hatcher v. The County of Hanover, Virginia**
**Timothy Sutton**

| | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "1041" and Shift Start |
|---|---|---|---|---|
| 104 | 1/8/2022 | 12:00 | 11:50 | 10 |
| 105 | 1/9/2022 | 12:00 | 11:54 | 6 |
| 109 | 1/17/2022 | 12:00 | 11:58 | 2 |
| 110 | 1/18/2022 | 12:00 | 11:53 | 7 |
| 111 | 1/24/2022 | 12:00 | 11:50 | 10 |
| 113 | 1/26/2022 | 12:00 | 11:59 | 1 |
| 116 | 2/3/2022 | 12:00 | 11:51 | 9 |
| 118 | 2/5/2022 | 12:00 | 11:59 | 1 |
| 121 | 2/12/2022 | 12:00 | 11:58 | 2 |
| 122 | 2/15/2022 | 12:00 | 11:58 | 2 |
| 123 | 2/16/2022 | 12:00 | 11:59 | 1 |
| 125 | 2/22/2022 | 12:00 | 11:50 | 10 |
| 127 | 2/24/2022 | 12:00 | 11:53 | 7 |
| 136 | 3/12/2022 | 12:00 | 11:59 | 1 |
| 139 | 3/22/2022 | 12:00 | 11:56 | 4 |
| 141 | 3/24/2022 | 12:00 | 11:56 | 4 |
| 146 | 4/2/2022 | 5:30 | 5:29 | 1 |
| 147 | 4/3/2022 | 5:30 | 5:29 | 1 |
| 148 | 4/9/2022 | 5:30 | 5:28 | 2 |
| 149 | 4/10/2022 | 5:30 | 5:20 | 10 |
| 151 | 4/12/2022 | 5:30 | 5:27 | 3 |
| 153 | 4/18/2022 | 5:30 | 5:28 | 2 |
| 154 | 4/19/2022 | 5:30 | 5:28 | 2 |
| 162 | 5/19/2022 | 5:30 | 5:25 | 5 |
| 179 | 11/1/2022 | 5:30 | 5:25 | 5 |
| 182 | 11/4/2022 | 5:30 | 5:23 | 7 |
| 184 | 11/11/2022 | 5:30 | 5:21 | 9 |
| 186 | 11/13/2022 | 5:30 | 5:21 | 9 |
| 190 | 11/21/2022 | 5:30 | 5:24 | 6 |

**Hatcher v. The County of Hanover, Virginia**
**Timothy Sutton**

| | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "1041" and Shift Start |
|---|---|---|---|---|
| 3 | 5/3/2021 | 12:00 | - | - |
| 7 | 5/12/2021 | 12:00 | - | - |
| 18 | 6/10/2021 | 12:00 | - | - |
| 27 | 6/28/2021 | 12:00 | - | - |
| 37 | 7/26/2021 | 12:00 | - | - |
| 47 | 8/23/2021 | 12:00 | - | - |
| 52 | 9/15/2021 | 12:00 | - | - |
| 56 | 9/20/2021 | 12:00 | - | - |
| 69 | 10/18/2021 | 12:00 | - | - |
| 73 | 10/27/2021 | 12:00 | - | - |
| 83 | 11/15/2021 | 12:00 | - | - |
| 87 | 11/23/2021 | 12:00 | - | - |
| 97 | 12/13/2021 | 12:00 | - | - |
| 120 | 2/7/2022 | 12:00 | - | - |
| 133 | 3/7/2022 | 12:00 | - | - |
| 134 | 3/10/2022 | 12:00 | - | - |
| 135 | 3/11/2022 | 12:00 | - | - |
| 143 | 3/30/2022 | 12:00 | - | - |
| 145 | 4/1/2022 | 5:30 | - | - |
| 155 | 5/1/2022 | 5:30 | - | - |
| 156 | 5/2/2022 | 5:30 | - | - |
| 164 | 5/30/2022 | 5:30 | - | - |
| 165 | 9/26/2022 | 8:00 | - | - |
| 166 | 9/28/2022 | 8:00 | - | - |
| 167 | 10/4/2022 | 8:00 | - | - |
| 168 | 10/6/2022 | 8:00 | - | - |
| 169 | 10/10/2022 | 8:00 | - | - |
| 170 | 10/12/2022 | 8:00 | - | - |
| 171 | 10/13/2022 | 8:00 | - | - |
| 172 | 10/17/2022 | 8:00 | - | - |
| 173 | 10/20/2022 | 8:00 | - | - |
| 174 | 10/21/2022 | 8:00 | - | - |
| 175 | 10/24/2022 | 8:00 | - | - |
| 176 | 10/27/2022 | 8:00 | - | - |
| 177 | 10/28/2022 | 8:00 | - | - |
| 187 | 11/14/2022 | 5:30 | - | - |
| 192 | 12/10/2022 | 5:30 | - | - |
| 193 | 12/12/2022 | 5:30 | - | - |
| 197 | 12/20/2022 | 5:30 | - | - |

1

**"Mark on" after shift start**

<u>Hatcher v. The County of Hanover, Virginia</u>
**Timothy Sutton**

|  | **Shift Start Date** | **Shift Start Time** | **First "10-41" of the Day** | **Minutes Between First "1041" and Shift Start** |
|---|---|---|---|---|
| 1 | 5/1/2021 | 12:00 | 12:05 | -5 |
| 2 | 5/2/2021 | 12:00 | 12:02 | -2 |
| 8 | 5/19/2021 | 12:00 | 12:04 | -4 |
| 9 | 5/20/2021 | 12:00 | 12:03 | -3 |
| 12 | 5/28/2021 | 12:00 | 12:35 | -35 |
| 14 | 6/6/2021 | 12:00 | 12:14 | -14 |
| 16 | 6/8/2021 | 12:00 | 12:13 | -13 |
| 17 | 6/9/2021 | 12:00 | 12:10 | -10 |
| 21 | 6/16/2021 | 12:00 | 12:14 | -14 |
| 22 | 6/17/2021 | 12:00 | 12:21 | -21 |
| 24 | 6/24/2021 | 12:00 | 12:03 | -3 |
| 25 | 6/25/2021 | 12:00 | 12:06 | -6 |
| 28 | 7/3/2021 | 12:00 | 12:49 | -49 |
| 30 | 7/5/2021 | 12:00 | 12:16 | -16 |
| 31 | 7/6/2021 | 12:00 | 12:01 | -1 |
| 33 | 7/22/2021 | 12:00 | 13:21 | -81 |
| 34 | 7/23/2021 | 12:00 | 12:27 | -27 |
| 36 | 7/25/2021 | 12:00 | 12:14 | -14 |
| 40 | 8/11/2021 | 12:00 | 12:01 | -1 |
| 44 | 8/20/2021 | 12:00 | 12:06 | -6 |
| 46 | 8/22/2021 | 12:00 | 12:06 | -6 |
| 49 | 9/1/2021 | 12:00 | 12:02 | -2 |
| 51 | 9/8/2021 | 12:00 | 12:02 | -2 |
| 58 | 9/28/2021 | 12:00 | 12:07 | -7 |
| 62 | 10/6/2021 | 12:00 | 12:05 | -5 |
| 64 | 10/8/2021 | 12:00 | 12:08 | -8 |
| 68 | 10/17/2021 | 12:00 | 12:13 | -13 |
| 80 | 11/12/2021 | 12:00 | 12:32 | -32 |
| 96 | 12/12/2021 | 12:00 | 12:05 | -5 |
| 100 | 12/21/2021 | 12:00 | 12:01 | -1 |
| 106 | 1/10/2022 | 12:00 | 21:14 | -554 |
| 112 | 1/25/2022 | 12:00 | 12:11 | -11 |
| 115 | 1/28/2022 | 14:00 | 14:30 | -30 |
| 117 | 2/4/2022 | 12:00 | 12:06 | -6 |
| 130 | 3/4/2022 | 12:00 | 12:01 | -1 |
| 138 | 3/21/2022 | 12:00 | 12:05 | -5 |
| 150 | 4/11/2022 | 5:30 | 5:40 | -40 |
| 152 | 4/13/2022 | 5:30 | 5:33 | -3 |
| 178 | 10/31/2022 | 5:30 | 5:35 | -5 |

1

**"Mark on" at shift start**

**Hatcher v. The County of Hanover, Virginia**
**Timothy Sutton**

|  | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "1041" and Shift Start |
|---|---|---|---|---|
| 45 | 8/21/2021 | 12:00 | 12:00 | 0 |
| 53 | 9/17/2021 | 12:00 | 12:00 | 0 |
| 86 | 11/22/2021 | 12:00 | 12:00 | 0 |
| 102 | 1/6/2022 | 12:00 | 12:00 | 0 |
| 158 | 5/8/2022 | 5:30 | 5:30 | 0 |
| 159 | 5/9/2022 | 5:30 | 5:30 | 0 |
| 160 | 5/10/2022 | 5:30 | 5:30 | 0 |