DEFENDANT'S
EXHIBIT
15

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

Case No. 3:23-cv-00325-MHL

------------------------------------------------------------

CHRISTOPHER HATCHER
INDIVIDUALLY ON BEHALF OF
HIMSELF, AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED,

        Plaintiff,

v.

THE COUNTY OF HANOVER, VIRGINIA

        Defendant.

------------------------------------------------------------

Deposition of Benjamin Waverly Carroll

February 13, 2025

9:54 a.m. - 10:55 a.m.

Richmond, Virginia

HALASZ REPORTING & VIDEOCONFERENCE

1011 E. Main Street, Richmond, Virginia  23219

(804) 708-0025

REPORTED BY: Sasha M. Ulloa, RPR

10

satellite branch of the Rappahannock Regional Criminal Justice Academy at their training facility. I attended in 2008.  I believe it was January, we started.

Q        Did you say you started with Hanover County Sheriff's Office in October of 2007?

A        Yes, ma'am.

Q        But you did not attend the academy until 2008?

A        Correct.

Q        What did you do for that interim period where you were working for the Sheriff's Office but had not yet gone to the academy?

A        We did everything from painting the Sheriff's Office basement offices, managing some of the grass and stuff at the range, and then moving vehicles around to assist the training staff at the academy until our academy started in January.

Q        So not law enforcement activity; other stuff that needed to be done?

A        Correct.

Q        How long was the academy?

A        I think we were done approximately like spring of that year.  I don't remember the exact month.

14

midnights, what shift were you assigned to?

A        Evening shift.

Q        Do you recall your supervisor?

A        I don't.

Q        How long were you on evenings?

A        Approximately two and a half years.

Q        Where did you go from the evening shift?

A        Day shift.

Q        And how long were you on days?

A        Until 2021.  I'm not sure of the month.

Q        Do you recall any of your supervisors on days?

A        Unfortunately, not specifically.

Q        I've learned that at some point in time the Sheriff's Office developed a platoon system.  Was that in place the entire time you were employed at the Sheriff's Office?

A        No.

Q        Once the platoon system was put in place, what platoon were you assigned to?

A        I don't recall.

Q        Okay.  All right.  You said you

were on days until sometime in 2021.  Where did you go from there?

A          I was assigned to Safe Streets after that.

Q          What is Safe Streets?

A          It's a traffic interdiction unit that's part of the Special Operations division.

Q          I understand those were a lot of law enforcement words that I've heard.  But what does that mean in layman's terms?

A          So we were assigned a region where they believed there was high crime and we were sent there to interdict and look for wanted subjects, drugs, guns, or anything of interest that would make that area safer where we were working.

Q          You said that's part of Special Ops division?

A          Yes, ma'am.

Q          So it's different than the Patrol division?

A          I believe it still falls under Patrol because there's still -- I guess in the breakdown of everything, it's still part of it but it's an offshoot of it.  Just not your basic Patrol division.

16

Q        Okay.  Were you in a marked Sheriff's vehicle?

A        Yes, ma'am.

Q        In uniform, I presume?

A        Yes, ma'am.

Q        Did the Safe Streets deputies adhere to the same schedule that applied to the rest of the Patrol deputies?

A        No.

Q        How was that schedule different?

A        We were scheduled 8:00 a.m. to 6:00 p.m., Tuesday through Friday.

And going back to the marked car, there would be occasions where the supervisor of Safe Streets would give me his unmarked car if he was on vacation.  So there would be some instances when I would be in an unmarked car.

Q        Who was the supervisor?

A        When I initially came to the unit, it was Steve DiLoreto.  And towards the end of my time there, it was Bob Wagner.

Q        Were both Mr. DiLoreto and Mr. Wagner sergeants?

A        Yes, ma'am.

Q        All right.  And so you moved to

17

Safe Streets in 2021?

A        Yes, ma'am.

Q        Does April 2021 sound right?  I think I might have seen that in the file.

A        I couldn't give you a hundred percent sure on that unfortunately.

Q        And how long were you in Safe Streets?

A        Until my departure from the Department in July of 2022.

Q        All right.  So in 2021 you moved to Safe Streets and had a schedule of 8:00 a.m. to 6:00 p.m., Tuesday through Friday?

A        Yes, ma'am.

Q        Okay.  And then I think you said you resigned in July of '22?

A        Correct.

Q        What was the reason for leaving the Sheriff's Office?

A        My wife has MS and to have a better family life balance and help take care of her and my kids, I decided to work for Travelers Insurance.  I work from home, scheduled two days a week, and can help facilitate that.

Q        What do you do for Travelers?

20

Q        And it's kind of --

A        Horrible, yeah.

Q        They both mean the same thing. They're both, you know, portable and mobile. But it's my understanding that the mobile --

A        In the car.

Q        -- is what's referred to as the radio in the car.

A        Yes, ma'am.

Q        The portable being the one on your person?

A        Yes, ma'am.

Q        It seems like we could have come up with better names, but that's not my job.

Once you moved outside of the County, what was your practice for marking 1041?

A        When I got to the county line, I would mark on duty.

Q        Where would you cross the county line?

A        It was different every day. Just out of precaution, I would go different ways to work to avoid people getting used to any routine just for safety reasons.

Q        How long would it take you to

travel from your home in Henrico to headquarters?

A        Approximately 30 minutes.

Q        How long would it take you from when you crossed the county line to get to headquarters?

A        Approximately 25 minutes.

Q        And I talk about going to headquarters.  Where were you traveling to to start your shift?

A        So for Patrol day shift, evenings, and midnights, I would leave my residence and then go to the office in the basement where roll call took place.

The only difference is with Safe Streets, we didn't have an in-person briefing.  We were just supposed to be in our area assigned that day, so we would go to that area by a specific time.

Q        So you would be expected to report to your area of assignment by your 8:00 a.m. shift start?

A        Correct.

Q        How would you receive your area assignment when you were in Safe Streets?

A        Normally by e-mail or messages from the supervisor.

24

Q        All right.  So when you lived in Henrico, which was since 2011, you would travel to the county line and then mark 1041 once you crossed the county line?

A        Correct.

Q        And you said it was about 25 minute for you to get to headquarters from the county line?

A        Approximately, yes, ma'am.

Q        Okay.  And then in 2021 you moved to Safe Streets.  At that time you were not starting your shift at headquarters; is that correct?

A        No.  Our shift started when your area was reached.

Q        Okay.  And the area sounds like it would vary depending on the day?

A        Correct.

Q        All parts of the county?

A        Correct.

Q        So let's talk about prior to Safe Streets.  What was your understanding of when you needed to be at roll call?

A        For what shift?

Q        Just --

A        In general?

47

been marked onto the system when you were not working?

A        You said the 21st?

Q        Yes, sir.

A        On 12:25:30, that's 12:25 p.m.?

Q        Yes, sir.  So looks like 12:25 to 4:02.

A        I couldn't tell you specifically, no, ma'am, unless it was -- does this account for marking to off-duty assignments that you are aware of?

Q        So this is what CAD has, so it's everything logged with CAD and then, obviously, your time sheet has all of your time entries?

A        So the 21st could have been a day that I was working an off-duty assignment, which would not obviously be on my County payroll.  And I wouldn't be scheduled to work, but I would be working as a contracted employee, whether it be for King's Dominion, Memorial Regional Hospital, or any other contracts that the County had.

Q        Okay.  How would you be compensated for your off-duty assignments?

A        We would be paid by the contractor who was hiring us at the time.

48

Q      So even though you were not on duty for the Sheriff, you would still mark 1041 with dispatch?

A      Correct.

Q      Why was that?

A      For safety reasons.  And, also, if you were working off-duty at the hospital and a call for service comes up at the hospital, the expectation as not only an employee of Sheriff's Office, but also at the hospital, that you respond and assist.

Q      Someone gets wild and crazy in the ED --

A      You're sitting there and someone punches someone and then realizes there's a cop sitting there, you have to do something.

Q      If something happened at the hospital while you were on an off-duty assignment, would dispatch dispatch it to the off-duty deputy or would you observe and say, "I've got this"?

A      Could you repeat one more time so I make sure I understand correctly?

Q      And it may not have been a very good question.

So you are working an off-duty

49

assignment at Memorial Regional.  A call comes into dispatch for an altercation.  Is dispatch sending that call to the off-duty officer to handle?  Or is the off-duty officer hearing the traffic and saying, "I've got this"?

A          It could be either.

Q          Either, okay.

A          Just for example, other than the -- King's Dominion, if you are working off-duty at King's Dominion, all the calls for service are going to go to the off-duty units at King's Dominion that day.

Q          Okay.  Would you have typical off-duty assignments that you worked?

A          That I regularly received?

Q          Yes, sir.

A          Yes, ma'am.

Q          What would those be?

A          King's Dominion.  Memorial Regional Hospital.  The ABC headquarters, we worked at that.  The power plant in Doswell was a pretty common one.

Quite frequently you will see on my time sheet DMV Grant.  Those are through the Sheriff's Office, but technically they are not your

50

typical assignment.  VDOT Assistance, so if they were repaving, we would assist them on those.

And then during October, it's pretty frequent to do like the haunted hay rides, like at Ashland Berry Farm and a couple other ones. And then the bike races that would come through the County, like you had that big bike race that came through the county a few years ago, there was a lot of off-duty associated with that.

Q        How would you receive an off-duty assignment?

A        Early in my career, there was a piece of paper like this on a board.  You would go and put your name, what you were interested in.  And the lieutenant who was in charge of sign-up would just go down and highlight people's names and then you would receive the assignment.

Towards the end of my career, there was an app on your phone.  You would go and select the dates you were available and wanted assignments, and it would, quote-unquote, randomly select who got the assignments.

Q        So although the format changed, the process was the deputies would indicate an interest for an off-duty assignment and there may be

51

more people signing up than there are slots?

A          Yes, ma'am.

Q          And so somehow the deputies were selected to work?

A          Correct.

Q          Okay.  And you mentioned -- let's look at Exhibit 2.  You mentioned DMV Grant.  There were a couple of entries on here.

So if we look at May 3, which is on page 1 of Exhibit 2, it says Communications BI and it's an hour entry.

A          Background investigation.

Q          What would that be?

A          So the Sheriff's Office would have officers do backgrounds.  And when Communications was in the process of hiring, they would use some of the Sheriff's Office background investigators to do backgrounds on prospects that they were interested in hiring for Communications.

Q          So this would be kind of an extra -- I don't want to say shift, but an extra assignment that you could pick up?

A          Yes, ma'am.

Q          Because it looks like it's outside of your typical work hours?