DEFENDANT'S EXHIBIT ___16___

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

_____

CHRISTOPHER HATCHER,
INDIVIDUALLY ON BEHALF OF
HIMSELF, AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED,

               Plaintiff,

v.               Civil Action No.: 3:21-cv-00325-MHL

THE COUNTY OF HANOVER, VIRGINIA,

               Defendant.

_____

VIDEOTAPED DEPOSITION OF CHRISTOPHER RYAN PAYNE

February 14, 2025

Richmond, Virginia

HALASZ REPORTING & VIDEO

1011 E. Main Street, Suite 100
Richmond, Virginia 23219
www.HalaszReporting.com (804)708-0025
Reported by: Lori McCoin Jones, RPR, CCR

statute of limitations.  So I'm going to ask you some questions.

In May -- on May 15, 2021, where were you living?

A.    May 15, 2021, I believe I was living at Mill Trace Apartments.

Q.    And in Mechanicsville?

A.    Yes.

Q.    And if you were asked to go to a roll call, where would you go?

A.    I would have gone to the Hanover County government complex to the Hanover County Sheriff's Office building.

Q.    And how long would that trip take from Mill Trace Apartments to the Hanover County government complex typically?

A.    Potentially 15 to 20 minutes.

Q.    During this timeframe starting in May 15th of 2021, what was your recollection of your typical day in terms of what shift were you on, first of all?

A.    At that time, I was on the Safe Streets Unit.

Q.    All right.  Let's go back then and get where you were starting in 2015.  Beginning in September, you were on evening shift.  How long did you remain on evening shift?

27

functions in that beat.

Q.    Okay.  What were they?

A.    Responding to calls for service, conducting traffic stops, assisting motorists who were involved in motor vehicle collisions or whose vehicle had broken down, handling any sort of telephone calls, responding to different community events at the direction of the county or the sheriff, and assisting other deputies within their neighboring beats when needed.

Q.    Did you run radar at -- during this timeframe on -- in that beat?

A.    I believe my vehicle was equipped with radar.

Q.    And was just patrolling part of what you did too, just being visible?

A.    Yes.

Q.    Okay.  After that 11 months, what was your next shift or next assignment?

A.    The Safe Streets Unit.

Q.    So if we go forward 11 months, that's approximately July or June of 2015 -- or 2016?

A.    I believe it was 2016.  I'm not certain what month it would have been.

Q.    And how long did you remain on the Safe Streets Unit?

A.    Until December of 2021.

28

Q.    Okay.  So from June of 2016 or whenever, June, July, whatever period of time it was in 2016 until your last day of December 16th of 2021, you were on the Safe Streets Unit?

A.    From the time when I transferred from evening shift to the Safe Streets Unit, I remained on that unit until December of 2021.

Q.    Okay.  Tell me what the Safe Streets Unit is.

A.    It is a -- I believe it's referred to as an interdiction unit.

Q.    What does the word interdiction mean?

A.    I'm not certain.  I don't have a dictionary in front of me, sir.

Q.    What was the duties of the Safe Streets Unit which was an interdiction unit?

A.    To conduct traffic stops, to assist other deputies in the area with motor vehicle collisions, to conduct investigations, to attempt to seize narcotics, attempt to locate individuals with outstanding warrants, to serve outstanding warrants, and to respond to different community events.

Q.    You mentioned this phrase community events. What -- what does that mean?  What do you mean by that? You mentioned both with respect to your evening shift work and with respect to the -- to the Safe Streets Unit.  What

39

Q.    With respect to the Safe Streets Unit, were there beats within that unit that different officers would be assigned to?

A.    I wouldn't classify it as a beat, but there would be an area where the supervisor indicated for those officers to be in the area of.

Q.    And what was your understanding of how those areas were designated or how many of the areas were there? Kind of give me a description of what we're talking about, if you could.

A.    There was the area of Route 360, sometimes they had patrols on Route 1, sometimes they had patrols on Route 33, and that was about it.  My understanding of those from the supervision was they wanted you in -- in that designated area proactively conducting activities no later than the start of your shift at eight a.m.

Q.    What does proactively mean?

A.    That was a proactive unit with a high emphasis on conducting traffic stops.  So they wanted you primarily to be visible in that area trying to conduct traffic stops at the start of that eight a.m. hour.

Q.    How many officers were in the Safe Streets Unit?

A.    It varied, usually around five, five to six.

Q.    Who were the other members, again, in this time

58

Q.    And you were supposed to mark on before the shift started, right?

A.    You were supposed to be in your assigned work area prior to the eight o'clock start time.

Q.    And you were also supposed to mark on your radio before the shift started, correct?

A.    Normally, yes.

Q.    Okay.  And the reason was so that the dispatch would know that you were on duty and available for calls?

A.    The Safe Streets Unit was not one that was primarily dispatched to calls.  It was a proactive unit. So they were normally exempt from getting, like you said, dispatched to a call.

Q.    Okay.  So you -- even on your way into the office, you were a member of the Safe Streets Unit, so they were not dispatching you to calls on your way to work, were they?

A.    They would sometimes based on the proximity of where my vehicle was located.  If I was the closest unit, they would ask, normally via the radio or an MDT message, if we were able to go there and either handle the call or assist.

Q.    And can you think of any specific instance where that ever occurred?

A.    Not specifically, no.