DEFENDANT'S EXHIBIT 17

**Hatcher v. The County of Hanover, Virginia**

**B. Waverly Carroll**

| | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 1 | 5/4/2020 | 8:00 | - | - |
| 2 | 5/5/2021 | 8:00 | - | - |
| 3 | 5/6/2021 | 8:00 | - | - |
| 4 | 5/7/2021 | 8:00 | 7:45 | 15 |
| 5 | 5/11/2021 | 8:00 | 7:38 | 22 |
| 6 | 5/12/2021 | 8:00 | 11:55 | -235 |
| 7 | 5/13/2021 | 8:00 | 7:54 | 6 |
| 8 | 5/14/2021 | 8:00 | 7:32 | 28 |
| 9 | 5/18/2021 | 8:00 | 7:39 | 21 |
| 10 | 5/19/2021 | 8:00 | 7:52 | 8 |
| 11 | 5/20/2021 | 8:00 | 7:41 | 19 |
| 12 | 5/21/2021 | 8:00 | 7:41 | 19 |
| 13 | 5/25/2021 | 8:00 | 7:38 | 22 |
| 14 | 5/26/2021 | 8:00 | 7:51 | 9 |
| 15 | 5/27/2021 | 8:00 | 7:42 | 18 |
| 16 | 5/28/2021 | 8:00 | - | - |
| 17 | 6/1/2021 | 8:00 | 7:39 | 21 |
| 18 | 6/2/2021 | 8:00 | 7:56 | 4 |
| 19 | 6/3/2021 | 8:00 | 7:40 | 20 |
| 20 | 6/4/2021 | 10:00 | 9:54 | 6 |
| 21 | 6/8/2021 | 8:00 | 7:59 | 1 |
| 22 | 6/9/2021 | 8:00 | - | - |
| 23 | 6/10/2021 | 8:00 | 7:48 | 12 |
| 24 | 6/11/2021 | 8:00 | 7:50 | 10 |
| 25 | 6/15/2021 | 8:00 | 6:15 | 85 |
| 26 | 6/16/2021 | 8:00 | 7:32 | 28 |
| 27 | 6/17/2021 | 8:00 | 7:59 | 1 |
| 28 | 6/18/2021 | 8:00 | 7:59 | 1 |
| 29 | 6/22/2021 | 8:00 | 7:58 | 2 |
| 30 | 6/23/2021 | 8:00 | 7:59 | 1 |
| 31 | 6/24/2021 | 8:00 | - | - |
| 32 | 6/25/2021 | 8:00 | 7:58 | 2 |
| 33 | 6/29/2021 | 8:00 | 7:59 | 1 |
| 34 | 6/30/2021 | 8:00 | 7:58 | 2 |
| 35 | 7/1/2021 | 8:00 | 7:59 | 1 |
| 36 | 7/2/2021 | 8:00 | 7:57 | 3 |
| 37 | 7/6/2021 | 8:00 | 7:56 | 4 |
| 38 | 7/7/2021 | 8:00 | 7:39 | 21 |
| 39 | 7/8/2021 | 8:00 | 7:56 | 4 |

**Hatcher v. The County of Hanover, Virginia**
**B. Waverly Carroll**

|  | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 40 | 7/9/2021 | 8:00 | 7:52 | 8 |
| 41 | 7/11/2021 | 18:00 | 17:32 | 28 |
| 42 | 7/13/2021 | 8:00 | 7:55 | 5 |
| 43 | 7/14/2021 | 8:00 | 15:11 | -431 |
| 44 | 7/15/2021 | 8:00 | 7:59 | 1 |
| 45 | 7/16/2021 | 8:00 | 7:00 | 60 |
| 46 | 7/20/2021 | 8:00 | 7:59 | 1 |
| 47 | 7/21/2021 | 8:00 | 7:59 | 1 |
| 48 | 7/22/2021 | 8:00 | 7:41 | 19 |
| 49 | 7/23/2021 | 8:00 | 7:53 | 7 |
| 50 | 7/27/2021 | 8:00 | 7:46 | 14 |
| 51 | 7/28/2021 | 8:00 | 7:59 | 1 |
| 52 | 7/29/2021 | 8:00 | 16:21 | -501 |
| 53 | 7/30/2021 | 8:00 | 8:00 | 0 |
| 54 | 8/10/2021 | 8:00 | 7:58 | 2 |
| 55 | 8/11/2021 | 9:00 | 7:55 | 5 |
| 56 | 8/12/2021 | 8:00 | 7:59 | 1 |
| 57 | 8/13/2021 | 8:00 | 7:53 | 7 |
| 58 | 8/18/2021 | 8:00 | 15:46 | -466 |
| 59 | 8/19/2021 | 8:00 | 7:06 | 54 |
| 60 | 20-Aug | 8:00 | 7:17 | 43 |
| 61 | 8/24/2021 | 8:00 | 7:59 | 1 |
| 62 | 8/25/2021 | 8:00 | 7:47 | 13 |
| 63 | 8/26/2021 | 8:00 | 7:07 | 53 |
| 64 | 8/27/2021 | 8:00 | 7:07 | 53 |
| 65 | 8/31/2021 | 8:00 | 7:45 | 15 |
| 66 | 9/1/2021 | 8:00 | - | - |
| 67 | 9/2/2021 | 8:00 | 7:57 | 3 |
| 68 | 9/3/2021 | 8:00 | 7:59 | 1 |
| 69 | 9/7/2021 | 8:00 | 7:59 | 1 |
| 70 | 9/8/2021 | 8:00 | 7:53 | 7 |
| 71 | 9/9/2021 | 8:00 | 7:53 | 7 |
| 72 | 9/10/2021 | 8:00 | 6:59 | 61 |
| 73 | 9/11/2021 | 18:00 | 17:47 | 13 |
| 74 | 9/14/2021 | 8:00 | 7:57 | 3 |
| 75 | 9/15/2021 | 8:00 | 7:58 | 2 |
| 76 | 9/16/2021 | 8:00 | 7:23 | 37 |
| 77 | 9/17/2021 | 8:00 | 7:58 | 2 |
| 78 | 9/18/2021 | 21:00 | 20:57 | 3 |

**Hatcher v. The County of Hanover, Virginia**
**B. Waverly Carroll**

|  | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 79 | 9/21/2021 | 8:00 | 15:07 | -427 |
| 80 | 9/22/2021 | 8:00 | 7:52 | 8 |
| 81 | 9/23/2021 | 8:00 | 6:35 | 85 |
| 82 | 9/24/2021 | 8:00 | 7:49 | 11 |
| 83 | 9/27/2021 | 8:00 | - | - |
| 84 | 9/28/2021 | 9:00 | 8:02 | 58 |
| 85 | 9/29/2021 | 8:00 | 5:37 | 143 |
| 86 | 9/30/2021 | 8:00 | - | - |
| 87 | 10/1/2021 | 8:00 | - | - |
| 88 | 10/8/2021 | 8:00 | 7:51 | 9 |
| 89 | 10/12/2021 | 8:00 | 7:59 | 1 |
| 90 | 10/13/2021 | 8:00 | 7:58 | 2 |
| 91 | 10/14/2021 | 8:00 | 8:34 | -34 |
| 92 | 10/15/2021 | 8:00 | 7:59 | 1 |
| 93 | 10/20/2021 | 8:00 | 7:56 | 4 |
| 94 | 10/21/2021 | 8:00 | 7:55 | 5 |
| 95 | 10/22/2021 | 8:00 | 7:43 | 17 |
| 96 | 10/26/2021 | 8:00 | 7:29 | 31 |
| 97 | 10/27/2021 | 8:00 | 7:56 | 4 |
| 98 | 10/28/2021 | 8:00 | 7:38 | 22 |
| 99 | 10/29/2021 | 8:00 | 6:09 | 111 |
| 100 | 11/2/2021 | 8:00 | 8:06 | -6 |
| 101 | 11/3/2021 | 8:00 | 7:59 | 1 |
| 102 | 11/4/2021 | 8:00 | 6:04 | 116 |
| 103 | 11/5/2021 | 8:00 | 7:59 | 1 |
| 104 | 11/9/2021 | 8:00 | 7:52 | 8 |
| 105 | 11/10/2021 | 8:00 | 7:57 | 3 |
| 106 | 11/11/2021 | 8:00 | 7:59 | 1 |
| 107 | 11/12/2021 | 8:00 | - | - |
| 108 | 11/16/2021 | 8:00 | 7:48 | 12 |
| 109 | 11/17/2021 | 8:00 | 7:58 | 2 |
| 110 | 11/18/2021 | 8:00 | 7:59 | 1 |
| 111 | 11/19/2021 | 8:00 | 8:03 | -3 |
| 112 | 11/20/2021 | 8:00 | - | - |
| 113 | 11/23/2021 | 8:00 | 8:07 | -7 |
| 114 | 11/25/2021 | 8:00 | - | - |
| 115 | 11/26/2021 | 8:00 | 8:15 | -15 |
| 116 | 11/30/2021 | 18:00 | 17:57 | 3 |
| 117 | 12/1/2021 | 8:00 | 7:53 | 7 |

**Hatcher v. The County of Hanover, Virginia**
**B. Waverly Carroll**

|  | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 118 | 12/2/2021 | 8:00 | 7:56 | 4 |
| 119 | 12/3/2021 | 8:00 | 7:25 | 35 |
| 120 | 12/5/2021 | 8:00 | 7:58 | 2 |
| 121 | 12/22/2021 | 8:00 | 6:59 | 61 |
| 122 | 12/23/2021 | 8:00 | 7:56 | 4 |
| 123 | 12/24/2021 | 8:00 | - | - |
| 124 | 12/28/2021 | 8:00 | 7:48 | 12 |
| 125 | 12/29/2021 | 8:00 | 7:44 | 16 |
| 126 | 12/30/1931 | 8:00 | 7:48 | 12 |
| 127 | 12/31/2021 | 8:00 | - | - |
| 128 | 1/4/2022 | 8:00 | - | - |
| 129 | 1/18/2022 | 8:00 | 7:54 | 6 |
| 130 | 1/19/2022 | 8:00 | 7:09 | 51 |
| 131 | 1/20/2022 | 8:00 | 7:57 | 3 |
| 132 | 1/21/2022 | 8:00 | 8:21 | -21 |
| 133 | 1/26/2022 | 8:00 | 7:41 | 19 |
| 134 | 1/27/2022 | 12:00 | 5:41 | 379 |
| 135 | 1/28/2022 | 8:00 | 7:55 | 5 |
| 136 | 2/1/2022 | 8:00 | 7:58 | 2 |
| 137 | 2/2/2022 | 8:00 | - | - |
| 138 | 2/3/2022 | 8:00 | 7:44 | 16 |
| 139 | 2/4/2022 | 8:00 | 7:43 | 17 |
| 140 | 2/8/2022 | 8:00 | - | - |
| 141 | 2/9/2022 | 8:00 | - | - |
| 142 | 2/10/2022 | 8:00 | - | - |
| 143 | 2/11/2022 | 8:00 | 8:58 | -58 |
| 144 | 2/14/2022 | 8:00 | - | - |
| 145 | 2/15/2022 | 8:00 | 7:58 | 2 |
| 146 | 2/16/2022 | 8:00 | 7:55 | 5 |
| 147 | 2/17/2022 | 8:00 | 7:53 | 17 |
| 148 | 2/22/2022 | 8:00 | 7:56 | 4 |
| 149 | 2/23/2022 | 8:00 | 7:58 | 2 |
| 150 | 2/24/2022 | 8:00 | 7:56 | 4 |
| 151 | 2/25/2022 | 8:00 | 8:00 | 0 |
| 152 | 3/2/2022 | 8:00 | 14:30 | -390 |
| 153 | 3/3/2022 | 8:00 | 7:34 | 26 |
| 154 | 3/4/2022 | 8:00 | 6:29 | 91 |
| 155 | 3/8/2022 | 8:00 | 7:53 | 7 |
| 156 | 3/9/2022 | 8:00 | 7:15 | 45 |

**Hatcher v. The County of Hanover, Virginia**
**B. Waverly Carroll**

|  | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 157 | 3/10/2022 | 8:00 | 7:55 | 5 |
| 158 | 3/11/2022 | 8:00 | 7:53 | 7 |
| 159 | 3/14/2022 | 12:00 | 11:58 | 2 |
| 160 | 3/15/2022 | 8:00 | 7:53 | 7 |
| 161 | 3/16/2022 | 8:00 | 7:53 | 7 |
| 162 | 3/17/2022 | 8:00 | 7:09 | 51 |
| 163 | 3/18/2022 | 8:00 | 7:32 | 28 |
| 164 | 3/21/2022 | 8:00 | - | - |
| 165 | 3/22/2022 | 8:00 | 7:56 | 4 |
| 166 | 3/23/2022 | 12:00 | 5:36 | 384 |
| 167 | 3/24/2022 | 8:00 | 7:02 | 58 |
| 168 | 3/27/2022 | 9:00 | 8:59 | 1 |
| 169 | 3/29/2022 | 8:00 | - | - |
| 170 | 3/30/2022 | 8:00 | 8:44 | -44 |
| 171 | 3/31/2022 | 8:00 | - | - |
| 172 | 4/1/2022 | 8:00 | - | - |
| 173 | 4/12/2022 | 8:00 | 7:57 | 3 |
| 174 | 4/13/2022 | 8:00 | 7:51 | 9 |
| 175 | 4/14/2022 | 8:00 | 7:53 | 7 |
| 176 | 4/19/2022 | 8:00 | 7:59 | 1 |
| 177 | 4/20/2022 | 8:00 | - | - |
| 178 | 4/21/2022 | 8:00 | 7:56 | 4 |
| 179 | 4/22/2022 | 8:00 | 7:57 | 3 |
| 180 | 4/26/2022 | 8:00 | 7:49 | 11 |
| 181 | 4/27/2022 | 8:00 | 7:53 | 7 |
| 182 | 4/28/2022 | 8:00 | 7:49 | 11 |
| 183 | 4/29/2022 | 8:00 | 7:48 | 12 |
| 184 | 4/30/2022 | 5:30 | - | - |
| 185 | 5/3/2022 | 8:00 | 7:47 | 13 |
| 186 | 5/4/2022 | 8:00 | 7:57 | 3 |
| 187 | 5/5/2022 | 8:00 | 7:57 | 3 |
| 188 | 5/10/2022 | 8:00 | 7:58 | 2 |
| 189 | 5/11/2022 | 8:00 | 5:48 | 132 |
| 190 | 5/12/2022 | 8:00 | 7:51 | 9 |
| 191 | 5/13/2022 | 8:00 | 7:57 | 3 |
| 192 | 5/17/2022 | 8:00 | 7:54 | 6 |
| 193 | 5/18/2022 | 8:00 | 5:43 | 137 |
| 194 | 5/19/2022 | 8:00 | 7:58 | 2 |
| 195 | 5/20/2022 | 8:00 | 7:50 | 10 |

**Hatcher v. The County of Hanover, Virginia**
**B. Waverly Carroll**

|  | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 196 | 5/24/2022 | 8:00 | 7:05 | 2 |
| 197 | 5/25/2022 | 8:00 | 7:56 | 4 |
| 198 | 5/27/2022 | 8:00 | 16:45 | -525 |
| 199 | 5/31/2022 | 7:30 | 7:16 | 14 |
| 200 | 6/1/2022 | 7:30 | 7:17 | 13 |
| 201 | 6/2/2022 | 7:30 | 7:57 | -27 |
| 202 | 6/3/2022 | 7:30 | 7:22 | 8 |
| 203 | 6/6/2022 | 7:30 | 7:14 | 16 |
| 204 | 6/7/2022 | 7:30 | 7:29 | 1 |
| 205 | 6/8/2022 | 7:30 | 5:52 | 98 |
| 206 | 6/9/2022 | 7:30 | 7:30 | 0 |
| 207 | 6/10/2022 | 7:30 | 7:25 | 5 |
| 208 | 6/14/2022 | 7:30 | 7:24 | 6 |
| 209 | 6/15/2022 | 7:30 | - | - |
| 210 | 6/16/2022 | 7:30 | 7:24 | 6 |
| 211 | 6/20/2022 | 7:30 | 17:46 | -646 |
| 212 | 6/21/2022 | 7:30 | 8:05 | -35 |
| 213 | 6/22/2022 | 7:30 | 18:23 | -683 |
| 214 | 6/23/2022 | 7:30 | 19:57 | -777 |

**"Mark On" 10 min. or less before shift start**

Hatcher v. The County of Hanover, Virginia
B. Waverly Carroll

|  | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 7 | 5/13/2021 | 8:00 | 7:54 | 6 |
| 10 | 5/19/2021 | 8:00 | 7:52 | 8 |
| 14 | 5/26/2021 | 8:00 | 7:51 | 9 |
| 18 | 6/2/2021 | 8:00 | 7:56 | 4 |
| 20 | 6/4/2021 | 10:00 | 9:54 | 6 |
| 21 | 6/8/2021 | 8:00 | 7:59 | 1 |
| 24 | 6/11/2021 | 8:00 | 7:50 | 10 |
| 27 | 6/17/2021 | 8:00 | 7:59 | 1 |
| 28 | 6/18/2021 | 8:00 | 7:59 | 1 |
| 29 | 6/22/2021 | 8:00 | 7:58 | 2 |
| 30 | 6/23/2021 | 8:00 | 7:59 | 1 |
| 32 | 6/25/2021 | 8:00 | 7:58 | 2 |
| 33 | 6/29/2021 | 8:00 | 7:59 | 1 |
| 34 | 6/30/2021 | 8:00 | 7:58 | 2 |
| 35 | 7/1/2021 | 8:00 | 7:59 | 1 |
| 36 | 7/2/2021 | 8:00 | 7:57 | 3 |
| 37 | 7/6/2021 | 8:00 | 7:56 | 4 |
| 39 | 7/8/2021 | 8:00 | 7:56 | 4 |
| 40 | 7/9/2021 | 8:00 | 7:52 | 8 |
| 42 | 7/13/2021 | 8:00 | 7:55 | 5 |
| 44 | 7/15/2021 | 8:00 | 7:59 | 1 |
| 46 | 7/20/2021 | 8:00 | 7:59 | 1 |
| 47 | 7/21/2021 | 8:00 | 7:59 | 1 |
| 49 | 7/23/2021 | 8:00 | 7:53 | 7 |
| 51 | 7/28/2021 | 8:00 | 7:59 | 1 |
| 54 | 8/10/2021 | 8:00 | 7:58 | 2 |
| 55 | 8/11/2021 | 9:00 | 7:55 | 5 |
| 56 | 8/12/2021 | 8:00 | 7:59 | 1 |
| 57 | 8/13/2021 | 8:00 | 7:53 | 7 |
| 61 | 8/24/2021 | 8:00 | 7:59 | 1 |
| 67 | 9/2/2021 | 8:00 | 7:57 | 3 |
| 68 | 9/3/2021 | 8:00 | 7:59 | 1 |
| 69 | 9/7/2021 | 8:00 | 7:59 | 1 |
| 70 | 9/8/2021 | 8:00 | 7:53 | 7 |
| 71 | 9/9/2021 | 8:00 | 7:53 | 7 |
| 74 | 9/14/2021 | 8:00 | 7:57 | 3 |
| 75 | 9/15/2021 | 8:00 | 7:58 | 2 |
| 77 | 9/17/2021 | 8:00 | 7:58 | 2 |
| 78 | 9/18/2021 | 21:00 | 20:57 | 3 |

1

**Hatcher v. The County of Hanover, Virginia**
**B. Waverly Carroll**

| | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 80 | 9/22/2021 | 8:00 | 7:52 | 8 |
| 88 | 10/8/2021 | 8:00 | 7:51 | 9 |
| 89 | 10/12/2021 | 8:00 | 7:59 | 1 |
| 90 | 10/13/2021 | 8:00 | 7:58 | 2 |
| 92 | 10/15/2021 | 8:00 | 7:59 | 1 |
| 93 | 10/20/2021 | 8:00 | 7:56 | 4 |
| 94 | 10/21/2021 | 8:00 | 7:55 | 5 |
| 97 | 10/27/2021 | 8:00 | 7:56 | 4 |
| 101 | 11/3/2021 | 8:00 | 7:59 | 1 |
| 103 | 11/5/2021 | 8:00 | 7:59 | 1 |
| 104 | 11/9/2021 | 8:00 | 7:52 | 8 |
| 105 | 11/10/2021 | 8:00 | 7:57 | 3 |
| 106 | 11/11/2021 | 8:00 | 7:59 | 1 |
| 109 | 11/17/2021 | 8:00 | 7:58 | 2 |
| 110 | 11/18/2021 | 8:00 | 7:59 | 1 |
| 116 | 11/30/2021 | 18:00 | 17:57 | 3 |
| 117 | 12/1/2021 | 8:00 | 7:53 | 7 |
| 118 | 12/2/2021 | 8:00 | 7:56 | 4 |
| 120 | 12/5/2021 | 8:00 | 7:58 | 2 |
| 122 | 12/23/2021 | 8:00 | 7:56 | 4 |
| 129 | 1/18/2022 | 8:00 | 7:54 | 6 |
| 131 | 1/20/2022 | 8:00 | 7:57 | 3 |
| 135 | 1/28/2022 | 8:00 | 7:55 | 5 |
| 136 | 2/1/2022 | 8:00 | 7:58 | 2 |
| 145 | 2/15/2022 | 8:00 | 7:58 | 2 |
| 146 | 2/16/2022 | 8:00 | 7:55 | 5 |
| 148 | 2/22/2022 | 8:00 | 7:56 | 4 |
| 149 | 2/23/2022 | 8:00 | 7:58 | 2 |
| 150 | 2/24/2022 | 8:00 | 7:56 | 4 |
| 155 | 3/8/2022 | 8:00 | 7:53 | 7 |
| 157 | 3/10/2022 | 8:00 | 7:55 | 5 |
| 158 | 3/11/2022 | 8:00 | 7:53 | 7 |
| 159 | 3/14/2022 | 12:00 | 11:58 | 2 |
| 160 | 3/15/2022 | 8:00 | 7:53 | 7 |
| 161 | 3/16/2022 | 8:00 | 7:53 | 7 |
| 165 | 3/22/2022 | 8:00 | 7:56 | 4 |
| 168 | 3/27/2022 | 9:00 | 8:59 | 1 |
| 173 | 4/12/2022 | 8:00 | 7:57 | 3 |
| 174 | 4/13/2022 | 8:00 | 7:51 | 9 |

2

**Hatcher v. The County of Hanover, Virginia**

**B. Waverly Carroll**

|  | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 175 | 4/14/2022 | 8:00 | 7:53 | 7 |
| 176 | 4/19/2022 | 8:00 | 7:59 | 1 |
| 178 | 4/21/2022 | 8:00 | 7:56 | 4 |
| 179 | 4/22/2022 | 8:00 | 7:57 | 3 |
| 181 | 4/27/2022 | 8:00 | 7:53 | 7 |
| 186 | 5/4/2022 | 8:00 | 7:57 | 3 |
| 187 | 5/5/2022 | 8:00 | 7:57 | 3 |
| 188 | 5/10/2022 | 8:00 | 7:58 | 2 |
| 190 | 5/12/2022 | 8:00 | 7:51 | 9 |
| 191 | 5/13/2022 | 8:00 | 7:57 | 3 |
| 192 | 5/17/2022 | 8:00 | 7:54 | 6 |
| 194 | 5/19/2022 | 8:00 | 7:58 | 2 |
| 195 | 5/20/2022 | 8:00 | 7:50 | 10 |
| 196 | 5/24/2022 | 8:00 | 7:05 | 2 |
| 197 | 5/25/2022 | 8:00 | 7:56 | 4 |
| 202 | 6/3/2022 | 7:30 | 7:22 | 8 |
| 204 | 6/7/2022 | 7:30 | 7:29 | 1 |
| 207 | 6/10/2022 | 7:30 | 7:25 | 5 |
| 208 | 6/14/2022 | 7:30 | 7:24 | 6 |
| 210 | 6/16/2022 | 7:30 | 7:24 | 6 |

No "mark on"

**Hatcher v. The County of Hanover, Virginia**
**B. Waverly Carroll**

| | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 1 | 5/4/2020 | 8:00 | - | - |
| 2 | 5/5/2021 | 8:00 | - | - |
| 3 | 5/6/2021 | 8:00 | - | - |
| 16 | 5/28/2021 | 8:00 | - | - |
| 22 | 6/9/2021 | 8:00 | - | - |
| 31 | 6/24/2021 | 8:00 | - | - |
| 66 | 9/1/2021 | 8:00 | - | - |
| 83 | 9/27/2021 | 8:00 | - | - |
| 86 | 9/30/2021 | 8:00 | - | - |
| 87 | 10/1/2021 | 8:00 | - | - |
| 107 | 11/12/2021 | 8:00 | - | - |
| 112 | 11/20/2021 | 8:00 | - | - |
| 114 | 11/25/2021 | 8:00 | - | - |
| 123 | 12/24/2021 | 8:00 | - | - |
| 127 | 12/31/2021 | 8:00 | - | - |
| 128 | 1/4/2022 | 8:00 | - | - |
| 137 | 2/2/2022 | 8:00 | - | - |
| 140 | 2/8/2022 | 8:00 | - | - |
| 141 | 2/9/2022 | 8:00 | - | - |
| 142 | 2/10/2022 | 8:00 | - | - |
| 144 | 2/14/2022 | 8:00 | - | - |
| 164 | 3/21/2022 | 8:00 | - | - |
| 169 | 3/29/2022 | 8:00 | - | - |
| 171 | 3/31/2022 | 8:00 | - | - |
| 172 | 4/1/2022 | 8:00 | - | - |
| 177 | 4/20/2022 | 8:00 | - | - |
| 184 | 4/30/2022 | 5:30 | - | - |
| 209 | 6/15/2022 | 7:30 | - | - |

**"Mark on" after shift start**

**Hatcher v. The County of Hanover, Virginia**

**B. Waverly Carroll**

|  | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 6 | 5/12/2021 | 8:00 | 11:55 | -235 |
| 43 | 7/14/2021 | 8:00 | 15:11 | -431 |
| 52 | 7/29/2021 | 8:00 | 16:21 | -501 |
| 58 | 8/18/2021 | 8:00 | 15:46 | -466 |
| 79 | 9/21/2021 | 8:00 | 15:07 | -427 |
| 91 | 10/14/2021 | 8:00 | 8:34 | -34 |
| 100 | 11/2/2021 | 8:00 | 8:06 | -6 |
| 111 | 11/19/2021 | 8:00 | 8:03 | -3 |
| 113 | 11/23/2021 | 8:00 | 8:07 | -7 |
| 115 | 11/26/2021 | 8:00 | 8:15 | -15 |
| 132 | 1/21/2022 | 8:00 | 8:21 | -21 |
| 143 | 2/11/2022 | 8:00 | 8:58 | -58 |
| 152 | 3/2/2022 | 8:00 | 14:30 | -390 |
| 170 | 3/30/2022 | 8:00 | 8:44 | -44 |
| 198 | 5/27/2022 | 8:00 | 16:45 | -525 |
| 201 | 6/2/2022 | 7:30 | 7:57 | -27 |
| 211 | 6/20/2022 | 7:30 | 17:46 | -646 |
| 212 | 6/21/2022 | 7:30 | 8:05 | -35 |
| 213 | 6/22/2022 | 7:30 | 18:23 | -683 |
| 214 | 6/23/2022 | 7:30 | 19:57 | -777 |

1

**"Mark on" at shift start**

**Hatcher v. The County of Hanover, Virginia**
**B. Waverly Carroll**

|  | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 53 | 7/30/2021 | 8:00 | 8:00 | 0 |
| 151 | 2/25/2022 | 8:00 | 8:00 | 0 |
| 206 | 6/9/2022 | 7:30 | 7:30 | 0 |

1