DEFENDANT'S
EXHIBIT
18

### Hatcher v. The County of Hanover, Virginia
### C. Ryan Payne

| | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 1 | 5/1/2021 | 16:00 | 15:45 | 15 |
| 2 | 5/2/2021 | 10:00 | - | - |
| 3 | 5/3/2021 | 11:00 | 15:33 | -273 |
| 4 | 5/4/2021 | 8:00 | 8:01 | -1 |
| 5 | 5/5/2021 | 6:00 | 7:37 | -97 |
| 6 | 5/10/2021 | 12:00 | - | - |
| 7 | 5/11/2021 | 8:00 | 7:36 | 24 |
| 8 | 5/12/2021 | 8:00 | 8:05 | -5 |
| 9 | 5/13/2021 | 8:00 | 15:22 | -444 |
| 10 | 5/14/2021 | 8:00 | 7:47 | 13 |
| 11 | 5/15/2021 | 19:00 | 18:31 | 29 |
| 12 | 5/18/2021 | 9:00 | 7:47 | 13 |
| 13 | 5/19/2021 | 8:00 | 7:52 | 8 |
| 14 | 5/20/2021 | 8:00 | 7:43 | 17 |
| 15 | 5/21/2021 | 8:00 | 7:58 | 2 |
| 16 | 5/22/2021 | 19:00 | 18:25 | 35 |
| 17 | 5/25/2021 | 8:00 | 8:03 | -3 |
| 18 | 5/26/2021 | 8:00 | 7:59 | -1 |
| 19 | 5/27/2021 | 8:00 | 7:48 | 12 |
| 20 | 5/28/2021 | 19:00 | 18:35 | 25 |
| 21 | 5/29/2021 | 19:00 | 18:38 | 22 |
| 22 | 5/30/2021 | 10:00 | 9:55 | 5 |
| 23 | 6/1/2021 | 8:00 | 8:00 | 0 |
| 24 | 6/2/2021 | 8:00 | 8:02 | -2 |
| 25 | 6/3/2021 | 8:00 | 7:49 | 11 |
| 26 | 6/4/2021 | 8:00 | 8:00 | 0 |
| 27 | 6/8/2021 | 8:00 | 7:56 | 4 |
| 28 | 6/9/2021 | 8:00 | 7:51 | 9 |
| 29 | 6/10/2021 | 8:00 | 7:46 | 14 |
| 30 | 6/11/2021 | 8:00 | 8:02 | -2 |
| 31 | 6/12/2021 | 20:00 | 19:33 | 27 |
| 32 | 6/15/2021 | 8:00 | 6:11 | 109 |
| 33 | 6/16/2021 | 8:00 | 17:34 | -574 |
| 34 | 6/17/2021 | 8:00 | 7:03 | 57 |
| 35 | 6/18/2021 | 8:00 | - | - |
| 36 | 6/22/2021 | 8:00 | - | - |
| 37 | 6/23/2021 | 8:00 | - | - |
| 38 | 6/24/2021 | 8:00 | - | - |
| 39 | 6/25/2021 | 8:00 | 7:48 | 12 |

**Hatcher v. The County of Hanover, Virginia**
**C. Ryan Payne**

| | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 40 | 6/26/2021 | 19:00 | 18:57 | 3 |
| 41 | 6/29/2021 | 8:00 | 8:08 | -8 |
| 42 | 6/30/2021 | 8:00 | 7:38 | 22 |
| 43 | 7/1/2021 | 8:00 | 8:06 | -6 |
| 44 | 7/2/2021 | 8:00 | 8:08 | -8 |
| 45 | 7/6/2021 | 8:00 | 8:00 | 0 |
| 46 | 7/7/2021 | 8:00 | 7:59 | 1 |
| 47 | 7/8/2021 | 8:00 | 7:56 | 4 |
| 48 | 7/9/2021 | 8:00 | 7:46 | 14 |
| 49 | 7/10/2021 | 8:00 | 19:51 | -711 |
| 50 | 7/13/2021 | 8:00 | 7:56 | 4 |
| 51 | 7/14/2021 | 8:00 | 7:54 | 6 |
| 52 | 7/15/2021 | 8:00 | 7:57 | 3 |
| 53 | 7/16/2021 | 8:00 | 8:00 | 0 |
| 54 | 7/20/2021 | 8:00 | - | - |
| 55 | 7/21/2021 | 8:00 | - | - |
| 56 | 7/27/2021 | 8:00 | - | - |
| 57 | 7/28/2021 | 8:00 | - | - |
| 58 | 7/29/2021 | 8:00 | - | - |
| 59 | 7/30/2021 | 20:00 | 19:46 | 14 |
| 60 | 7/31/2021 | 20:00 | 19:52 | 8 |
| 61 | 8/3/2021 | 8:00 | 7:57 | 3 |
| 62 | 8/4/2021 | 8:00 | 7:58 | 2 |
| 63 | 8/5/2021 | 8:00 | 8:00 | 0 |
| 64 | 8/6/2021 | 19:00 | 18:47 | 13 |
| 65 | 8/9/2021 | 10:00 | - | - |
| 66 | 8/10/2021 | 8:00 | 7:38 | 22 |
| 67 | 8/11/2021 | 8:00 | 7:59 | 1 |
| 68 | 8/12/2021 | 8:00 | 7:55 | 5 |
| 69 | 8/13/2021 | 8:00 | 7:44 | 16 |
| 70 | 8/14/2021 | 19:00 | 18:18 | 42 |
| 71 | 8/17/2021 | 8:00 | - | - |
| 72 | 8/18/2021 | 8:00 | 15:51 | -471 |
| 73 | 8/19/2021 | 8:00 | 7:56 | 4 |
| 74 | 8/20/2021 | 8:00 | 7:58 | 2 |
| 75 | 8/24/2021 | 8:00 | 7:58 | 2 |
| 76 | 8/25/2021 | 8:00 | 8:00 | 0 |
| 77 | 8/26/2021 | 8:00 | 7:57 | 3 |
| 78 | 8/27/2021 | 8:00 | 10:00 | -120 |

**Hatcher v. The County of Hanover, Virginia**

**C. Ryan Payne**

|  | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 79 | 8/28/2021 | 8:00 | 19:49 | -709 |
| 80 | 8/31/2021 | 8:00 | 8:26 | -26 |
| 81 | 9/1/2021 | 8:00 | - | - |
| 82 | 9/2/2021 | 8:00 | 20:34 | -754 |
| 83 | 9/3/2021 | 8:00 | 8:48 | -48 |
| 84 | 9/7/2021 | 8:00 | 7:45 | 15 |
| 85 | 9/8/2021 | 8:00 | 7:53 | 7 |
| 86 | 9/9/2021 | 8:00 | 7:46 | 14 |
| 87 | 9/10/2021 | 8:00 | 7:55 | 5 |
| 88 | 9/11/2021 | 20:00 | 19:35 | 25 |
| 89 | 9/14/2021 | 8:00 | 10:06 | -126 |
| 90 | 9/15/2021 | 8:00 | 7:58 | 2 |
| 91 | 9/16/2021 | 8:00 | 7:39 | 21 |
| 92 | 9/20/2021 | 8:00 | 16:04 | -484 |
| 93 | 9/21/2021 | 8:00 | 8:06 | -6 |
| 94 | 9/22/2021 | 8:00 | 14:42 | -402 |
| 95 | 9/23/2021 | 8:00 | 7:43 | 17 |
| 96 | 9/24/2021 | 8:00 | 9:40 | 100 |
| 97 | 9/25/2021 | 16:00 | 15:38 | 22 |
| 98 | 9/28/2021 | 12:00 | - | - |
| 99 | 9/29/2021 | 8:00 | - | - |
| 100 | 9/30/2021 | 8:00 | - | - |
| 101 | 10/4/2021 | 13:00 | - | - |
| 102 | 10/5/2021 | 9:00 | 11:27 | -147 |
| 103 | 10/6/2021 | 8:00 | 8:00 | 0 |
| 104 | 10/7/2021 | 14:00 | 13:44 | 16 |
| 105 | 10/8/2021 | 8:00 | 7:56 | 4 |
| 106 | 10/9/2021 | 21:00 | 19:26 | 94 |
| 107 | 10/12/2021 | 8:00 | - | - |
| 108 | 10/13/2021 | 8:00 | 7:53 | 7 |
| 109 | 10/14/2021 | 8:00 | 7:54 | 6 |
| 110 | 10/15/2021 | 8:00 | 10:24 | -144 |
| 111 | 10/16/2021 | 19:00 | 18:56 | 4 |
| 112 | 10/19/2021 | 8:00 | 7:59 | 1 |
| 113 | 10/20/2021 | 8:00 | 7:59 | 1 |
| 114 | 10/21/2021 | 8:00 | 7:54 | 6 |
| 115 | 10/22/2021 | 8:00 | 10:00 | -120 |
| 116 | 10/26/2021 | 8:00 | 7:49 | 11 |
| 117 | 10/27/2021 | 8:00 | 7:57 | 3 |

**Hatcher v. The County of Hanover, Virginia**

**C. Ryan Payne**

| | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 118 | 10/28/2021 | 8:00 | 7:45 | 15 |
| 119 | 10/29/2021 | 8:00 | 9:48 | -108 |
| 120 | 11/2/2021 | 8:00 | 7:57 | 3 |
| 121 | 11/3/2021 | 8:00 | 7:56 | 4 |
| 122 | 11/4/2021 | 8:00 | 6:33 | 87 |
| 123 | 11/9/2021 | 20:00 | 19:43 | 17 |
| 124 | 11/9/2021 | 8:00 | 7:52 | 8 |
| 125 | 11/10/2021 | 8:00 | 7:53 | 7 |
| 126 | 11/11/2021 | 8:00 | 7:43 | 17 |
| 127 | 11/12/2021 | 8:00 | - | - |
| 128 | 11/15/2021 | 8:00 | - | - |
| 129 | 11/16/2021 | 9:00 | 10:24 | -84 |
| 130 | 11/17/2021 | 12:00 | - | - |
| 131 | 11/18/2021 | 8:00 | - | - |
| 132 | 11/19/2021 | 8:00 | 16:05 | -485 |
| 133 | 11/23/2021 | 8:00 | - | - |
| 134 | 11/24/2021 | 8:00 | 7:57 | 3 |
| 135 | 11/25/2021 | 8:00 | - | - |
| 136 | 11/26/2021 | 19:00 | 18:52 | 8 |
| 137 | 11/30/2021 | 8:00 | 7:56 | 4 |
| 138 | 12/1/2021 | 8:00 | 7:59 | 1 |
| 139 | 12/2/2021 | 8:00 | 7:42 | 18 |
| 140 | 12/3/2021 | 8:00 | 7:34 | 26 |
| 141 | 12/7/2021 | 8:00 | - | - |
| 142 | 12/8/2021 | 8:00 | - | - |
| 143 | 12/9/2021 | 8:00 | - | - |
| 144 | 12/10/2021 | 8:00 | - | - |
| 145 | 12/14/2021 | 8:00 | - | - |
| 146 | 12/15/2021 | 8:00 | - | - |
| 147 | 12/16/2021 | 8:00 | - | - |

<u>Hatcher v. The County of Hanover, Virginia</u>
C. Ryan Payne

| | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 13 | 5/19/2021 | 8:00 | 7:52 | 8 |
| 15 | 5/21/2021 | 8:00 | 7:58 | 2 |
| 22 | 5/30/2021 | 10:00 | 9:55 | 5 |
| 27 | 6/8/2021 | 8:00 | 7:56 | 4 |
| 28 | 6/9/2021 | 8:00 | 7:51 | 9 |
| 40 | 6/26/2021 | 19:00 | 18:57 | 3 |
| 46 | 7/7/2021 | 8:00 | 7:59 | 1 |
| 47 | 7/8/2021 | 8:00 | 7:56 | 4 |
| 50 | 7/13/2021 | 8:00 | 7:56 | 4 |
| 51 | 7/14/2021 | 8:00 | 7:54 | 6 |
| 52 | 7/15/2021 | 8:00 | 7:57 | 3 |
| 60 | 7/31/2021 | 20:00 | 19:52 | 8 |
| 61 | 8/3/2021 | 8:00 | 7:57 | 3 |
| 62 | 8/4/2021 | 8:00 | 7:58 | 2 |
| 67 | 8/11/2021 | 8:00 | 7:59 | 1 |
| 68 | 8/12/2021 | 8:00 | 7:55 | 5 |
| 73 | 8/19/2021 | 8:00 | 7:56 | 4 |
| 74 | 8/20/2021 | 8:00 | 7:58 | 2 |
| 75 | 8/24/2021 | 8:00 | 7:58 | 2 |
| 77 | 8/26/2021 | 8:00 | 7:57 | 3 |
| 85 | 9/8/2021 | 8:00 | 7:53 | 7 |
| 87 | 9/10/2021 | 8:00 | 7:55 | 5 |
| 90 | 9/15/2021 | 8:00 | 7:58 | 2 |
| 105 | 10/8/2021 | 8:00 | 7:56 | 4 |
| 108 | 10/13/2021 | 8:00 | 7:53 | 7 |
| 109 | 10/14/2021 | 8:00 | 7:54 | 6 |
| 111 | 10/16/2021 | 19:00 | 18:56 | 4 |
| 112 | 10/19/2021 | 8:00 | 7:59 | 1 |
| 113 | 10/20/2021 | 8:00 | 7:59 | 1 |
| 114 | 10/21/2021 | 8:00 | 7:54 | 6 |
| 117 | 10/27/2021 | 8:00 | 7:57 | 3 |
| 120 | 11/2/2021 | 8:00 | 7:57 | 3 |
| 121 | 11/3/2021 | 8:00 | 7:56 | 4 |
| 124 | 11/9/2021 | 8:00 | 7:52 | 8 |
| 125 | 11/10/2021 | 8:00 | 7:53 | 7 |
| 134 | 11/24/2021 | 8:00 | 7:57 | 3 |
| 136 | 11/26/2021 | 19:00 | 18:52 | 8 |
| 137 | 11/30/2021 | 8:00 | 7:56 | 4 |
| 138 | 12/1/2021 | 8:00 | 7:59 | 1 |

1

**Hatcher v. The County of Hanover, Virginia**

**C. Ryan Payne**

|  | **Shift Start Date** | **Shift Start Time** | **First "10-41" of the Day** | **Minutes Between First "10-41" and Shift Start** |
|---|---|---|---|---|
| 2 | 5/2/2021 | 10:00 | - | - |
| 6 | 5/10/2021 | 12:00 | - | - |
| 35 | 6/18/2021 | 8:00 | - | - |
| 36 | 6/22/2021 | 8:00 | - | - |
| 37 | 6/23/2021 | 8:00 | - | - |
| 38 | 6/24/2021 | 8:00 | - | - |
| 54 | 7/20/2021 | 8:00 | - | - |
| 55 | 7/21/2021 | 8:00 | - | - |
| 56 | 7/27/2021 | 8:00 | - | - |
| 57 | 7/28/2021 | 8:00 | - | - |
| 58 | 7/29/2021 | 8:00 | - | - |
| 65 | 8/9/2021 | 10:00 | - | - |
| 71 | 8/17/2021 | 8:00 | - | - |
| 81 | 9/1/2021 | 8:00 | - | - |
| 98 | 9/28/2021 | 12:00 | - | - |
| 99 | 9/29/2021 | 8:00 | - | - |
| 100 | 9/30/2021 | 8:00 | - | - |
| 101 | 10/4/2021 | 13:00 | - | - |
| 107 | 10/12/2021 | 8:00 | - | - |
| 127 | 11/12/2021 | 8:00 | - | - |
| 128 | 11/15/2021 | 8:00 | - | - |
| 130 | 11/17/2021 | 12:00 | - | - |
| 131 | 11/18/2021 | 8:00 | - | - |
| 133 | 11/23/2021 | 8:00 | - | - |
| 135 | 11/25/2021 | 8:00 | - | - |
| 141 | 12/7/2021 | 8:00 | - | - |
| 142 | 12/8/2021 | 8:00 | - | - |
| 143 | 12/9/2021 | 8:00 | - | - |
| 144 | 12/10/2021 | 8:00 | - | - |
| 145 | 12/14/2021 | 8:00 | - | - |
| 146 | 12/15/2021 | 8:00 | - | - |
| 147 | 12/16/2021 | 8:00 | - | - |

**"Mark on" after shift start** **Hatcher v. The County of Hanover, Virginia**
C. Ryan Payne

|  | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 3 | 5/3/2021 | 11:00 | 15:33 | -273 |
| 4 | 5/4/2021 | 8:00 | 8:01 | -1 |
| 5 | 5/5/2021 | 6:00 | 7:37 | -97 |
| 8 | 5/12/2021 | 8:00 | 8:05 | -5 |
| 9 | 5/13/2021 | 8:00 | 15:22 | -444 |
| 17 | 5/25/2021 | 8:00 | 8:03 | -3 |
| 18 | 5/26/2021 | 8:00 | 7:59 | -1 |
| 24 | 6/2/2021 | 8:00 | 8:02 | -2 |
| 30 | 6/11/2021 | 8:00 | 8:02 | -2 |
| 33 | 6/16/2021 | 8:00 | 17:34 | -574 |
| 41 | 6/29/2021 | 8:00 | 8:08 | -8 |
| 43 | 7/1/2021 | 8:00 | 8:06 | -6 |
| 44 | 7/2/2021 | 8:00 | 8:08 | -8 |
| 49 | 7/10/2021 | 8:00 | 19:51 | -711 |
| 72 | 8/18/2021 | 8:00 | 15:51 | -471 |
| 78 | 8/27/2021 | 8:00 | 10:00 | -120 |
| 79 | 8/28/2021 | 8:00 | 19:49 | -709 |
| 80 | 8/31/2021 | 8:00 | 8:26 | -26 |
| 82 | 9/2/2021 | 8:00 | 20:34 | -754 |
| 83 | 9/3/2021 | 8:00 | 8:48 | -48 |
| 89 | 9/14/2021 | 8:00 | 10:06 | -126 |
| 92 | 9/20/2021 | 8:00 | 16:04 | -484 |
| 93 | 9/21/2021 | 8:00 | 8:06 | -6 |
| 94 | 9/22/2021 | 8:00 | 14:42 | -402 |
| 102 | 10/5/2021 | 9:00 | 11:27 | -147 |
| 110 | 10/15/2021 | 8:00 | 10:24 | -144 |
| 115 | 10/22/2021 | 8:00 | 10:00 | -120 |
| 119 | 10/29/2021 | 8:00 | 9:48 | -108 |
| 129 | 11/16/2021 | 9:00 | 10:24 | -84 |
| 132 | 11/19/2021 | 8:00 | 16:05 | -485 |

**C. Ryan Payne**

|  | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 23 | 6/1/2021 | 8:00 | 8:00 | 0 |
| 26 | 6/4/2021 | 8:00 | 8:00 | 0 |
| 45 | 7/6/2021 | 8:00 | 8:00 | 0 |
| 53 | 7/16/2021 | 8:00 | 8:00 | 0 |
| 63 | 8/5/2021 | 8:00 | 8:00 | 0 |
| 76 | 8/25/2021 | 8:00 | 8:00 | 0 |
| 103 | 10/6/2021 | 8:00 | 8:00 | 0 |