DEFENDANT'S
EXHIBIT
**20**
_____

**Hatcher v. The County of Hanover, Virginia**
**Lowell Lantz**

|  | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 1 | 5/1/2021 | 5:30 | 5:23 | 7 |
| 2 | 5/2/2021 | 5:30 | 5:20 | 10 |
| 3 | 5/3/2021 | 5:30 | - | - |
| 4 | 5/8/2021 | 5:30 | 5:12 | 18 |
| 5 | 5/9/2021 | 5:30 | 5:09 | 21 |
| 6 | 5/10/2021 | 5:30 | 5:09 | 21 |
| 7 | 5/11/2021 | 5:30 | 5:05 | 25 |
| 8 | 5/12/2021 | 5:30 | 5:20 | 10 |
| 9 | 5/17/2021 | 5:30 | 5:18 | 12 |
| 10 | 5/18/2021 | 5:30 | 5:19 | 11 |
| 11 | 5/19/2021 | 5:30 | 5:08 | 22 |
| 12 | 5/20/2021 | 5:30 | 5:07 | 23 |
| 13 | 5/21/2021 | 5:30 | 5:14 | 16 |
| 14 | 5/26/2021 | 5:30 | - | - |
| 15 | 5/27/2021 | 5:30 | 5:36 | -6 |
| 16 | 5/28/2021 | 5:30 | 5:07 | 23 |
| 17 | 5/31/2021 | 5:30 | - | - |
| 18 | 6/3/2021 | 12:00 | - | - |
| 19 | 6/5/2021 | 5:30 | 5:03 | 27 |
| 20 | 6/6/2021 | 5:30 | 5:15 | 15 |
| 21 | 6/7/2021 | 5:30 | 5:04 | 26 |
| 22 | 6/8/2021 | 5:30 | 5:10 | 20 |
| 23 | 6/9/2021 | 5:30 | 5:09 | 21 |
| 24 | 6/10/2021 | 12:00 | 11:20 | 40 |
| 25 | 6/14/2021 | 5:30 | 5:00 | 30 |
| 26 | 6/15/2021 | 5:30 | 5:13 | 17 |
| 27 | 6/16/2021 | 5:30 | 5:07 | 23 |
| 28 | 6/17/2021 | 5:30 | 5:13 | 17 |
| 29 | 6/18/2021 | 5:30 | 4:57 | 33 |
| 30 | 6/19/2021 | 9:00 | - | - |
| 31 | 6/21/2021 | 17:00 | - | - |
| 32 | 6/28/2021 | 5:30 | - | - |
| 33 | 6/29/2021 | 8:00 | - | - |
| 34 | 6/30/2021 | 8:00 | - | - |
| 35 | 7/1/2021 | 13:00 | - | - |
| 36 | 7/2/2021 | 17:00 | - | - |
| 37 | 7/5/2021 | 17:00 | - | - |
| 38 | 7/6/2021 | 5:30 | 5:00 | 30 |
| 39 | 7/7/2021 | 5:30 | 5:00 | 30 |
| 40 | 7/12/2021 | 5:30 | 4:58 | 32 |

1

**Hatcher v. The County of Hanover, Virginia**
**Lowell Lantz**

|  | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 41 | 7/13/2021 | 5:30 | 5:04 | 26 |
| 42 | 7/14/2021 | 5:30 | 5:10 | 20 |
| 43 | 7/15/2021 | 5:30 | 5:18 | 12 |
| 44 | 7/16/2021 | 5:30 | 5:08 | 22 |
| 45 | 7/20/2021 | 10:30 | 10:17 | 13 |
| 46 | 7/22/2021 | 5:30 | 5:02 | 28 |
| 47 | 7/23/2021 | 5:30 | 5:06 | 24 |
| 48 | 7/24/2021 | 5:30 | 5:20 | 10 |
| 49 | 7/25/2021 | 5:30 | 5:19 | 11 |
| 50 | 7/26/2021 | 5:30 | - | - |
| 51 | 7/29/2021 | 17:00 | 16:49 | 11 |
| 52 | 8/3/2021 | 5:30 | 5:15 | 15 |
| 53 | 8/4/2021 | 5:30 | 5:20 | 10 |
| 54 | 8/9/2021 | 5:30 | 5:16 | 14 |
| 55 | 8/10/2021 | 5:30 | 5:14 | 16 |
| 56 | 8/11/2021 | 5:30 | 5:24 | 6 |
| 57 | 8/12/2021 | 5:30 | 5:19 | 11 |
| 58 | 8/13/2021 | 5:30 | 5:06 | 24 |
| 59 | 8/19/2021 | 8:00 | 7:27 | 33 |
| 60 | 8/20/2021 | 5:30 | 5:05 | 25 |
| 61 | 8/21/2021 | 5:30 | 5:17 | 13 |
| 62 | 8/22/2021 | 5:30 | 5:08 | 22 |
| 63 | 8/23/2021 | 5:30 | - | - |
| 64 | 8/28/2021 | 5:30 | 7:14 | -104 |
| 65 | 8/29/2021 | 4:00 | 3:41 | 19 |
| 66 | 8/30/2021 | 4:00 | 3:52 | 8 |
| 67 | 8/31/2021 | 5:30 | 5:15 | 15 |
| 68 | 9/3/2021 | 12:00 | - | - |
| 69 | 9/6/2021 | 5:30 | 5:07 | 23 |
| 70 | 9/7/2021 | 5:30 | 5:13 | 17 |
| 71 | 9/8/2021 | 5:30 | 7:21 | -111 |
| 72 | 9/9/2021 | 5:30 | 5:22 | 8 |
| 73 | 9/10/2021 | 5:30 | 5:20 | 10 |
| 74 | 9/15/2021 | 5:30 | - | - |
| 75 | 9/16/2021 | 5:30 | 5:08 | 22 |
| 76 | 9/17/2021 | 5:30 | 5:07 | 23 |
| 77 | 9/18/2021 | 5:30 | 5:21 | 9 |
| 78 | 9/19/2021 | 5:30 | 5:22 | 8 |
| 79 | 9/20/2021 | 5:30 | - | - |
| 80 | 9/21/2021 | 7:30 | - | - |

**Hatcher v. The County of Hanover, Virginia**
**Lowell Lantz**

|  | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 81 | 9/22/2021 | 10:30 | 10:20 | 10 |
| 82 | 9/25/2021 | 5:30 | 5:01 | 29 |
| 83 | 9/26/2021 | 5:30 | 5:23 | 7 |
| 84 | 9/27/2021 | 5:30 | 5:20 | 10 |
| 85 | 9/28/2021 | 5:30 | - | - |
| 86 | 9/29/2021 | 5:30 | - | - |
| 87 | 10/4/2021 | 5:30 | 5:11 | 19 |
| 88 | 10/5/2021 | 5:30 | 5:21 | 9 |
| 89 | 10/6/2021 | 5:30 | 5:23 | 7 |
| 90 | 10/7/2021 | 5:30 | 5:20 | 10 |
| 91 | 10/11/2021 | 12:00 | 11:16 | 44 |
| 92 | 10/14/2021 | 5:30 | 5:30 | 0 |
| 93 | 10/15/2021 | 5:30 | 5:21 | 9 |
| 94 | 10/16/2021 | 5:30 | 5:22 | 8 |
| 95 | 10/17/2021 | 5:30 | 5:26 | 4 |
| 96 | 10/18/2021 | 5:30 | - | - |
| 97 | 12/23/2021 | 8:00 | - | - |
| 98 | 12/24/2021 | 8:00 | - | - |
| 99 | 12/31/2021 | 8:00 | - | - |
| 100 | 1/3/2022 | 8:00 | - | - |
| 101 | 1/4/2022 | 8:00 | - | - |
| 102 | 1/5/2022 | 8:00 | - | - |
| 103 | 1/6/2022 | 8:00 | - | - |
| 104 | 1/7/2022 | 8:00 | - | - |
| 105 | 1/10/2022 | 8:00 | - | - |
| 106 | 1/11/2022 | 8:00 | - | - |
| 107 | 1/12/2022 | 8:00 | - | - |
| 108 | 1/13/2022 | 8:00 | - | - |
| 109 | 1/14/2022 | 8:00 | - | - |
| 110 | 1/17/2022 | 8:00 | 17:36 | -576 |
| 111 | 1/18/2022 | 5:30 | 5:04 | 26 |
| 112 | 1/19/2022 | 5:30 | 5:01 | 29 |
| 113 | 1/24/2022 | 5:30 | 5:01 | 29 |
| 114 | 1/25/2022 | 5:30 | 5:00 | 30 |
| 115 | 1/26/2022 | 5:30 | 5:13 | 17 |
| 116 | 1/27/2022 | 5:30 | 5:15 | 15 |
| 117 | 1/28/2022 | 5:30 | 5:14 | 16 |
| 118 | 2/3/2022 | 5:30 | 5:08 | 22 |
| 119 | 2/4/2022 | 5:30 | 4:53 | 37 |
| 120 | 2/5/2022 | 5:30 | 4:56 | 34 |

**Hatcher v. The County of Hanover, Virginia**
**Lowell Lantz**

| | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 121 | 2/6/2022 | 5:30 | 5:04 | 26 |
| 122 | 2/7/2022 | 5:30 | - | - |
| 123 | 2/12/2022 | 5:30 | 5:07 | 23 |
| 124 | 2/13/2023 | 5:30 | 5:11 | 19 |
| 125 | 2/15/2022 | 5:30 | 5:05 | 25 |
| 126 | 2/16/2022 | 5:30 | 5:12 | 18 |
| 127 | 2/21/2022 | 5:30 | 5:09 | 21 |
| 128 | 2/22/2022 | 5:30 | 5:08 | 22 |
| 129 | 2/23/2022 | 5:30 | 5:02 | 28 |
| 130 | 2/24/2022 | 5:30 | 5:12 | 18 |
| 131 | 2/25/2022 | 5:30 | - | - |
| 132 | 3/3/2022 | 5:30 | 4:51 | 39 |
| 133 | 3/4/2022 | 5:30 | 5:09 | 21 |
| 134 | 3/5/2022 | 5:30 | 5:11 | 19 |
| 135 | 3/6/2022 | 5:30 | - | - |
| 136 | 3/7/2022 | 5:30 | - | - |
| 137 | 3/12/2022 | 5:30 | - | - |
| 138 | 3/14/2022 | 5:30 | 5:01 | 29 |
| 139 | 3/15/2022 | 5:30 | 5:12 | 18 |
| 140 | 3/16/2022 | 5:30 | 5:15 | 15 |
| 141 | 3/21/2022 | 5:30 | 5:05 | 25 |
| 142 | 3/22/2022 | 5:30 | 5:04 | 26 |
| 143 | 3/23/2022 | 5:30 | 5:11 | 19 |
| 144 | 3/24/2022 | 5:30 | 5:17 | 13 |
| 145 | 3/25/2022 | 5:30 | 5:22 | 8 |
| 146 | 3/30/2022 | 5:30 | - | - |
| 147 | 3/31/2022 | 5:30 | 4:57 | 33 |
| 148 | 4/1/2022 | 5:30 | 5:09 | 21 |
| 149 | 4/2/2022 | 5:30 | 5:03 | 27 |
| 150 | 4/3/2022 | 5:30 | 5:13 | 17 |
| 151 | 4/4/2022 | 5:30 | - | - |
| 152 | 4/5/2022 | 14:00 | - | - |
| 153 | 4/6/2022 | 14:00 | - | - |
| 154 | 4/7/2022 | 10:00 | - | - |
| 155 | 4/8/2022 | 9:00 | - | - |
| 156 | 4/9/2022 | 5:30 | 5:09 | 21 |
| 157 | 4/10/2022 | 5:30 | 5:13 | 17 |
| 158 | 4/11/2022 | 5:30 | 4:57 | 33 |
| 159 | 4/12/2022 | 17:00 | - | - |
| 160 | 4/14/2022 | 9:00 | - | - |

**Hatcher v. The County of Hanover, Virginia**
**Lowell Lantz**

| | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 161 | 4/16/2022 | 9:00 | - | - |
| 162 | 4/18/2022 | 17:00 | - | - |
| 163 | 4/19/2022 | 16:30 | - | - |
| 164 | 4/20/2022 | 5:30 | 5:10 | 20 |
| 165 | 4/21/2022 | 5:30 | 5:13 | 17 |
| 166 | 4/22/2022 | 5:30 | 5:17 | 13 |
| 167 | 4/28/2022 | 5:30 | 5:01 | 29 |
| 168 | 4/29/2022 | 5:30 | 5:06 | 24 |
| 169 | 4/30/2022 | 5:30 | 5:18 | 12 |
| 170 | 5/1/2022 | 5:30 | 5:16 | 14 |
| 171 | 5/2/2022 | 5:30 | - | - |
| 172 | 5/4/2022 | 8:00 | - | - |
| 173 | 5/7/2022 | 5:30 | 5:09 | 21 |
| 174 | 5/8/2022 | 5:30 | 5:17 | 13 |
| 175 | 5/9/2022 | 5:30 | 5:11 | 19 |
| 176 | 5/10/2022 | 5:30 | 5:17 | 13 |
| 177 | 5/11/2022 | 5:30 | 5:15 | 15 |
| 178 | 5/16/2022 | 5:30 | 4:53 | 37 |
| 179 | 5/17/2022 | 5:30 | 5:10 | 20 |
| 180 | 5/18/2022 | 5:30 | 5:24 | 6 |
| 181 | 5/19/2022 | 5:30 | 5:14 | 16 |
| 182 | 5/24/2022 | 5:30 | 5:13 | 17 |
| 183 | 5/27/2022 | 5:30 | 5:20 | 10 |
| 184 | 5/30/2022 | 5:30 | - | - |
| 185 | 6/1/2022 | 7:30 | 7:13 | 17 |
| 186 | 6/2/2022 | 7:30 | - | - |
| 187 | 6/3/2022 | 7:30 | - | - |
| 188 | 6/4/2022 | 5:30 | 5:18 | 12 |
| 189 | 6/5/2022 | 5:30 | 5:16 | 14 |
| 190 | 6/6/2022 | 5:30 | 5:05 | 25 |
| 191 | 6/7/2022 | 5:30 | 5:07 | 23 |
| 192 | 6/13/2022 | 5:30 | - | - |
| 193 | 6/14/2022 | 5:30 | 5:04 | 26 |
| 194 | 6/15/2022 | 5:30 | 5:06 | 24 |
| 195 | 6/16/2022 | 5:30 | 5:22 | 8 |
| 196 | 6/17/2022 | 5:30 | 5:11 | 19 |
| 197 | 6/23/2022 | 5:30 | 5:05 | 25 |
| 198 | 6/24/2022 | 5:30 | 5:14 | 16 |
| 199 | 6/25/2022 | 5:30 | 5:16 | 14 |
| 200 | 6/26/2022 | 5:30 | 5:22 | 8 |

**Hatcher v. The County of Hanover, Virginia**
**Lowell Lantz**

|  | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 201 | 6/27/2022 | 5:30 | - | - |
| 202 | 7/11/2022 | 5:30 | 4:58 | 32 |
| 203 | 7/12/2022 | 5:30 | 5:09 | 21 |
| 204 | 7/13/2022 | 5:30 | 5:13 | 17 |
| 205 | 7/14/2022 | 5:30 | 5:08 | 22 |
| 206 | 7/15/2022 | 5:30 | 5:11 | 19 |
| 207 | 7/21/2022 | 11:00 | - | - |
| 208 | 7/23/2022 | 5:30 | 5:05 | 25 |
| 209 | 7/24/2022 | 5:30 | 5:08 | 22 |
| 210 | 7/25/2022 | 5:30 | - | - |
| 211 | 7/30/2022 | 5:30 | 5:03 | 27 |
| 212 | 7/31/2022 | 5:30 | 5:01 | 29 |
| 213 | 8/1/2022 | 5:30 | 5:04 | 26 |
| 214 | 8/2/2022 | 5:30 | 5:07 | 23 |
| 215 | 8/3/2022 | 5:30 | - | - |
| 216 | 8/8/2022 | 5:30 | 4:57 | 33 |
| 217 | 8/9/2022 | 5:30 | 4:51 | 39 |
| 218 | 8/10/2022 | 7:30 | 7:27 | 3 |
| 219 | 8/22/2022 | 5:30 | - | - |
| 220 | 8/30/2022 | 8:00 | 7:32 | 28 |
| 221 | 8/31/2022 | 8:00 | 7:20 | 40 |
| 222 | 9/1/2022 | 8:00 | 7:24 | 36 |
| 223 | 9/2/2022 | 8:00 | 17:00 | -540 |
| 224 | 9/5/2022 | 8:00 | - | - |
| 225 | 9/6/2022 | 8:00 | 6:49 | 71 |
| 226 | 9/7/2022 | 8:00 | 7:50 | 10 |
| 227 | 9/8/2022 | 8:00 | 7:47 | 13 |
| 228 | 9/9/2022 | 8:00 | 7:45 | 15 |
| 229 | 9/12/2022 | 8:00 | 7:42 | 18 |
| 230 | 9/13/2022 | 8:00 | 7:51 | 9 |
| 231 | 9/14/2022 | 8:00 | 7:54 | 6 |
| 232 | 9/15/2022 | 8:00 | 7:42 | 18 |
| 233 | 9/16/2022 | 8:00 | 7:49 | 11 |
| 234 | 9/19/2022 | 8:00 | 7:58 | 2 |
| 235 | 9/20/2022 | 8:00 | 7:54 | 6 |
| 236 | 9/21/2022 | 8:00 | 7:59 | 1 |
| 237 | 9/22/2022 | 8:00 | - | - |
| 238 | 9/23/2022 | 8:00 | 7:56 | 4 |
| 239 | 9/26/2022 | 8:00 | 8:02 | -2 |
| 240 | 9/27/2022 | 8:00 | 8:02 | -2 |

**Hatcher v. The County of Hanover, Virginia**
**Lowell Lantz**

|     | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
| --- | --- | --- | --- | --- |
| 241 | 9/28/2022 | 9:00 | 8:11 | -11 |
| 242 | 9/29/2022 | 8:00 | 8:00 | 0 |
| 243 | 9/30/2022 | 8:00 | 7:57 | 3 |
| 244 | 10/3/2022 | 8:00 | 8:01 | -1 |
| 245 | 10/4/2022 | 8:00 | 7:57 | 3 |
| 246 | 10/6/2022 | 8:00 | 8:05 | -5 |
| 247 | 10/7/2022 | 8:00 | - | - |
| 248 | 10/10/2022 | 8:00 | 7:59 | 1 |
| 249 | 10/11/2022 | 8:00 | 7:58 | 2 |
| 250 | 10/12/2022 | 8:00 | 7:55 | 5 |
| 251 | 10/13/2022 | 8:00 | 7:52 | 8 |
| 252 | 10/14/2022 | 8:00 | 7:54 | 6 |
| 253 | 10/17/2022 | 8:00 | 7:57 | 3 |
| 254 | 10/18/2022 | 8:00 | 8:04 | -4 |
| 255 | 10/19/2022 | 8:00 | 8:08 | -8 |
| 256 | 10/20/2022 | 8:00 | 8:06 | -6 |
| 257 | 10/24/2022 | 8:00 | 8:06 | -6 |
| 258 | 10/25/2022 | 8:00 | 8:02 | -2 |
| 259 | 10/26/2022 | 8:00 | 7:56 | 4 |
| 260 | 10/27/2022 | 8:00 | 8:07 | -7 |
| 261 | 10/28/2022 | 8:00 | 8:03 | -3 |
| 262 | 10/29/2022 | 8:00 | - | - |
| 263 | 10/30/2022 | 17:00 | 8:07 | 533 |
| 264 | 10/31/2022 | 8:00 | - | - |
| 265 | 11/2/2022 | 8:00 | 7:58 | 2 |
| 266 | 11/3/2022 | 8:00 | 7:57 | 3 |
| 267 | 11/5/2022 | 8:00 | - | - |
| 268 | 11/6/2022 | 8:00 | - | - |
| 269 | 11/7/2022 | 8:00 | - | - |
| 270 | 11/8/2022 | 8:00 | 10:19 | -139 |
| 271 | 11/9/2022 | 8:00 | 7:57 | 3 |
| 272 | 11/11/2022 | 8:00 | 7:38 | 22 |
| 273 | 11/12/2022 | 14:00 | - | - |
| 274 | 11/13/2022 | 17:00 | - | - |
| 275 | 11/14/2022 | 8:00 | 7:47 | 13 |
| 276 | 11/15/2022 | 8:00 | 7:43 | 17 |
| 277 | 11/16/2022 | 8:00 | 7:45 | 15 |
| 278 | 11/17/2022 | 8:00 | 7:16 | 44 |
| 279 | 11/18/2022 | 8:00 | 8:09 | -9 |
| 280 | 11/19/2022 | 9:00 | - | - |

**Hatcher v. The County of Hanover, Virginia**
**Lowell Lantz**

| | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 281 | 11/20/2022 | 10:00 | - | - |
| 282 | 11/21/2022 | 8:00 | 7:55 | 5 |
| 283 | 11/22/2022 | 8:00 | 7:51 | 9 |
| 284 | 11/23/2022 | 8:00 | - | - |
| 285 | 11/24/2022 | 8:00 | - | - |
| 286 | 11/25/2022 | 8:00 | - | - |
| 287 | 11/28/2022 | 8:00 | 7:50 | 10 |
| 288 | 11/29/2022 | 8:00 | 8:02 | -2 |
| 289 | 11/30/2022 | 8:00 | 8:02 | -2 |
| 290 | 12/1/2022 | 8:00 | 8:01 | -1 |
| 291 | 12/2/2022 | 8:00 | 7:55 | 5 |
| 292 | 12/6/2022 | 8:00 | 7:53 | 7 |
| 293 | 12/7/2022 | 8:00 | 7:54 | 6 |
| 294 | 12/8/2022 | 8:00 | 8:04 | -4 |
| 295 | 12/9/2022 | 8:00 | 8:09 | -9 |
| 296 | 12/12/2022 | 8:00 | 8:06 | -6 |
| 297 | 12/13/2022 | 8:00 | 8:05 | -5 |
| 298 | 12/14/2022 | 8:00 | 8:00 | 0 |
| 299 | 12/15/2022 | 8:00 | 8:01 | -1 |
| 300 | 12/16/2022 | 8:00 | 7:50 | 10 |
| 301 | 12/18/2022 | 9:00 | - | - |
| 302 | 12/19/2022 | 10:00 | - | - |
| 303 | 12/22/2022 | 8:00 | - | - |
| 304 | 12/23/2022 | 8:00 | - | - |
| 305 | 12/26/2022 | 8:00 | - | - |
| 306 | 12/30/2022 | 8:00 | - | - |
| 307 | 12/31/2022 | 8:00 | - | - |
| 308 | 1/2/2023 | 8:00 | 8:05 | -5 |
| 309 | 1/3/2023 | 8:00 | 11:57 | -237 |
| 310 | 1/4/2023 | 8:00 | 8:05 | -5 |
| 311 | 1/5/2023 | 8:00 | 8:09 | -9 |
| 312 | 1/6/2023 | 8:00 | 7:58 | 2 |
| 313 | 1/7/2023 | 9:00 | - | - |
| 314 | 1/8/2023 | 10:00 | - | - |
| 315 | 1/10/2023 | 8:00 | 7:52 | 8 |
| 316 | 1/11/2023 | 8:00 | 8:12 | -12 |
| 317 | 1/12/2023 | 8:00 | 8:07 | -7 |
| 318 | 1/13/2023 | 8:00 | 8:09 | -9 |
| 319 | 1/16/2023 | 8:00 | - | - |
| 320 | 1/17/2023 | 8:00 | 7:57 | 3 |

**Hatcher v. The County of Hanover, Virginia**
**Lowell Lantz**

|  | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 321 | 1/18/2023 | 8:00 | 7:55 | 5 |
| 322 | 1/19/2023 | 8:00 | - | - |
| 323 | 1/20/2023 | 8:00 | - | - |
| 324 | 1/23/2023 | 8:00 | - | - |
| 325 | 1/24/2023 | 8:00 | 7:55 | 5 |
| 326 | 1/27/2023 | 8:00 | - | - |
| 327 | 1/30/2023 | 8:00 | - | - |
| 328 | 1/31/2023 | 8:00 | 8:01 | -1 |
| 329 | 2/3/2023 | 8:00 | 8:09 | -9 |
| 330 | 2/6/2023 | 8:00 | 7:56 | 4 |
| 331 | 2/7/2023 | 8:00 | 7:58 | 2 |
| 332 | 2/8/2023 | 8:00 | 8:07 | -7 |
| 333 | 2/9/2023 | 8:00 | 7:27 | 33 |
| 334 | 2/10/2023 | 8:00 | 7:56 | 4 |
| 335 | 2/11/2023 | 8:00 | - | - |
| 336 | 2/14/2023 | 8:00 | 8:05 | -5 |
| 337 | 2/15/2023 | 8:00 | 8:03 | -3 |
| 338 | 2/16/2023 | 8:00 | 7:57 | 3 |
| 339 | 2/17/2023 | 8:00 | 7:54 | 6 |
| 340 | 2/20/2023 | 8:00 | - | - |

**"Mark On" 10 min. or less before shift start**

Hatcher v. The County of Hanover, Virginia
Lowell Lantz

|  | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 1 | 5/1/2021 | 5:30 | 5:23 | 7 |
| 2 | 5/2/2021 | 5:30 | 5:20 | 10 |
| 8 | 5/12/2021 | 5:30 | 5:20 | 10 |
| 48 | 7/24/2021 | 5:30 | 5:20 | 10 |
| 53 | 8/4/2021 | 5:30 | 5:20 | 10 |
| 56 | 8/11/2021 | 5:30 | 5:24 | 6 |
| 66 | 8/30/2021 | 4:00 | 3:52 | 8 |
| 72 | 9/9/2021 | 5:30 | 5:22 | 8 |
| 73 | 9/10/2021 | 5:30 | 5:20 | 10 |
| 77 | 9/18/2021 | 5:30 | 5:21 | 9 |
| 78 | 9/19/2021 | 5:30 | 5:22 | 8 |
| 81 | 9/22/2021 | 10:30 | 10:20 | 10 |
| 83 | 9/26/2021 | 5:30 | 5:23 | 7 |
| 84 | 9/27/2021 | 5:30 | 5:20 | 10 |
| 88 | 10/5/2021 | 5:30 | 5:21 | 9 |
| 89 | 10/6/2021 | 5:30 | 5:23 | 7 |
| 90 | 10/7/2021 | 5:30 | 5:20 | 10 |
| 93 | 10/15/2021 | 5:30 | 5:21 | 9 |
| 94 | 10/16/2021 | 5:30 | 5:22 | 8 |
| 95 | 10/17/2021 | 5:30 | 5:26 | 4 |
| 145 | 3/25/2022 | 5:30 | 5:22 | 8 |
| 180 | 5/18/2022 | 5:30 | 5:24 | 6 |
| 183 | 5/27/2022 | 5:30 | 5:20 | 10 |
| 195 | 6/16/2022 | 5:30 | 5:22 | 8 |
| 200 | 6/26/2022 | 5:30 | 5:22 | 8 |
| 218 | 8/10/2022 | 7:30 | 7:27 | 3 |
| 226 | 9/7/2022 | 8:00 | 7:50 | 10 |
| 230 | 9/13/2022 | 8:00 | 7:51 | 9 |
| 231 | 9/14/2022 | 8:00 | 7:54 | 6 |
| 234 | 9/19/2022 | 8:00 | 7:58 | 2 |
| 235 | 9/20/2022 | 8:00 | 7:54 | 6 |
| 236 | 9/21/2022 | 8:00 | 7:59 | 1 |
| 238 | 9/23/2022 | 8:00 | 7:56 | 4 |
| 243 | 9/30/2022 | 8:00 | 7:57 | 3 |
| 245 | 10/4/2022 | 8:00 | 7:57 | 3 |
| 248 | 10/10/2022 | 8:00 | 7:59 | 1 |
| 249 | 10/11/2022 | 8:00 | 7:58 | 2 |
| 250 | 10/12/2022 | 8:00 | 7:55 | 5 |
| 251 | 10/13/2022 | 8:00 | 7:52 | 8 |
| 252 | 10/14/2022 | 8:00 | 7:54 | 6 |

**Hatcher v. The County of Hanover, Virginia**
**Lowell Lantz**

|  | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 253 | 10/17/2022 | 8:00 | 7:57 | 3 |
| 259 | 10/26/2022 | 8:00 | 7:56 | 4 |
| 265 | 11/2/2022 | 8:00 | 7:58 | 2 |
| 266 | 11/3/2022 | 8:00 | 7:57 | 3 |
| 271 | 11/9/2022 | 8:00 | 7:57 | 3 |
| 282 | 11/21/2022 | 8:00 | 7:55 | 5 |
| 283 | 11/22/2022 | 8:00 | 7:51 | 9 |
| 287 | 11/28/2022 | 8:00 | 7:50 | 10 |
| 291 | 12/2/2022 | 8:00 | 7:55 | 5 |
| 292 | 12/6/2022 | 8:00 | 7:53 | 7 |
| 293 | 12/7/2022 | 8:00 | 7:54 | 6 |
| 300 | 12/16/2022 | 8:00 | 7:50 | 10 |
| 312 | 1/6/2023 | 8:00 | 7:58 | 2 |
| 315 | 1/10/2023 | 8:00 | 7:52 | 8 |
| 320 | 1/17/2023 | 8:00 | 7:57 | 3 |
| 321 | 1/18/2023 | 8:00 | 7:55 | 5 |
| 325 | 1/24/2023 | 8:00 | 7:55 | 5 |
| 330 | 2/6/2023 | 8:00 | 7:56 | 4 |
| 331 | 2/7/2023 | 8:00 | 7:58 | 2 |
| 334 | 2/10/2023 | 8:00 | 7:56 | 4 |
| 338 | 2/16/2023 | 8:00 | 7:57 | 3 |
| 339 | 2/17/2023 | 8:00 | 7:54 | 6 |

2

**Hatcher v. The County of Hanover, Virginia**
**Lowell Lantz**

|  | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 3 | 5/3/2021 | 5:30 | - | - |
| 14 | 5/26/2021 | 5:30 | - | - |
| 17 | 5/31/2021 | 5:30 | - | - |
| 18 | 6/3/2021 | 12:00 | - | - |
| 30 | 6/19/2021 | 9:00 | - | - |
| 31 | 6/21/2021 | 17:00 | - | - |
| 32 | 6/28/2021 | 5:30 | - | - |
| 33 | 6/29/2021 | 8:00 | - | - |
| 34 | 6/30/2021 | 8:00 | - | - |
| 35 | 7/1/2021 | 13:00 | - | - |
| 36 | 7/2/2021 | 17:00 | - | - |
| 37 | 7/5/2021 | 17:00 | - | - |
| 50 | 7/26/2021 | 5:30 | - | - |
| 63 | 8/23/2021 | 5:30 | - | - |
| 68 | 9/3/2021 | 12:00 | - | - |
| 74 | 9/15/2021 | 5:30 | - | - |
| 79 | 9/20/2021 | 5:30 | - | - |
| 80 | 9/21/2021 | 7:30 | - | - |
| 85 | 9/28/2021 | 5:30 | - | - |
| 86 | 9/29/2021 | 5:30 | - | - |
| 96 | 10/18/2021 | 5:30 | - | - |
| 97 | 12/23/2021 | 8:00 | - | - |
| 98 | 12/24/2021 | 8:00 | - | - |
| 99 | 12/31/2021 | 8:00 | - | - |
| 100 | 1/3/2022 | 8:00 | - | - |
| 101 | 1/4/2022 | 8:00 | - | - |
| 102 | 1/5/2022 | 8:00 | - | - |
| 103 | 1/6/2022 | 8:00 | - | - |
| 104 | 1/7/2022 | 8:00 | - | - |
| 105 | 1/10/2022 | 8:00 | - | - |
| 106 | 1/11/2022 | 8:00 | - | - |
| 107 | 1/12/2022 | 8:00 | - | - |
| 108 | 1/13/2022 | 8:00 | - | - |
| 109 | 1/14/2022 | 8:00 | - | - |
| 122 | 2/7/2022 | 5:30 | - | - |
| 131 | 2/25/2022 | 5:30 | - | - |
| 135 | 3/6/2022 | 5:30 | - | - |
| 136 | 3/7/2022 | 5:30 | - | - |
| 137 | 3/12/2022 | 5:30 | - | - |
| 146 | 3/30/2022 | 5:30 | - | - |

1

**Hatcher v. The County of Hanover, Virginia**
**Lowell Lantz**

| | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 151 | 4/4/2022 | 5:30 | - | - |
| 152 | 4/5/2022 | 14:00 | - | - |
| 153 | 4/6/2022 | 14:00 | - | - |
| 154 | 4/7/2022 | 10:00 | - | - |
| 155 | 4/8/2022 | 9:00 | - | - |
| 159 | 4/12/2022 | 17:00 | - | - |
| 160 | 4/14/2022 | 9:00 | - | - |
| 161 | 4/16/2022 | 9:00 | - | - |
| 162 | 4/18/2022 | 17:00 | - | - |
| 163 | 4/19/2022 | 16:30 | - | - |
| 171 | 5/2/2022 | 5:30 | - | - |
| 172 | 5/4/2022 | 8:00 | - | - |
| 184 | 5/30/2022 | 5:30 | - | - |
| 186 | 6/2/2022 | 7:30 | - | - |
| 187 | 6/3/2022 | 7:30 | - | - |
| 192 | 6/13/2022 | 5:30 | - | - |
| 201 | 6/27/2022 | 5:30 | - | - |
| 207 | 7/21/2022 | 11:00 | - | - |
| 210 | 7/25/2022 | 5:30 | - | - |
| 215 | 8/3/2022 | 5:30 | - | - |
| 219 | 8/22/2022 | 5:30 | - | - |
| 224 | 9/5/2022 | 8:00 | - | - |
| 237 | 9/22/2022 | 8:00 | - | - |
| 247 | 10/7/2022 | 8:00 | - | - |
| 262 | 10/29/2022 | 8:00 | - | - |
| 264 | 10/31/2022 | 8:00 | - | - |
| 267 | 11/5/2022 | 8:00 | - | - |
| 268 | 11/6/2022 | 8:00 | - | - |
| 269 | 11/7/2022 | 8:00 | - | - |
| 273 | 11/12/2022 | 14:00 | - | - |
| 274 | 11/13/2022 | 17:00 | - | - |
| 280 | 11/19/2022 | 9:00 | - | - |
| 281 | 11/20/2022 | 10:00 | - | - |
| 284 | 11/23/2022 | 8:00 | - | - |
| 285 | 11/24/2022 | 8:00 | - | - |
| 286 | 11/25/2022 | 8:00 | - | - |
| 301 | 12/18/2022 | 9:00 | - | - |
| 302 | 12/19/2022 | 10:00 | - | - |
| 303 | 12/22/2022 | 8:00 | - | - |
| 304 | 12/23/2022 | 8:00 | - | - |

2

**Hatcher v. The County of Hanover, Virginia**

**Lowell Lantz**

|  | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 305 | 12/26/2022 | 8:00 | - | - |
| 306 | 12/30/2022 | 8:00 | - | - |
| 307 | 12/31/2022 | 8:00 | - | - |
| 313 | 1/7/2023 | 9:00 | - | - |
| 314 | 1/8/2023 | 10:00 | - | - |
| 319 | 1/16/2023 | 8:00 | - | - |
| 322 | 1/19/2023 | 8:00 | - | - |
| 323 | 1/20/2023 | 8:00 | - | - |
| 324 | 1/23/2023 | 8:00 | - | - |
| 326 | 1/27/2023 | 8:00 | - | - |
| 327 | 1/30/2023 | 8:00 | - | - |
| 335 | 2/11/2023 | 8:00 | - | - |
| 340 | 2/20/2023 | 8:00 | - | - |

**"Mark on" after shift start**   **Hatcher v. The County of Hanover, Virginia**
**Lowell Lantz**

|  | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|---|---|---|---|---|
| 15 | 5/27/2021 | 5:30 | 5:36 | -6 |
| 64 | 8/28/2021 | 5:30 | 7:14 | -104 |
| 71 | 9/8/2021 | 5:30 | 7:21 | -111 |
| 110 | 1/17/2022 | 8:00 | 17:36 | -576 |
| 223 | 9/2/2022 | 8:00 | 17:00 | -540 |
| 239 | 9/26/2022 | 8:00 | 8:02 | -2 |
| 240 | 9/27/2022 | 8:00 | 8:02 | -2 |
| 241 | 9/28/2022 | 9:00 | 8:11 | -11 |
| 244 | 10/3/2022 | 8:00 | 8:01 | -1 |
| 246 | 10/6/2022 | 8:00 | 8:05 | -5 |
| 254 | 10/18/2022 | 8:00 | 8:04 | -4 |
| 255 | 10/19/2022 | 8:00 | 8:08 | -8 |
| 256 | 10/20/2022 | 8:00 | 8:06 | -6 |
| 257 | 10/24/2022 | 8:00 | 8:06 | -6 |
| 258 | 10/25/2022 | 8:00 | 8:02 | -2 |
| 260 | 10/27/2022 | 8:00 | 8:07 | -7 |
| 261 | 10/28/2022 | 8:00 | 8:03 | -3 |
| 270 | 11/8/2022 | 8:00 | 10:19 | -139 |
| 279 | 11/18/2022 | 8:00 | 8:09 | -9 |
| 288 | 11/29/2022 | 8:00 | 8:02 | -2 |
| 289 | 11/30/2022 | 8:00 | 8:02 | -2 |
| 290 | 12/1/2022 | 8:00 | 8:01 | -1 |
| 294 | 12/8/2022 | 8:00 | 8:04 | -4 |
| 295 | 12/9/2022 | 8:00 | 8:09 | -9 |
| 296 | 12/12/2022 | 8:00 | 8:06 | -6 |
| 297 | 12/13/2022 | 8:00 | 8:05 | -5 |
| 299 | 12/15/2022 | 8:00 | 8:01 | -1 |
| 308 | 1/2/2023 | 8:00 | 8:05 | -5 |
| 309 | 1/3/2023 | 8:00 | 11:57 | -237 |
| 310 | 1/4/2023 | 8:00 | 8:05 | -5 |
| 311 | 1/5/2023 | 8:00 | 8:09 | -9 |
| 316 | 1/11/2023 | 8:00 | 8:12 | -12 |
| 317 | 1/12/2023 | 8:00 | 8:07 | -7 |
| 318 | 1/13/2023 | 8:00 | 8:09 | -9 |
| 328 | 1/31/2023 | 8:00 | 8:01 | -1 |
| 329 | 2/3/2023 | 8:00 | 8:09 | -9 |
| 332 | 2/8/2023 | 8:00 | 8:07 | -7 |
| 336 | 2/14/2023 | 8:00 | 8:05 | -5 |
| 337 | 2/15/2023 | 8:00 | 8:03 | -3 |

1

**"Mark on" at shift start**    Hatcher v. The County of Hanover, Virginia
Lowell Lantz

|     | Shift Start Date | Shift Start Time | First "10-41" of the Day | Minutes Between First "10-41" and Shift Start |
|-----|------------------|------------------|--------------------------|-----------------------------------------------|
| 92  | 10/14/2021       | 5:30             | 5:30                     | 0                                             |
| 242 | 9/29/2022        | 8:00             | 8:00                     | 0                                             |
| 298 | 12/14/2022       | 8:00             | 8:00                     | 0                                             |

1