IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHRISTOPHER HATCHER
INDIVIDUALLY ON BEHALF OF
HIMSELF, AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED,

    Plaintiff,

v.                              Case No. 3:23-cv-00325-MHL

THE COUNTY OF HANOVER, VIRGINIA,

    Defendant.

## THE COUNTY'S CROSS-POSITION ON SEPARATE TRIALS

In response to Plaintiff Christopher Hatcher's ("Hatcher") Position with Respect to Trial Groupings, (ECF Doc. 138), the County of Hanover, Virginia ("County") responds as follows.

As an initial matter, the County states that the other members of the decertified conditional collective—Timothy Sutton, B. Waverly Carroll, C. Ryan Payne, Lowell Lantz, and Jonathan McGill (collectively, "Former Employees")—cannot be joined as plaintiffs in this action for the reasons stated in the County's Brief in Opposition to Hatcher's Motion for Leave to File Amended Complaint. (ECF Doc. 140.) The Former Employees must assert their claims in separate actions.

Hatcher proposes four groups for trial purposes. (ECF Doc. 138, at 3.) The parties agree that Hatcher and Jonathan McGill must have standalone trials (with the County maintaining that McGill must file a separate lawsuit). The parties also agree that C. Ryan Payne and B. Waverly Carroll—both of whom were members of Safe Streets—could potentially try their claims together (with the County maintaining that they must file a separate lawsuit and satisfy Rule 20(a)(1)'s requirements for joinder).

1

The parties disagree whether the claims of Timothy Sutton ("Sutton") and Lowell Lantz ("Lantz") can be tried together.  Hatcher argues that their claims can proceed to a single trial because Sutton and Lantz were both sergeants and had similar exposure to calls for service. (ECF Doc. 138, at 3-4.)

Sutton was a patrol sergeant who supervised deputies.  (ECF Doc. 102-10, Sutton dep. 102-10, at 13:2–4, 16:1-23, 19:15-20.)  Although Lantz was a patrol sergeant from February 2020 to August 2022, he was a sergeant in the Youth Services Division—*i.e.*, a school resource officer—from August 2022 until his retirement on May 1, 2023.  (ECF Doc. 102-16, Lantz dep. 17:21, 18:11-14, 18:19-25.)  So, while there is overlap between Sutton's and Lantz's time as patrol sergeants, Lantz's role as a school resource officer is not substantially similar to Sutton's role as patrol sergeant and would risk jury confusion.

Moreover, Sutton testified during his deposition that between May 2020 and his resignation, he was not dispatched to a call for service while traveling from his home to the Sheriff's headquarters.  (ECF Doc. 102-10, Sutton dep. 34:12-15.)  Sutton also testified that deputies would not be dispatched to calls for service until after being marked available following roll call.  (*Id.* at 49:24-50:2.)  Lantz, on the other hand, testified that at some point during his 24-year career, he was dispatched to a call for service after he "marked on" but before his shift began.  (ECF Doc. 102-16, Lantz dep. 39:15-25.)  Thus, Sutton's and Lantz's respective positions are at odds with each other.

Further, even if Sutton and Lantz could satisfy Rule 20(a)(1)'s requirements for joinder between themselves, they would need to file a separate lawsuit because they do not satisfy the requirements for joinder with Hatcher.

For all these reasons, and those stated in the County's Position on Separate Trials and Brief in Opposition to Hatcher's Motion for Leave to File Amended Complaint, (ECF Docs. 139, 140), the County states that the claims of Hatcher and the Former Employees must be addressed in six or five (if the claims of Carroll and Payne are joined) trials with Hatcher's claims proceeding to trial first.)

**THE COUNTY OF HANOVER, VIRGINIA**

By Counsel

/s/ Melissa Y. York
David P. Corrigan (VSB No. 26341)
Melissa Y. York (VSB No. 77493)
Brian P. Ettari (VSB No. 98800)
Counsel for the County of Hanover, Virginia
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
docrrigan@hccw.com
myork@hccw.com
bettari@hccw.com

# C E R T I F I C A T E

I hereby certify that on the 19th day of December 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Craig Juraj Curwood, Esq. (VSB No. 43975)
Zev H. Antell, Esq. (VSB No. 74634)
Samantha R. Galina, Esq. (VSB No. 96981)
Butler Curwood, PLC
140 Virginia Street, Suite 302
Richmond, VA 23219
804-648-4848 - Phone
804-237-0413 - Fax
craig@butlercurwood.com
zev@butlercurwood.com
samantha@butlercurwood.com

/s/ Melissa Y. York
David P. Corrigan (VSB No. 26341)
Melissa Y. York (VSB No. 77493)
Brian P. Ettari (VSB No. 98800)
Counsel for the County of Hanover, Virginia
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
docrrigan@hccw.com
myork@hccw.com
bettari@hccw.com

4