IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHRISTOPHER HATCHER,

    Plaintiff,

v.                                  Case No. 3:23-cv-00325-MHL

THE COUNTY OF HANOVER, VIRGINIA,

    Defendant.

## STIPULATION OF DISMISSAL OF VOWA CLAIM

The parties, by counsel and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), submit this stipulation of dismissal only as to Plaintiff's claim under the Virginia Overtime Wage Act (Count Four) in light of the Supreme Court of Virginia's decision in *Commonwealth v. Mattocks*, 925 S.E.2d 710 (Va. 2026), with the parties to bear their own costs, expenses, and attorney fees related to this claim. Plaintiff's remaining claims under the Fair Labor Standards Act (Count One) and the Virginia Gap Pay Act (Count Three) remain pending.

*/s/ Craig J. Curwood*
Craig J. Curwood (VSB No. 43975)
Zev H. Antell (VSB No. 74634)
Samantha R. Galina (VSB No. 96981)
Butler Curwood, PLC
140 Virginia Street, Suite 302
Richmond, VA 23219
Tel: 804-648-4848
Fax: 804-237-0413
Email: craig @butlercurwood.com
      zev@butlercurwood.com
      samantha@butlercurwood.com
*Counsel for Plaintiff*

*/s/ David P. Corrigan*
David P. Corrigan (VSB No. 26341)
Melissa Y. York (VSB No. 77493)
Brian P. Ettari (VSB No. 98800)
Counsel for the County of Hanover, Virginia
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
Email: docrrigan@hccw.com
      myork@hccw.com
      bettari@hccw.com
*Counsel for Defendant*

**SO ORDERED**

/s/
M. Hannah Lauck
Chief United States District Judge
3/25/26